9923384

IN THE CIRCUIT COURT OF THE 20TH JUDICIAL CIRCUIT, IN AND FOR LEE COUNTY, FLORIDA

LOOK ENTERPRISES, LLC.,

CASE NO.: 20-CA-003194
DIV. NO.:

      Plaintiff,

vs.

AMERICAN STATES INSURANCE COMPANY,

      Defendant.

_____/

## AMENDED COMPLAINT

COMES NOW Plaintiff, LOOK ENTERPRISES, LLC., (hereinafter "Plaintiff") and hereby sues Defendant, AMERICAN STATES INSURANCE COMPANY, (hereinafter "Defendant"), and states as follows:

1.    This is an action for damages which exceed Thirty Thousand and One 00/100 ($30,0001.00) Dollars, exclusive of attorney's fees, costs and interest.

2.    On or about September 10, 2017, Plaintiff's commercial property located at 4903 Chiquita Blvd., Cape Coral, Florida 33914, sustained damage as a result of hurricane winds. As a direct and proximate result of the damage to the property the Plaintiff sustained a loss.

3.    A policy of commercial insurance, policy number 02CE231816, included the coverages to protect Plaintiff against the above losses, was issued by Defendant and was in full force and effect as to Plaintiff when Plaintiff's business was damaged. A copy of the policy is attached hereto as exhibit "A"

4.    Plaintiff notified Defendant of the damages, and Defendant assigned a claim with claim number 802442537037and a date of loss of 9/10/2017.

5.    Plaintiff has complied with all conditions precedent to entitle Plaintiff to recover

under the policy.

6.      Defendant denied Plaintiff's claim by not paying Plaintiff the necessary and required amount of benefits for Plaintiff's damages under the above-noted policy,

7.      Defendant's denial of Plaintiff's claim is a breach of contract.

8.      As a result of Defendant's breach, Plaintiff suffered damages, for which Defendant in liable.

9.      As a result of Defendant's denial of Plaintiff's claim, it has become necessary that Plaintiff retains the services of the undersigned attorney.  Plaintiff is obligated to pay a reasonable fee for the attorney's services in bringing this action, plus necessary costs.

**WHEREFORE**, Plaintiff demands judgment against Defendant for Plaintiff's losses with interest on any overdue payments, attorney's fees and costs pursuant to *Florida Statutes* §§ 627.428, 57.041, and 92.231, files this Amended Complaint and demands a trial by jury.

Dated: July 2, 2020.

*/s/ Thomas P. Rechtin*
Thomas P. Rechtin, Esquire
Florida Bar No.:  112136
Morgan & Morgan, PLLC
12800 University Drive, Suite 600
Fort Myers, FL 33907
Phone:  (239) 433-6880
Fax:  (239) 433-6836
Email:  trechtin@forthepeople.com (Primary)
lynnwilson@forthepeople.com; (Secondary)
lgarcia@forthepeople.com (Tertiary)
Attorney for Plaintiff

# EXHIBIT "A"

# AFFIDAVIT

State of Indiana

County of Hamilton

NAME OF INSURED        LOOK ENTERPRISES LLC


POLICY NUMBER:        02-CE-231816

POLICY DATES:          04-01-2017    TO   04-01-2018


Wade Duncan, archivist of American States Insurance Company and First National Insurance Company of America, has compared the attached copies of the insurance policy number listed above and its endorsements with the original records of the policy of insurance and endorsements contained in the Company's files and that the same is a true and exact recital of all the provisions in the said original policy and endorsements attached thereto.


Wade Duncan

Policy Copy Archivist


June 22, 2020

AWA INSURANCE
13700 BEN C PRATT
6 MILE CYPRESS PKWY STE 1
FORT MYERS, FL 33912



LOOK ENTERPRISES LLC
26069 FAWNWOOD CT
BONITA SPRINGS, FL 34134

6-2413 (2-91)    NORTHEAST    25  ( -317).    CB    INSURED COPY

Thank you for placing your business with Liberty Mutual Insurance.

0000072WADDUN61885108 2899

PREPARED 02-08-17

1881

**Your Independent  Liberty Mutual Insurance Agent:**

```
AWA INSURANCE
13700 BEN C PRATT
6 MILE CYPRESS PKWY STE 1
FORT MYERS, FL 33912
(239) 418-1100
```



```
LOOK ENTERPRISES LLC
26069 FAWNWOOD CT
BONITA SPRINGS, FL 34134
```

Your

# PEAK PACKAGE POLICY



**AMERICAN STATES INSURANCE COMPANY**
**FIRST NATIONAL INSURANCE CO. OF AMERICA**

A Stock Company
**Safeco Plaza**
**Seattle, WA 98185-0001**

Cover1 09 03

EP

AFP-META2-08-PRINT001-0712-0021-I

# If You Have a Claim

Liberty Mutual has an unparalleled history of being there when our customers need us the most.  Our state-of-the-art, 24-hour claim service ensures your claim will be handled quickly.  We'll do everything we can to get you and your business back on track as quickly as possible.

The telephone number for all claims is:

## 1-800-362-0000

*Please note.  For Workers Compensation Policies, some states assess fines and/or penalties for failure to report employee injuries in a timely manner.*

*Thank you for allowing Liberty Mutual to fulfill your insurance needs. If you have any questions regarding your policy, please contact your independent insurance agent.*

**AMERICAN STATES INSURANCE COMPANY**
**FIRST NATIONAL INSURANCE CO. OF AMERICA**

**SEATTLE, WASHINGTON**
**PEAK PACKAGE POLICY**

NAMED
INSURED
AND
MAILING
ADDRESS

LOOK ENTERPRISES LLC
26069 FAWNWOOD CT
BONITA SPRINGS, FL 34134

| RENEWAL DECLARATIONS |
|---|

**POLICY NUMBER**  02-CE-231816-4
RENEWAL OF    02-CE-231816-3    04-06

AGENT
NAME
AND
ADDRESS

AWA INSURANCE
13700 BEN C PRATT
6 MILE CYPRESS PKWY STE 1
FORT MYERS, FL 33912
0987104          (239) 418-1100

POLICY PERIOD FROM 04-01-17 TO 04-01-18 12:01 AM
STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.



THE TOTAL PREMIUM DUE FOR THE POLICY TERM IS    $4,549.54.
YOU WILL BE BILLED THROUGH YOUR CUSTOMER ACCOUNT #606-3232-493-01.
YOU NEED NOT PAY ANY PREMIUM AT THIS TIME.  WE WILL SEND A BILLING
STATEMENT IN A SEPARATE MAILING.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, THE COMPANIES
INDICATED ON THE SPECIFIC COVERAGE PART DECLARATIONS AGREE WITH YOU TO PROVIDE THE INSURANCE AS
STATED IN THIS POLICY.

| | |
|---|---|
| COMMERCIAL PROPERTY COVERAGE PART  ............. $ | 4,113.13 |
| COMMERCIAL GENERAL LIABILITY COVERAGE PART  ............. $ | 407.41 |
| | 4,520.54 |
| PREMIUM FOR CERTIFIED ACTS OF TERRORISM  ............. $ | 29.00 |
| TOTAL POLICY PREMIUM  ............. $ | 4,549.54 |

AUTHORIZED

02-08-17          BY      ESTHER MADDUX
(DATE)                      (AUTHORIZED REPRESENTATIVE)

9-CC (0207)                    COMPANY USE ONLY

NORTHEAST          25 (NAOQUA)CB    INSURED COPY        PREPARED 02-08-17

**Page 1**

AFP-META2-08-PRINT001-0712-0023-I

0000072WADDUN61885108291O

19IO

**AMERICAN STATES INSURANCE COMPANY**
**FIRST NATIONAL INSURANCE CO. OF AMERICA**

**SEATTLE, WASHINGTON**

PREMISES ADDRESSES                                    PAGE PR     1

NAMED INSURED:   LOOK ENTERPRISES LLC          POLICY NUMBER:   02-CE-231816-4

**PREMISES  1**
4903 CHIQUITA BLVD S
CAPE CORAL, FL 33914



**PREMISES  2**
2125 SANTA BARBARA BLVD
CAPE CORAL, FL 33991



Case 2:20-cv-00553-JES-NPM    Document 6    Filed 07/31/20    Page 10 of 178 PageID 841

AMERICAN STATES INSURANCE COMPANY
SEATTLE, WASHINGTON

COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS                    PAGE CP    1

NAMED INSURED:  LOOK ENTERPRISES LLC                POLICY NUMBER:  02-CE-231816-4

                    MAXIMUM LIMIT OF INSURANCE:  $      757,500**

   ** THIS MAXIMUM LIMIT MAY INCLUDE CERTAIN "ON-PREMISES INLAND MARINE" COVERAGE(S).
      IF FORM CP7547--ACTUAL LOSS SUSTAINED BUSINESS INCOME COVERAGE IS INCLUDED, IT
      IS AN ADDITIONAL AMOUNT OF INSURANCE AND NOT INCLUDED IN THE MAXIMUM LIMIT.
      REFER TO THE PEAK PROGRAM LIMITS SUMMARY FORM(S) FOR A COMPLETE DEFINITION OF
      "MAXIMUM LIMIT".

                    *********************

PREMISES    1  4903 CHIQUITA BLVD S
               CAPE CORAL, FL 33914

BUILDING    1  AMERICAN STATES INSURANCE COMPANY
               OCCUPANCY:    INSURANCE OFFICE

-----------------------------------------------------------------------------
APPLICABLE TO THIS BUILDING          LIMIT OF   DEDUCTIBLE     RATE      PREMIUM
                                     INSURANCE
-----------------------------------------------------------------------------
BUILDING                             INCLUDED IN  $  1,000
                                     MAXIMUM LMT
   SPECIAL CAUSES OF LOSS                                   $   .513 $   1,913.00
   CERTIFIED ACTS OF TERRORISM                                 .003       11.00
   REPLACEMENT COST
   DEDUCTIBLE EXCEPTION:
     WINDSTORM OR HAIL DEDUCTIBLE                  5%

EQUIPMENT BREAKDOWN COVERAGE INCLUDED AT ALL BUILDINGS AT PREMISES  1 $    110.00
   DIRECT DAMAGE DEDUCTIBLE                      $  1,000



9-CC(CP)(0207)    NORTHEAST         (NAOQU)      PREPARED  02-08-17 CMD40 SEQ.0001

AFP-META2-08-PRINT001-0712-0027-I

```
COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS                    PAGE CP   2


NAMED INSURED:  LOOK ENTERPRISES LLC              POLICY NUMBER:  02-CE-231816-4



PREMISES   2  2125 SANTA BARBARA BLVD
              CAPE CORAL, FL 33991

BUILDING   1  AMERICAN STATES INSURANCE COMPANY
              OCCUPANCY:    INSURANCE OFFICE
----------------------------------------------------------------------------
APPLICABLE TO THIS BUILDING          LIMIT OF  DEDUCTIBLE    RATE       PREMIUM
                                     INSURANCE
----------------------------------------------------------------------------
BUILDING                             INCLUDED IN   $ 1,000
                                     MAXIMUM LMT
   SPECIAL CAUSES OF LOSS                                  $  .513 $   1,972.00
   CERTIFIED ACTS OF TERRORISM                               .003        12.00
   REPLACEMENT COST
   DEDUCTIBLE EXCEPTION:
     WINDSTORM OR HAIL DEDUCTIBLE                  5%


EQUIPMENT BREAKDOWN COVERAGE INCLUDED AT ALL BUILDINGS AT PREMISES  2 $    110.00
   DIRECT DAMAGE DEDUCTIBLE                        $ 1,000


                    ********************


PREMIUM ADJUSTMENTS:

   FLORIDA SURCHARGE                                         $         4.13

   FLORIDA EMERGENCY FUND                                    $         4.00
                                                                ------------
COMMERCIAL PROPERTY TOTAL                                    $     4,136.13


A PREMIUM OF $    23.00 IS INCLUDED IN THE TOTAL ABOVE FOR CERTIFIED ACTS OF
TERRORISM.
```

1912X

AFP-META2-08-PRINT001-0712-0028-I

COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS            PAGE CG    1

NAMED INSURED:  LOOK ENTERPRISES LLC                    POLICY NUMBER:  02-CE-231816-4
FORM OF BUSINESS:  ORGANIZATION OTHER THAN A PARTNERSHIP OR JOINT VENTURE

```
-------------------------------------------------------------------------------
                   L I M I T S   O F   I N S U R A N C E
-------------------------------------------------------------------------------
COMMERCIAL GENERAL LIABILITY
     GENERAL AGGREGATE LIMIT (OTHER THAN PRODUCTS-COMPLETED OPERATIONS)  $2,000,000
     PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT                       $2,000,000
     PERSONAL AND ADVERTISING INJURY LIMIT                               $1,000,000
     EACH OCCURRENCE LIMIT                                               $1,000,000
     DAMAGE TO PREMISES RENTED TO YOU (ANY ONE PREMISES)                 $1,000,000
     MEDICAL EXPENSE LIMIT (ANY ONE PERSON)                              $   10,000

EMPLOYMENT PRACTICES LIABILITY
     AGGREGATE LIMIT                                                     $   10,000
     EACH CLAIM LIMIT                                                    $   10,000

-------------------------------------------------------------------------------
```

RETROACTIVE DATE OF    04-01-14 APPLIES TO SECTION I OF THE EMPLOYMENT PRACTICES
LIABILITY FORM.   THIS INSURANCE DOES NOT APPLY TO ANY 'EMPLOYMENT PRACTICES'
WHICH OCCURRED BEFORE THE RETROACTIVE DATE.

```
-------------------------------------------------------------------------------

-------------------------------------------------------------------------------
CODE   CLASSIFICATION-PREMIUM BASIS              EXPOSURE     RATE      PREMIUM
-------------------------------------------------------------------------------
```

COMMERCIAL GENERAL LIABILITY OTHER THAN PRODUCTS-COMPLETED OPERATIONS


PREMISES    1

61217  BUILDINGS OR PREMISES - BANK OR OFFICE -
       MERCANTILE OR MANUFACTURING (LESSOR'S
       RISK ONLY) - MAINTAINED BY THE INSURED -
       OTHER THAN NOT-FOR-PROFIT
       PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT
       TO THE GENERAL AGGREGATE LIMIT
         AREA (PER 1000 SQUARE FEET)            2,100   75.2560 $    158.00


PREMISES    2

61217  BUILDINGS OR PREMISES - BANK OR OFFICE -
       MERCANTILE OR MANUFACTURING (LESSOR'S
       RISK ONLY) - MAINTAINED BY THE INSURED -
       OTHER THAN NOT-FOR-PROFIT
       PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT
       TO THE GENERAL AGGREGATE LIMIT
         AREA (PER 1000 SQUARE FEET)            2,800   75.2560      211.00

       TO MEET COVERAGE MINIMUM                                        3.00


9-CC(GL)(0207)NORTHEAST            (NAOQU)        PREPARED   02-08-17 CMD40 SEQ.0001

COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS           PAGE CG   2

NAMED INSURED:  LOOK ENTERPRISES LLC              POLICY NUMBER:  02-CE-231816-4

```
----------------------------------------------------------------------
CODE   CLASSIFICATION-PREMIUM BASIS           EXPOSURE      RATE      PREMIUM
----------------------------------------------------------------------
```

EMPLOYMENT PRACTICES LIABILITY

PREMISES  NA

00234  EMPLOYMENT PRACTICES LIABILITY
       (PER UNIT)                                          $        35.00

                    *******************

PREMIUM ADJUSTMENTS:
    CERTIFIED ACTS OF TERRORISM                            $         6.00
    FLORIDA SURCHARGE                                      $         0.41
                                                                ------------
COMMERCIAL GENERAL LIABILITY TOTAL                         $       413.41

AFP-META2-08-PRINT001-0712-0030-I

**AMERICAN STATES INSURANCE COMPANY**
**FIRST NATIONAL INSURANCE CO. OF AMERICA**

**SEATTLE, WASHINGTON**

POLICY FORMS                                              PAGE PF    1

NAMED INSURED:  LOOK ENTERPRISES LLC            POLICY NUMBER:  02-CE-231816-4

THE FOLLOWING FORMS APPLY TO THIS POLICY:

COMMERCIAL PROPERTY
-------------------
CM0001(0904) - COMMERCIAL INLAND MARINE CONDITIONS
CM0066(0904) - ACCOUNTS RECEIVABLE COVERAGE FORM
CM0116(0212) - FL CHANGES
CM7809(1188) - PROCESSORS COVERAGE
CM7840(0198) - ELECTRONIC DATA PROCESSING
CM7841(0198) - ELECTRONIC DATA PROCESSING - MECHANICAL
CM7850(0198) - MOTOR TRUCK CARGO OWNERS COVERAGE FORM
CM7856(0198) - TRANSPORTATION COVERAGE FORM
CM7870(1098) - PEAK PROGRAM EXHIBITION RISKS COV FORM
CM7871(1098) - PEAK PROGRAM IM EXTENSION ENDORSEMENT
CM7872(1188) - SALESPERSONS SAMPLES COVERAGE
CM7878(1098) - PEAK PROGRAM REPLACEMENT COST ENDT
CM7881(1188) - COMMERCIAL FINE ARTS COVERAGE FORM
CP0010(0402) - BLDG & PERSONAL PROPERTY COVERAGE FORM
CP0090(0788) - COMMERCIAL PROPERTY CONDITIONS
CP0140(0706) - EXCL OF LOSS DUE TO VIRUS OR BACTERIA
CP0321(0695) - WIND/HAIL PERCENTAGE DEDUCTIBLE
CP1030(0402) - CAUSE OF LOSS - SPECIAL FORM
CP7515(1102) - PEAK PROPERTY
CP7536(1202) - PEAK PROGRAM LIMITS SUMMARY
CP7566(1001) - EQUIPMENT BREAKDOWN ENDORSEMENT
CP7577(1000) - ORDINANCE OR LAW COVERAGE
CP7849(0212) - FL CHANGES
C4945 (0616) - FL RISK CONTROL SVCS INFO
IL0017(1198) - COMMON POLICY CONDITIONS
IL0175(0907) - LEGAL ACTION AGAINST US
IL0255(0316) - FL CHANGES - CANCELLATION AND NONRENEWAL
IL0401(0212) - FL SINKHOLE LOSS COVERAGE
IL0935(0702) - EXCL OF CERTAIN COMPUTER-RELATED LOSSES
IL0952(0115) - CAP ON LOSSES CERTIFIED ACTS TERRORISM
IL7201(0392) - COMPANY COMMON POL CONDITIONS

COMMERCIAL GENERAL LIABILITY
----------------------------
CG0001(1207) - COMMERCIAL GENERAL LIABILITY COV FORM
CG0068(0509) - RECORDING AND DISTRIBUTION
CG0220(1207) - FL CHANGES - CANCELLATION
CG2147(1207) - EMPLOYMENT-RELATED PRACTICES EXCLUSION
CG2167(1204) - FUNGI OR BACTERIA EXCLUSIO

9-CC(PF) (0207)    NORTHEAST              (NAOQUA)          PREPARED 02-08-17

**AMERICAN STATES INSURANCE COMPANY**
**FIRST NATIONAL INSURANCE CO. OF AMERICA**

**SEATTLE, WASHINGTON**

POLICY FORMS                                              PAGE PF    2-LAST

NAMED INSURED:   LOOK ENTERPRISES LLC              POLICY NUMBER:   02-CE-231816-4

THE FOLLOWING FORMS APPLY TO THIS POLICY:

COMMERCIAL GENERAL LIABILITY
----------------------------
CG2170(0115) - CAP ON LOSSES CERTIFIED ACTS TERRORISM
CG7635(0207) - LIABILITY PLUS ENDORSEMENT
CG8022(0207) - EMPLOYMENT PRACTICES LIABILITY
CG8037(0513) - FL CHANGES CANCELLATION AND NONRENEWAL
CG8613(1001) - EXCLUSION - ASBESTOS
C4945 (0616) - FL RISK CONTROL SVCS INFO
IL0017(1198) - COMMON POLICY CONDITIONS
IL0021(0702) - NUCLEAR ENERGY LIABILITY ENDORSEMENT
IL7201(0392) - COMPANY COMMON POL CONDITIONS

9-CC(PF) (0207)    NORTHEAST                  (NAOQUA)           PREPARED 02-08-17

C 43 55 01 05

## NOTICE TO POLICYHOLDERS — POTENTIAL REDUCTION IN COVERAGE

### WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE
### AND/OR
### WINDSTORM OR HAIL EXCLUSION

Your policy includes one or both of the following endorsements, and may represent a change from the expiring policy:

WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE, CP 03 21 — if attached to your policy, Windstorm or Hail losses are subject to a percentage deductible for one or more locations. The deductible percentage(s) apply separately to each building, personal property in each building, and personal property in the open, if such property is covered on your policy. Examples of how the percentage deductibles apply are included in the deductible endorsement. Please review this endorsement and your policy declarations carefully to determine which location(s) are subject to the percentage wind/hail deductible and the applicable percentage(s).

WINDSTORM OR HAIL EXCLUSION, CP 10 54 — if attached to your policy, Windstorm or Hail are not covered causes of loss at one or more locations. Please review this endorsement and your policy declarations to determine which location(s), if any, are subject to this wind/hail exclusion.

No coverage is provided by this policyholder notice, nor can it be construed to replace any provisions of your policy. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

If you have any questions, your independent agent will be happy to assist you.

AFP-META2-08-PRINT001-0712-0003-I

NP 98 20 01 15

# JURISDICTIONAL BOILER AND PRESSURE VESSEL INSPECTIONS

Most jurisdictions (cities or states) are governed by laws and regulations that require owners of boilers and pressure vessels to have their equipment inspected on a routine basis. Jurisdictions require that equipment is installed and operated according to these regulations, and it is the equipment breakdown engineering inspector's responsibility to verify the equipment complies with all requirements.

Liberty Mutual Equipment Breakdown is a National Board Accredited Authorized Inspection Agency. This designation is recognized by authorities having jurisdictions in the U.S. & provinces of Canada and gives Liberty Mutual commissioned inspectors the ability to perform jurisdictionally required inspection on boilers and pressure vessels at insured locations. We have field inspectors strategically located throughout the U.S. to perform boiler and pressure vessel inspection for our customers and clients.

**To request a Jurisdictional Inspection please:**

- **Call the LMEB Hotline (877) 526-0020**

**Or**

- **Email your request to LMEBInspections@Libertymutual.com**

The assigned EB Risk Engineer will call to schedule within 24 — 48 hours. When requesting an inspection please include the following:

- Current Policy Number
- Location Address
- Contact Name
- Contact Phone Number and/or Email Address



© 2015 Liberty Mutual Insurance

AFP-META2-08-PRINT001-0712-0005-I

6-4625
(2-01)

# ADVISORY NOTICE TO POLICYHOLDERS

This is a summary of the major changes in your Commercial Property Coverage Part. No coverage is provided by this summary nor can it be construed to replace any provision of your policy. You should read your policy and review your declaration page for complete information on the coverages you are provided. If there is any conflict between the policy and this summary, **THE PROVISIONS OF THIS POLICY SHALL PREVAIL.**

Some of the language of the new policy has been restated and repunctuated for clarity and readability but with no change in coverage intent.

The areas within the policy that broaden, reduce or clarify coverage are highlighted below. The material is organized by individual coverage forms and endorsements; **however, not all coverage forms or endorsements are included in a particular policy.**

## PROPERTY DAMAGE COVERAGE FORMS

I.  CLARIFICATION OR PROCEDURAL CHANGES

- REPLACEMENT COST OPTIONAL COVERAGE

    In form CP00 10, this Optional Coverage is revised to clarify that replacement cost coverage applies to tenants' improvements and betterments if the conditions of coverage are met.

    In form CP 00 17, this Optional Coverage is revised to clarify that replacement cost coverage applies to personal property owned indivisibly by all unit owners, and to fixtures, improvements, alterations and appliances within a unit if such property is covered in the policy.

    In forms CP 00 10, CP 00 17 and CP 00 18, this Optional Coverage is revised to more explicitly convey that the insured is not required to rebuild on the original premises, but the replacement cost is limited to the cost that would have been incurred in rebuilding at the original location.

    DEBRIS REMOVAL LIMIT OF INSURANCE **(CP 00 10, CP 00 17, CP 00 18, CP 00 20, CP 00 80, CP 00 99)**

    The Debris Removal Additional Coverage is revised to clarify the provisions governing the amount of coverage, and to incorporate the excess limit which is currently found in the Limits of Insurance clause. Examples are added to illustrate how the amount of coverage is determined.

- LIMITED LIABILITY COMPANIES **(CP 00 10, CP 00 17, CP 00 18, CP 00 40, CP 00 70, CP 00 99, CP 10 30)**

    In various coverage forms the Personal Effects and Property of Others coverage extension are revised to recognize members, managers and Limited Liability Companies.

    Additionally, in CP 00 40 and CP 00 70 the Additional Insureds and Newly Acquired Organizations coverage extensions are revised to recognize Limited Liability Companies.

- LOSS PAYMENT CONDITION **(CP 00 10, CP 00 17, CP 00 18, CP 00 20, CP 00 80, CP 00 99)**

    Language is added to the Loss Payment Loss Condition to clarify that determination of value is subject to the applicable Valuation Condition or any provision which amends or supersedes it.

- VACANCY PROVISION **(CP 00 10, CP 00 17, CP 00 18, CP 00 70, CP 00 99)**

    The language of the Vacancy Condition is revised to:

    - Clarify that rented space must be used to conduct customary operations, if a condition of vacancy is to be avoided.

    - Restate the percentage threshold for vacancy under an owner's policy, with no change in the actual threshold.

    - Add reference to the <u>total</u> square footage.

Copyright, Insurance Services Office, Inc., 2000

AFP-META2-08-PRINT001-0712-0007-I

- Add references to a general lessee, lessee, sub-lessee and building owner, in various parts of the provision which relates to an owner's policy.

- DEDUCTIBLE CLAUSE **(CP 00 10, CP 00 17, CP 00 18, CP 00 20, CP 00 80, CP 00 99)**

  The first paragraph of the Deductible clause is revised to elaborate on the interaction between this clause and the Coinsurance Condition in determining loss payment.

  The second paragraph of the Deductible clause, which deals with losses to more than one item of insurance in one occurrence, is revised to clarify that the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

- INSPECTION AND SURVEYS CONDITION **(CP 00 99)**

  The Inspection And Surveys Condition in CP 00 99, the Standard Property Policy, is revised to clarify that the condition does not apply to inspections, surveys, reports or recommendations made relative to certification of boilers, pressure vessels or elevators under state or municipal statutes, ordinances or regulations.

- NEWLY ACQUIRED PROPERTY **(CP 00 40)**

  The phrase "the total of all" is deleted from the Newly Acquired Property Coverage Extension, thus clarifying the intent that there is building coverage up to $250,000 at each building covered under the Extension, and coverage up to $100,000 for personal property at each building.

II.  BROADENING OF COVERAGE

- SUPPLEMENTARY PAYMENTS — LOSS OF EARNINGS **(CP 00 40, CP 00 70)**

  The maximum daily payment for loss of earnings under the Supplementary Payments provision is being increased from the current $100 to $250 to more adequately recognize the earnings of many professions.

- ADDITIONAL COVERAGE — INCREASED COST OF CONSTRUCTION **(CP 00 10, CP 00 17)**

  A new coverage, Increased Cost of Construction (ICC), is added under Additional Coverages. The ICC is a limited coverage for the increased cost of complying with building codes following covered damage to a building that is insured on a Replacement Cost basis. The ICC provides a limit of $10,000 or 5% of the Limit of Insurance applicable to the building, whichever is less. For buildings insured under a blanket Limit, the 5% is applied to the value of the building as of time of loss. ICC coverage applies only to the repair, rebuilding or replacement of damaged parts of the building. NOTE: More comprehensive coverage for Ordinance Or Law exposures can be provided by means of an optional endorsement, CP 04 05.

- REPLACEMENT COST OPTIONAL COVERAGE — PERSONAL PROPERTY OF OTHERS **(CP 00 10, CP 00 17, CP 00 18)**

  An option is added to extend Replacement Cost coverage to the personal property of others. The extension may be selected only when Replacement Cost coverage also applies to the Building and/or Business Personal Property insured under the policy.

- NEWLY ACQUIRED OR CONSTRUCTED PROPERTY COVERAGE EXTENSION **(CP 00 10, CP 00 17, CP 00 18, CP 00 99)**

  The Newly Acquired or Constructed Property Coverage Extension is revised to:

  - equate the state of the 30-day coverage period (and the inception date for calculation of premium) with the start of construction of <u>covered</u> property;

  - add coverage for business personal property at a newly constructed or acquired building at the insured location;

  - specify that the business personal property itself may be insured property or newly acquired property (e.g., acquisition of another firm's inventory); and

  - add coverage for newly acquired business personal property at the described building insured under the policy.

  CAUTION: The Extension does <u>not</u> apply to:

  - property at a fair, trade show or exhibition; or

  - personal property temporarily in the insured's possession either in the course of installing or performing work on such property or in the course of manufacturing or wholesaling activities.

1902X

- NON-OWNED DETACHED TRAILERS **(CP 00 10, CP 00 17, CP 00 18, CP 00 99)**

  This new Coverage Extension provides limited coverage on non-owned detached trailers. Coverage is based on <u>contractual</u> responsibility and is provided in the amount of $5,000, unless a higher limit is shown in the Declarations. The Coverage Extension is subject to the Causes of Loss Form that applies to the insured's business personal property (therefore, theft is covered only if the Special Causes of Loss Form applies, provided such Form has not been endorsed to exclude theft).

- PROPERTY OFF-PREMISES **(CP 00 10, CP 00 17, CP 00 18, CP 00 99)**

  The Property Off-Premises Coverage Extension is revised to include limited coverage for stock, property at a storage location leased mid-term and property at a fair, trade show or exhibition.

III. POTENTIAL REDUCTION OF COVERAGE

- COLLAPSE COVERAGE **(CP 00 20, CP 00 70, CP 10 20, CP 10 30)**

  Under the Additional Coverage — Collapse, a definition of collapse is introduced to explicitly set forth the intended coverage.

  The definition requires an abrupt falling down or caving in of the building or part of the building. The definition affects losses caused by hidden decay, hidden insect or vermin damage, or use of defective materials or methods in construction, remodeling or renovation. Other causes of loss named in the Collapse Additional Coverage are not affected by the definition of collapse because they are covered by the policy irrespective of whether there is a collapse.

**BUSINESS INTERRUPTION COVERAGE FORMS**

I. CLARIFICATION OR PROCEDURAL CHANGES

- TIME ELEMENT — SUSPENSION OF OPERATIONS **(CP 00 30, CP 00 32, CP 00 50)**

  A definition of the term <u>suspension</u> is introduced. Suspension of operations includes the slowdown or cessation of your business activities.

- BUSINESS INCOME — SALES VALUE OF PRODUCTION **(CP 00 30, CP 00 32)**

  The coverage grant in the business income forms is revised to state explicitly that, for

  manufacturing risks, net income includes the net sales value of production.

- EDITORIAL CHANGE TO **CP 00 30** and **CP 00 32**

  The text of the Extended Period of Indemnity option is revised to make reference to subparagraphs (1)(b) and (2)(b) of the Extended Business Income grant since the Extended Period of Indemnity option is intended to apply to both rental value ((2)(b)) and other-than-rental-value ((1)(b)).

II. BROADENING OF COVERAGE

- TENANTS' PREMISES **(CP 00 32, CP 00 50)**

  With respect to insureds who occupy part of a building, the meaning of premises is expanded to include any area within the building or on the site at which the tenant's premises are located, if that area services, or is used to gain access to, the tenant's premises.

- ALTERATIONS, NEW BUILDINGS AND NEW LOCATIONS **CP 00 30)**

  The following are extended to apply to Extra Expenses coverage: Additional Coverage — Alterations And New Buildings and Coverage Extension — Newly Acquired Locations.

III. REDUCTION OF COVERAGE

- MAXIMUM PERIOD OF INDEMNITY OPTIONAL COVERAGE **(CP 00 30)**

  When this option is made applicable to the policy, recovery for loss of business income <u>and extra expense</u> is limited to the amount of such loss or expense sustained during the 120 days following property damage, subject to the Limit of Insurance. Previously, this option applied only to business income loss.

**CHANGES IN GLASS COVERAGE**

- The Commercial Property Coverage Part includes coverage for glass that is part of a building or part of business personal property, if the building or business personal property qualifies as Covered Property. The covered causes of loss for such property are determined by the Causes of Loss Form that applies to Covered Property.

- If your previous policy did <u>not</u> include Glass Coverage Form CP 00 15, then either explanation (A) or (B) applies:

  (A) If the Covered Property is subject to the Causes of Loss — Basic Form (CP

0000072WADDUN61885108290 3

1903

10 10) or Causes of Loss — Broad Form (CP 10 20), coverage is **broadened** in that the vandalism causes of loss no longer contains an exception for glass property. Under CP 10 20, coverage is **also reduced**, in that the $500 Additional Coverage — Breakage of Glass (applicable to causes of loss not otherwise covered under CP 10 20) is eliminated.

(B) If the Covered Property is subject to the Causes of Loss — Special Form (CP 10 30), coverage on glass is **broadened**. Coverage under CP 10 30 is expanded to include glass breakage caused by a cause of loss that is not otherwise excluded, and damage caused by chemicals applied to glass. [The coverage for glass breakage is accomplished by removal of a previous limitation.] The new edition of CP 10 30 also includes an Additional Coverage Extension pertaining to temporary plates and removal of obstructions.

- If your previous policy included Glass Coverage Form CP 00 15 and Covered Property is subject to the Causes of Loss — Special Form (CP 10 30) under your new policy, the following disclosure applies: Coverage for glass breakage is reduced in that CP 10 30 does not cover earthquake or flood. But if your policy is endorsed to cover earthquake and flood (separate endorsements), then glass coverage under the new policy is substantially equivalent to the old.

NOTE: The Broken Or Cracked Glass Exclusion Form is editorially revised to accommodate the new means of writing coverage on glass.

### CAUSES OF LOSS FORMS

I. CLARIFICATION OR PROCEDURAL CHANGES

- EARTH MOVEMENT EXCLUSION **(CP 10 10, CP 10 20, CP 10 30, CP 00 70, CP 00 99)**

  The Earth Movement Exclusion is revised to separate the various types of earth movement into different paragraphs, and to provide some detail on the terms earth sinking, rising and shifting, including explicit reference to soil conditions, the action of water, and settling.

- WATER DAMAGE NAMED PERIL **(CP 10 20)**

  The Water Damage peril is revised to clarify that it is intended to respond only to losses which involve the breaking apart or cracking of an on-premises system or on-premises appliance. The description of water damage under the Additional Coverage — Collapse is revised to follow suit.

  This peril is also revised to specify that coverage does not include discharge or leakage from roof drains, gutters, downspouts or similar fixtures or equipment. Such equipment is not considered to be a covered system under the terms of this peril.

- SPECIFIED CAUSES OF LOSS **(CP 10 30)**

  In the Causes of Loss — Special Form, the definition of "specified causes of loss" (named perils which apply under certain circumstances) is revised to clarify that water damage relates to the breaking apart or cracking of an on-premises system or on-premises appliance.

- SPECIAL FORM LIMITATION ON VALUABLE PAPERS AND RECORDS **CP 10 30)**

  This limitation does not apply to prepackaged software programs.

- EXCLUSIONS **(CP 10 10, CP 10 20, CP 10 30, CP 00 70, CP 00 99)**

  Language is added in the section of the form pertaining to exclusions, to emphasize that exclusions apply whether the loss event results in widespread damage or affects a substantial area.

- EXCLUSION OF NEGLECT **(CP 10 10, CP 10 20, CP 10 30, CP 00 70, CP 00 99)**

  To complement and reinforce the Duties In The Event of Loss Or Damage condition in the coverage forms, which requires the insured to take all reasonable steps to protect the Covered Property from further damage, an exclusion pertaining to neglect is introduced.

1903X

AFP-META2-08-PRINT001-0712-001 0-I

- CORPORATIONS AND LIMITED LIABILITY COMPANIES **(CP 10 30)**

  The exclusion pertaining to dishonest and criminal acts is revised to recognize members, officers and managers.

## II. BROADENING OF COVERAGE

- WEIGHT OF ICE, SNOW AND SLEET **(CP 10 20, CP 10 30)**

  Coverage is no longer precluded for loss or damage to gutters and downspouts caused by the weight of ice, snow or sleet.

- PROPERTY IN TRANSIT **(CP 10 30)**

  Named perils coverage for personal property in transit, in or on a motor vehicle owned, leased or operated by the insured, is increased to $5,000.

- TIME ELEMENT PERIOD OF INDEMNITY CANCELLATION OF CONTRACT **(CP 10 10, CP 10 20, CP 10 30)**

  An exception (applicable to Business Income coverage forms) allows coverage for loss of business income related to suspension, lapse or cancellation of a license, lease or contract, if the suspension, lapse or cancellation was directly caused by a covered suspension of the insured's operations. The exception is revised to extend coverage to apply during an Extended Business Income period and any applicable optional extension.

## ENDORSEMENTS

### I. CLARIFICATION OR PROCEDURAL CHANGES

- **CP 04 15** ENDORSEMENT: DEBRIS REMOVAL ADDITIONAL INSURANCE

  In the underlying coverage forms, the language concerning debris removal is deleted from the Limits of Insurance clause and incorporated into the Debris Removal Additional Coverage. This change in format necessitates editorial changes to optional endorsement CP 04 15, which allows an increase in the amount of debris removal coverage.

- **CP 12 11** BURGLARY AND ROBBERY PROTECTIVE SAFEGUARDS

  The endorsement is revised to eliminate information pertaining to an obsolete Underwriters Laboratories classification system. Further, the endorsement no longer refers to Underwriters Laboratories certification since there are many organizations that evaluate alarm systems.

- **CP 11 20** BUILDERS RISK — COLLAPSE DURING CONSTRUCTION

  Paragraph references are revised due to Format changes in the Causes of Loss forms.

- **CP 01 53** COLLAPSE CHANGES **(WITHDRAWN)**

  This endorsement corrects paragraph references in the 1995 edition of CP 00 20 and CP 00 70. It is not applicable to the new edition of the forms.

- **CP 10 37** RADIOACTIVE CONTAMINATION

  The word "or" in paragraphs A.1. and B.1. of the endorsement is replaced by the word "including", thereby appropriately connecting the sub-paragraph on "resultant" damage to the description which precedes it.



**CP DS 04** REPORTED, ACQUIRED, INCIDENTAL LOCATIONS SCHEDULE (replaces CP 19 13 07 88)

**CP DS 05** LEGAL LIABILITY COVERAGE SCHEDULE (replaces CP 19 40 11 85)

**CP DS 06** EARTHQUAKE — VOLCANIC ERUPTION COVERAGE SCHEDULE (replaces CP 19 45 08 99)

**CP DS 07** LEASEHOLD INTEREST COVERAGE SCHEDULE (replaces CP 19 60 11 85)

A new forms naming convention (prefix "DS") is introduced to identify forms which are in the category of declarations or schedules.

- **CP 15 24** MINING PROPERTIES — BUSINESS INCOME

  A Schedule and accompanying footnote are added to the endorsement. The Schedule enables selection of the appropriate coverage option provided by the endorsement: No Underground Coverage, Limited Underground Coverage or Broad Underground Coverage.

0000072WADDUN61885108 2904

1904

AFP-META2-08-PRINT001-0712-0011-I

- **CP 15 08** BUSINESS INCOME FROM DEPENDENT PROPERTIES — BROAD FORM

  **CP 15 09** BUSINESS INCOME FROM DEPENDENT PROPERTIES — LIMITED FORM

  **CP 15 31** ORDINANCE OR LAW — INCREASED PERIOD OF RESTORATION

  **CP 15 34** EXTRA EXPENSE FROM DEPENDENT PROPERTIES

  To recognize that the term suspension is not a defined term, these endorsements are revised to add quotation marks to the word suspension (in the phrase suspension of operations).

## II. BROADENING OF COVERAGE

- **CP 04 60** VACANCY CHANGES

  This new, optional endorsement enables modification of the threshold for determining vacancy of a premises.

- **CP 17 98** CONDOMINIUM COMMERCIAL UNIT OWNERS CHANGES — STANDARD PROPERTY POLICY

  The Newly Acquired Property Coverage Extension in endorsement CP 17 98 is being revised to:

  - revise the provision which currently limits coverage at each building to the lesser of 10% of the Business Personal Property Limit or $100,000. Instead, coverage will be provided up to $100,000 at each building;
  - specify that the business personal property at the newly acquired location may be insured property that has been relocated to that location, or newly acquired business personal property (e.g., acquisition of another firm's inventory); and
  - add coverage for newly acquired business personal property at the described premises.

  CAUTION: This Coverage Extension does not apply to personal property of others that is temporarily in the insured's possession in the course of installing or performing work on such property or in the course of manufacturing or wholesaling activities.

- **CP 04 01** BRANDS AND LABELS

  Under the terms of this optional endorsement, the insured may stamp "salvage" on merchandise that is being taken by the insurer, or remove the brands or labels, subject to certain conditions.

  CP 04 01 is revised to include coverage for costs incurred by the insured in performing the aforementioned activity. This coverage does not increase the applicable Limit of Insurance.

- **CP 15 32** ENDORSEMENT: CIVIL AUTHORITY (TIME ELEMENT)

  This new, optional endorsement pertains to Business Income and Extra Expense coverage. The endorsement provides the option of replacing the three-week Civil Authority coverage period with a coverage period of 60, 90 or 180 days.

- **CP 15 25** BUSINESS INCOME — EDUCATIONAL INSTITUTIONS

  An Extension of Recovery Period Option is added to CP 15 25, triggered via the Schedule. This option covers loss of business income sustained during "X" months following physical restoration of the property. This option is presented in Endorsement CP 15 25 as an alternative to the endorsement's more limited Extended Business Income coverage.

  In addition:

  - The Schedule is expanded to accommodate entry of a description of each school term in an annual period, to clarify intended coverage; and
  - The term suspension, now a defined term when used in the phrase suspension of operations, is enclosed in quotation marks.

## III. POTENTIAL REDUCTION OF COVERAGE

- **CP 14 30** OUTDOOR TREES, SHRUBS AND PLANTS

  **CP 14 40** OUTSIDE SIGNS

  **CP 14 50** RADIO OR TELEVISION ANTENNAS

  These endorsements are revised to emphasize that applicable policy

AFP-META2-08-PRINT001-0712-001 2-I

provisions affect coverage provided under the endorsements. Particularly relevant exclusions from the underlying forms are incorporated into the endorsements.

## IV.  POTENTIAL CHANGE IN COVERAGE

- **CP 04 05** ORDINANCE OR LAW COVERAGE

  **CP 04 38** FUNCTIONAL BUILDING VALUATION ENDORSEMENTS

  Under these endorsements, Ordinance or Law coverage is related to property damage losses. Property damage may involve both covered causes of loss and excluded causes of loss. As revised, these endorsements include a section outlining the circumstances under which Ordinance or Law coverage is and is not triggered. Further, the revised endorsements describe proportionate loss payment for Ordinance or Law losses for the situation where the underlying property damage losses were caused by covered and excluded causes of loss.





AFP-META2-08-PRINT001-0712-001 3-I

C 48 16 04 10

# GENERAL LIABILITY

# NOTICE TO POLICYHOLDERS

This notice has been prepared in conjunction with the implementation of changes to your policy. It contains a brief summary of the endorsement listed. No coverage is provided by this policyholder notice, nor can it be construed to replace any provisions of your policy. If there is any conflict between the policy and this summary, the provisions of the policy shall prevail.

Please read your policy, and the endorsements attached to your policy, carefully.

### FUNGI OR BACTERIA EXCLUSION

When this endorsement is attached to your policy:

- Coverage is restricted to exclude bodily injury or property damage arising, directly or indirectly, out of any fungi, including but not limited to mold, or bacteria on or in a building or structure. This exclusion applies whether or not any other cause, event, material or product contributed in any sequence to the injury or damage.

- Coverage is clarified to exclude personal and advertising injury arising, directly or indirectly, out of any fungi, including but not limited to mold, or bacteria on or in a building or structure. This exclusion applies whether or not any other cause, event, material or product contributed in any sequence to the injury.

- Coverage is restricted to exclude clean-up costs associated with fungi or bacteria.

This exclusion does not apply to fungi or bacteria intended for consumption, such as mushrooms.

C 48 16 04 10

EP

C 49 38 01 15

02-CE-231816-40

## POLICYHOLDER DISCLOSURE NOTICE OF TERRORISM INSURANCE COVERAGE

**This notice contains important information about the Terrorism Risk Insurance Act and its effect on your policy. Please read it carefully.**

### THE TERRORISM RISK INSURANCE ACT

The Terrorism Risk Insurance Act, including all amendments ("TRIA" or the "Act"), establishes a program to spread the risk of catastrophic losses from certain acts of terrorism between insurers and the federal government. If an individual insurer's losses from "certified acts of terrorism" exceed a specified deductible amount, the government will generally reimburse the insurer for a percentage of losses (the "Federal Share") paid in excess of the deductible, but only if aggregate industry losses from such acts exceed the "Program Trigger". An insurer that has met its insurer deductible is not liable for any portion of losses in excess of $100 billion per year. Similarly, the federal government is not liable for any losses covered by the Act that exceed this amount. If aggregate insured losses exceed $100 billion, losses up to that amount may be pro-rated, as determined by the Secretary of the Treasury.

The Federal Share and Program Trigger by calendar year are:

| Calendar Year | Federal Share | Program Trigger |
|---|---|---|
| 2015 | 85% | $100,000,000 |
| 2016 | 84% | $120,000,000 |
| 2017 | 83% | $140,000,000 |
| 2018 | 82% | $160,000,000 |
| 2019 | 81% | $180,000,000 |
| 2020 | 80% | $200,000,000 |

### MANDATORY OFFER OF COVERAGE FOR "CERTIFIED ACTS OF TERRORISM" AND DISCLOSURE OF PREMIUM

TRIA requires insurers to make coverage available for any loss that occurs within the United States (or outside of the U.S. in the case of U.S. missions and certain air carriers and vessels), results from a "certified act of terrorism" AND that is otherwise covered under your policy.

A "certified act of terrorism" means:

[A]ny act that is certified by the Secretary [of the Treasury], in consultation with the Secretary of Homeland Security, and the Attorney General of the United States

(i) to be an act of terrorism;

© 2015 Liberty Mutual Insurance

AFP-META2-08-PRINT001-0712-0017-I

    **(ii)** to be a violent act or an act that is dangerous to —

        **(I)** human life;

        **(II)** property; or

        **(III)** infrastructure;

    **(iii)** to have resulted in damage within the United States, or outside of the United States in the case of —

        **(I)** an  air carrier  (as defined in section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States); or

        **(II)** the premises of a United States mission; and

    **(iv)** to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

The premium charge for "certified acts of terrorism" under the program is presented on the declarations page of your policy. If we are providing you with a quote, the premium charge  will also appear  on your quote as a separate line item charge.

"Certified Acts of Terrorism" Coverage does not apply for any Commercial Auto, burglary and theft (i.e. Commercial Crime), or professional liability coverages quoted and a premium charge has not been included for these lines of business.

In  certain states (currently CA, GA, IA, IL, ME, MO, NY, NC, NJ, OR, RI, WA,  WI and WV), there is an exception in the terrorism exclusion (and thereby coverage) for fire losses resulting from an act of terrorism. Therefore, if you reject the offer of terrorism coverage and the policy covers property(s) in those states, that rejection does not apply for **fire** losses resulting from a "certified act of terrorism" in those states, and a reduced charge will continue to apply for such **fire** losses.

If you choose to reject this coverage, you must notify your agent of this decision. For new policies, notification must be made within 30 days of receipt of this policy. For renewal policies, notification must be made prior to its effective date or within 30 days of receipt of this notice, whichever is later. An exclusion of certain terrorism losses will be made part of this policy.

© 2015 Liberty Mutual Insurance

AFP-META2-08-PRINT001-0712-001 8-I

C 49 45 06 16

# Risk Control Services — Important Information for Florida Policyholders

Through its Risk Control Services department, Liberty Mutual Insurance has safety consultation services that are available to policyholders. We have found that some of these services are consistent with your workplace hazards.  These services may be available to you as our policyholder at no additional cost.

To obtain further information about our safety consultation services, please contact our Risk Control Consulting Center at 1-866-757-7324 or email RCConsultingCenter@LibertyMutual.com.






1908    0000072WADDUN61885108 2908

© 2016 Liberty Mutual Insurance

AFP-META2-08-PRINT001-0712-0019-I

6-2814
(11-92)

Dear Florida Policyholder:

RE:  Premium Surcharge

On your policy declarations attached, you will see a new heading titled "Florida Surcharge".  This .1% surcharge is the result of recent legislation passed in the state of Florida, effective July 1, 1992. The surcharge applies to all premiums on your policy, except automobile premiums.

All money collected under the new surcharge will be forwarded to the Florida Department of Revenue. When the surcharge is received and audited by the Department, it will be deposited into the Fire College Trust Fund.

If you have any questions regarding this surcharge on your policy, please contact your Independent Agent.

AMERICAN STATES INSURANCE COMPANIES



AFP-META2-08-PRINT001-0712-0033-I



COMMERCIAL PROPERTY
CP 75 36 12 02

# PEAK PROGRAM LIMITS SUMMARY

The following is a summary of many of the Coverage Extensions, Additional Coverages and other limits found in the PEAK PROGRAM. Those coverages and limits shown below are only a summary. You must refer to all coverage Declarations, coverage parts, forms, endorsements and terms of this policy for complete information about the property covered, property not covered, covered causes of loss, coverage conditions, coverages provided, coverage limitations, coverage limits and coverage exclusions. If limits shown in the Declarations or in endorsements are different than the limits shown in the following, those limits replace the limits shown below.




MAXIMUM LIMIT OF INSURANCE — Our aggregate limit of Insurance for all loss resulting from a single occurrence shall not exceed, after application of all deductibles, the Maximum Limit of Insurance shown in the Declarations.

COVERAGE EXTENSIONS
| | |
|---|---|
| Brand and Label | $10,000 or refer to the Declarations |
| Inflation Guard | 4% or refer to the Declarations |
| Lawn Coverage | $2,000 |
| Money and Securities | $500 (different limits may apply to Ultra Series programs) |
| Premises Limitation | 1000 feet |
| Inventory or Appraisals | $10,000 or $ |
| Consequential Damage | $10,000 or refer to the Declarations |

ADDITIONAL COVERAGES
| | |
|---|---|
| Arson Reward* | $5,000 |
| Fire Extinguisher Recharge | Actual Loss Sustained |
| Money Orders and Counterfeit Paper Currency | $1,000 |
| Extra Expense | $10,000 or refer to the Declarations ($25,000 for Ultra Series Programs) |
| Forgery or Alteration | $5,000 |
| Ordinance or Law — Coverage A | To building limit |
|     Coverages B and C — Combined Limit | $50,000 or refer to the Declarations |
|     Coverages B and C — Combined Limit Ultra Peak Religious Institutions | $150,000 or refer to the Declarations |
| Utility Services — Direct Damage | $10,000 or refer to the Declarations |
| Spoilage — Direct Damage | $10,000 or refer to the Declarations |

INLAND MARINE COVERAGES
| | |
|---|---|
| Accounts Receivable | $25,000 or refer to the Declarations |
| Electronic Data Processing Coverage, including Mechanical and Electrical Breakdown Coverage | $50,000 or refer to the Declarations |
|     Extra Expense | $5,000 or refer to the Declarations |
| Exhibition Risks | $10,000 or refer to the Declarations |
| Commercial Fine Arts | $10,000 or refer to the Declarations |
| Motor Truck Cargo — Owners Form | $10,000 or refer to the Declarations |
| Transportation | $10,000 or refer to the Declarations |
| Salesperson Samples | $10,000 or refer to the Declarations |
| Processors Coverage | $25,000 or refer to the Declarations |

* This may not be included in some states.



AFP-META2-08-PRINT001-0712-0035-I

<u>OTHER COVERAGES</u>
Building property includes plate glass, fences, signs and antennas
Business personal property includes patterns, dies, molds and forms

| | |
|---|---|
| Fire Department Service Charge | Actual Loss Sustained |
| Pollutant Clean Up and Removal — including transit | $25,000 |
| Newly Acquired or Constructed Property — Building | $1,000,000 or refer to the Declarations |
| Business Personal Property | $500,000 or refer to the Declarations |
| Insurance will end | 90 days (180 days for Ultra Series) |
| Personal Effects and Property of Others | $10,000 or refer to the Declarations |
| Valuable Papers and Records — Other than Electronic Data | $25,000 or refer to the Declarations |
| Property Off-Premises | $25,000 |
| Outdoor Property — including additional perils in causes of loss | $10,000/$2,500 tree, shrub or plant or refer to the Declarations |
| Debris Removal Additional Limits | $25,000 or refer to the Declarations |
| Coinsurance — Additional Condition deleted | |
| Back up of water from sewer, drain or sump is a covered peril | |
| Theft loss to furs, fur garments | $5,000 |
| Theft loss to jewelry, watches, precious stones and metals | $5,000 |
| Theft loss to stamps, tickets and letters of credit | $500 Ultra Series programs |

191EX

AFP-META2-08-PRINT001-0712-0036-I

# BUILDING AND PERSONAL
# PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H. — Definitions.**

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this Section, **A.1.**, and limited in **A.2.**, Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a. Building**, meaning the building or structure described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Permanently installed:

(a) Machinery and

(b) Equipment;

(4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

(a) Fire extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing and laundering;

(5) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the building or structure;

(b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property — Separation of Coverage form:

(1) Furniture and fixtures;

(2) Machinery and equipment;

(3) "Stock";

(4) All other personal property owned by you and used in your business;

(5) Labor, materials or services furnished or arranged by you on personal property of others;

© ISO Properties, Inc., 2001

AFP-META2-08-PRINT001-0712-0037-I

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

    (a) Made a part of the building or structure you occupy but do not own; and

    (b) You acquired or made at your expense but cannot legally remove;

(7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property of Others.

**c. Personal Property Of Others** that is:

(1) In your care, custody or control; and

(2) Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

(1) The lowest basement floor; or

(2) The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns;

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under Additional Coverages — Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.**, does not apply to your "stock" of prepackaged software.

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data.

1817X

AFP-META2-08-PRINT001-0712-0038-I

**p.** Vehicles or self-propelled machines (including aircraft or process watercraft) that:

**(1)** Are licensed for use on public roads; or

**(2)** Are operated principally away from the described premises.

This paragraph does not apply to:

**(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

**(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

**(c)** Rowboats or canoes out of water at the described premises; or

**(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-Owned Detached Trailers.

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs, or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes of Loss Form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Extract "pollutants" from land or water; or

**(b)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4)**, the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

**(4)** We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has

0000072WADDUN61885108Z918

1918



AFP-META2-08-PRINT001-0712-0039-I

sustained loss or damage, plus $10,000.

**(5) Examples**

The following examples assume that there is no coinsurance penalty.

**Example #1**

| | |
|---|---|
| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $     500 |
| Amount of Loss | $ 50,000 |
| Amount of Loss Payable | $ 49,500 |
| | ($50,000 - $500) |
| Debris Removal Expense | $ 10,000 |
| Debris Removal Expense Payable | $ 10,000 |
| ($10,000 is 20% of $50,000) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example #2**

| | |
|---|---|
| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $     500 |
| Amount of Loss | $ 80,000 |
| Amount of Loss Payable | $ 79,500 |
| | ($80,000 - $500) |
| Debris Removal Expense | $ 30,000 |
| Debris Removal Expense Payable | |
| Basic Amount | $ 10,500 |
| Additional Amount | $ 10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph **(4)**. Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d. Pollutant Clean Up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

AFP-META2-08-PRINT001-0712-0040-I

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**e. Increased Cost Of Construction**

(1) This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

(2) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with law enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

(3) The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

(4) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a) You were required to comply with before the loss, even when the building was undamaged; and

(b) You failed to comply with.

(5) Under this Additional Coverage, we will not pay for:

(a) The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to

contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

(b) Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

(6) The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of: $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

(7) With respect to this Additional Coverage:

(a) We will not pay for the Increased Cost of Construction:

(i) Until the property is actually repaired or replaced, at the same or another premises; and

(ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(b) If the building is repaired or replaced at the same premises, or if you elect to rebuild at

AFP-META2-08-PRINT001-0712-0041-I

another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered — Electronic Data.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage — Electronic Data, subject to the following:

**(a)** If the Causes of Loss — Special Form applies, coverage under this Additional Coverage — Electronic Data is limited to the "specified causes of loss" as defined in that Form, and Collapse as set forth in that Form.

**(b)** If the Causes of Loss — Broad Form applies, coverage under this Additional Coverage — Electronic Data includes Collapse as set forth in that Form.

**(c)** If the Causes of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage — Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage — Electronic Data is $2,500 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent

191BX

AFP-META2-08-PRINT001-0712-0042-I

policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more or, a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

**(ii)** Business personal property that you newly acquire, located at your newly constructed or acquired buildings at the location

described in the Declarations; or

**(iii)** Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

1920 0000072WADDUN61885108292O

AFP-META2-08-PRINT001-0712-0043-I

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered — Electronic Data.

(2) If the Causes of Loss — Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that Form, and Collapse as set forth in that Form.

(3) If the Causes of Loss — Broad Form applies, coverage under this Extension includes Collapse as set forth in that Form.

(4) Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

**d. Property Off-Premises**

(1) You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

(a) Temporarily at a location you do not own, lease or operate;

(b) In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

(c) At any fair, trade show or exhibition.

(2) This Extension does not apply to property:

(a) In or on a vehicle; or

(b) In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

(3) The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants, (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion; or

(5) Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**f. Non-Owned Detached Trailers**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

(a) The trailer is used in your business;

1920X

AFP-META2-08-PRINT001-0712-0044-I

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes of Loss Form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

The limits applicable to the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance.

Payments under the Preservation of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example No. 1:**

(This example assumes there is no coinsurance penalty.)

| | |
|---|---|
| Deductible: | $    250 |
| Limit of Insurance — Bldg. 1: | $  60,000 |
| Limit of Insurance — Bldg. 2: | $  80,000 |
| Loss to Bldg. 1: | $  60,100 |
| Loss to Bldg. 2: | $  90,000 |

The amount of loss to Bldg. 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Bldg. 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Bldg. 1:

$ 60,100
-      250
$ 59,850 Loss Payable — Bldg. 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Bldg. 2. Loss payable for Bldg. 2 is the Limit of Insurance of $80,000.

Total amount of loss payable: $59,850 + 80,000 = $139,850

0000072WADDUN618851082921

1821

AFP-META2-08-PRINT001-0712-0045-I

**Example No. 2:**

(This example, too, assumes there is no coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example No. 1.

Loss to Bldg. 1:                                    $70,000
    (exceeds Limit of Insurance plus Deductible)
Loss to Bldg. 2:                                    $90,000
    (exceeds Limit of Insurance plus Deductible)
Loss Payable — Bldg. 1:                     $60,000
    (Limit of Insurance)
Loss Payable — Bldg. 2:                     $80,000
    (Limit of Insurance)
Total amount of loss payable:

                                    $140,000

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

  **1. Abandonment**

    There can be no abandonment of any property to us.

  **2. Appraisal**

    If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

    **a.** Pay its chosen appraiser; and

    **b.** Bear the other expenses of the appraisal and umpire equally.

    If there is an appraisal, we will still retain our right to deny the claim.

  **3. Duties In The Event Of Loss Or Damage**

    **a.** You must see that the following are done in the event of loss or damage to Covered Property:

      **(1)** Notify the police if a law may have been broken.

      **(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

      **(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

      **(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

      **(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

      **(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

      Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

      **(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

      **(8)** Cooperate with us in the investigation or settlement of the claim.

  **b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

192YX

AFP-META2-08-PRINT001-0712-0046-I

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sublessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

**(a)** Vandalism;



0000072WADDUN61885108 2922

1822

AFP-META2-08-PRINT001-0712-0047-I

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

### 7. Valuation

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b.**, **c.**, **d.**, **e.** and **f.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property. However, the following property will be valued at the actual cash value even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**(3)** Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety glazing material if required by law.

**e.** Tenant's Improvements and Betterments at:

**(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

### F. Additional Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

#### 1. Coinsurance

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

**(4)** Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

1922X

**Example No. 1 (Underinsurance):**

| When: | | |
|---|---|---|
| | The value of property is | $ 250,000 |
| | The Coinsurance percentage for it is | 80% |
| | The Limit of Insurance for it is | $ 100,000 |
| | The Deductible is | $ 250 |
| | The amount of loss is | $ 40,000 |

Step **(1):** $250,000 x 80% = $200,000
(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2):** $100,000 ÷ $200,000 = .50

Step **(3):** $40,000 x .50 = $20,000

Step **(4):** $20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example No. 2 (Adequate Insurance):**

| When: | | |
|---|---|---|
| | The value of property is | $ 250,000 |
| | The Coinsurance percentage for it is | 80% |
| | The Limit of Insurance for it is | $ 200,000 |
| | The Deductible is | $ 250 |
| | The amount of loss is | $ 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this Example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example No. 3:**

| When: | | |
|---|---|---|
| | The value of property is: | |
| | Bldg. at Location No. 1 | $ 75,000 |
| | Bldg. at Location No. 2 | $ 100,000 |
| | Personal Property at Location No. 2 | $ 75,000 |
| | | $ 250,000 |
| | The Coinsurance percentage for it is | 90% |
| | The Limit of Insurance for Buildings and Personal Property at Location Nos. 1 and 2 is | $ 180,000 |
| | The Deductible is | $ 1,000 |
| | The amount of loss is: | |
| | Bldg. at Location No. 2 | $ 30,000 |
| | Personal Property at Location No. 2 | $ 20,000 |
| | | $ 50,000 |

Step **(1):** $250,000 x 90% = $225,000
(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step **(2):** $180,000 ÷ $225,000 = .80

Step **(3):** $50,000 x .80 = $40,000

Step **(4):** $40,000 - $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the


1923     0000072WADDUN61885108292 3

AFP-META2-08-PRINT001-0712-0049-I

mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

## G. Optional Coverages

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

### 1. Agreed Value

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

**(1)** On or after the effective date of this Optional Coverage; and

**(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

### 2. Inflation Guard

**a.** The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

**(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

**(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

**(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example:**

| If: | | |
|---|---|---|
| | The applicable Limit of Insurance is | $ 100,000 |
| | The annual percentage increase is | 8% |
| | The number of days since the beginning of the policy year (or last policy change) is | 146 |
| | The amount of increase is $100,000 x .08 x 146 ÷ 365 = | $  3,200 |

### 3. Replacement Cost

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Loss Condition, Valuation, of this Coverage Form.

**b.** This Optional Coverage does not apply to:

**(1)** Personal property of others;

**(2)** Contents of a residence;

**(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

**(4)** "Stock", unless the Including "Stock" option is shown in the Declarations.

1923X

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

**(1)** Until the lost or damaged property is actually repaired or replaced; and

**(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

With respect to tenant's improvements and betterments, the following also apply:

**(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Condition of this Coverage Form; and

**(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace the lost or damaged property with other property:

**(a)** Of comparable material and quality; and

**(b)** Used for the same purpose; or

**(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:



If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

1924

0000072WADDUN61885108292 4

AFP-META2-08-PRINT001-0712-0051-I

COMMERCIAL PROPERTY
CP 00 90 07 88

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy s coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and
2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1. We cover loss or damage commencing:
   a. During the policy period shown in the Declarations; and
   b. Within the coverage territory.

2. The coverage territory is:
   a. The United States of America (including its territories and possessions);
   b. Puerto Rico; and
   c. Canada.

Copyright, ISO Commercial Risk Services, Inc., 1983, 1987

1924K

AFP-META2-08-PRINT001-0712-0052-I

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance;

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you; or

   c. Your tenant.

This will not restrict your insurance.





AFP-META2-08-PRINT001-0712-0053-I

COMMERCIAL PROPERTY
CP 01 40 07 06

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

> COMMERCIAL PROPERTY COVERAGE PART
> STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.**, such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

1. Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

2. Additional Coverage — Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.**, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

1925X

© ISO Properties, Inc., 2006

AFP-META2-08-PRINT001-0712-0054-I

COMMERCIAL PROPERTY
CP 10 30 04 02

# CAUSES OF LOSS — SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** — Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

1. Excluded in Section **B.**, Exclusions; or

2. Limited in Section **C.**, Limitations;

that follow.

## B. Exclusions

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   **a. Ordinance Or Law**

   The enforcement of any ordinance or law:

   **(1)** Regulating the construction, use or repair of any property; or

   **(2)** Requiring the tearing down of any property, including the cost of removing its debris.

   This exclusion, Ordinance Or Law, applies whether the loss results from:

   **(1)** An ordinance or law that is enforced even if the property has not been damaged; or

   **(2)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

   **b. Earth Movement**

   **(1)** Earthquake, including any earth sinking, rising or shifting related to such event;

   **(2)** Landslide, including any earth sinking, rising or shifting related to such event;

   **(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   **(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   **(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

© ISO Properties, Inc., 2001



AFP-META2-08-PRINT001-0712-0055-I

Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

All volcanic eruptions that occur within any 168 hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises. Failure includes lack of sufficient capacity and reduction in supply.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion does not apply to the Business Income coverage or to Extra Expense coverage. Instead, the Special Exclusion in paragraph **B.4.a.(1)** applies to these coverages.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows from a sewer, drain or sump; or

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings.

But if Water, as described in **g.(1)** through **g.(4)** above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**1.** When "fungus", wet or dry rot or bacteria results from fire or lightning; or

1926X

**2.** To the extent that coverage is provided in the Additional Coverage — Limited Coverage For "Fungus, Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.** **(1)** Wear and tear;

**(2)** Rust, or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.



**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

**(1)** Acting alone or in collusion with others; or

**(2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

0000072WADDUN61885108292T    1827    AFP-META2-08-PRINT001-0712-0057-I

i. Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

j. Rain, snow, ice or sleet to personal property in the open.

k. Collapse, except as provided below in the Additional Coverage for Collapse. But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

l. Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This Exclusion, l., does not apply to damage to glass caused by chemicals applied to the glass.

m. Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

3. We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction,

renovation, remodeling, grading, compaction;

(3) Materials used in repair , construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property on or off the described premises.

4. **Special Exclusions**

The following provisions apply only to the specified Coverage Forms.

a. **Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, or Extra Expense Coverage Form**

We will not pay for:

(1) Any loss caused directly or indirectly by the failure of power or other utility service supplied to the described premises, however caused, if the failure occurs outside of a covered building. Failure includes lack of sufficient capacity and reduction in supply.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss resulting from that Covered Cause of Loss.

(2) Any loss caused by or resulting from:

(a) Damage or destruction of "finished stock"; or

(b) The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

(3) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

(4) Any increase of loss caused by or resulting from:

(a) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or

1927X

AFP-META2-08-PRINT001-0712-0058-I

replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period of Indemnity Optional Coverage or any variation of these.

**(5)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(6)** Any other consequential loss.

**b. Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.**, Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c. Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a**, Ordinance Or Law;

**(b)** Paragraph **B.1.c**, Governmental Action;

**(c)** Paragraph **B.1.d.**, Nuclear Hazard;

**(d)** Paragraph **B.1.e.**, Utility Services; and

**(e)** Paragraph **B.1.f.**, War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

**1.** We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

**a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

0000072WADDUN61885108 2928    1928

AFP-META2-08-PRINT001-0712-0059-I

**b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

   **(1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

   **(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**d.** Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

However, this limitation does not apply to:

   **(1)** Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

   **(2)** Business Income coverage or Extra Expense coverage.

**e.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

**f.** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**2.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

**a.** Animals, and then only if they are killed or their destruction is made necessary.

**b.** Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

   **(1)** Glass; or

**(2)** Containers of property held for sale.

**c.** Builders' machinery, tools, and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

   **(1)** If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

   **(2)** To Business Income coverage or to Extra Expense coverage.

**3.** The special limit shown for each category, **a.** through **d.**, is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

**a.** $2,500 for furs, fur garments and garments trimmed with fur.

**b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**c.** $2,500 for patterns, dies, molds and forms.

**d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.**, does not apply to Business Income coverage or to Extra Expense coverage.

**4.** We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

**a.** Results in discharge of any substance from an automatic fire protection system; or

**b.** Is directly caused by freezing.

1928X

AFP-META2-08-PRINT001-0712-0060-I

However, this limitation does not apply to Business Income coverage or to Extra Expense coverage.

**D. Additional Coverage — Collapse**

The term Covered Cause of Loss includes the Additional Coverage — Collapse as described and limited in **D.1.** through **D.5.** below.

1. With respect to buildings:

   a. Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose;

   b. A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse;

   c. A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building;

   d. A building that is standing or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

2. We will pay for direct physical loss or damage to Covered Property, caused by collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if the collapse is caused by one or more of the following:

   a. The "specified causes of loss" or breakage of building glass, all only as insured against in this Coverage Part;

   b. Decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

   c. Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

   d. Weight of people or personal property;

   e. Weight of rain that collects on a roof;

   f. Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs

after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in **2.a.** through **2.e.**, we will pay for the loss or damage even if use of defective material or methods, in construction, remodeling or renovation, contributes to the collapse.

The criteria set forth in **1.a.** through **1.d.** do not limit the coverage otherwise provided under this Causes of Loss Form for the causes of loss listed in **2.a.**, **2.d.** and **2.e.**

3. With respect to the following property:

   a. Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

   b. Awnings, gutters and downspouts;

   c. Yard fixtures;

   d. Outdoor swimming pools;

   e. Fences;

   f. Piers, wharves and docks;

   g. Beach or diving platforms or appurtenances;

   h. Retaining walls; and

   i. Walks, roadways and other paved surfaces;

   if the collapse is caused by a cause of loss listed in **2.b.** through **2.f.**, we will pay for loss or damage to that property only if:

   a. Such loss or damage is a direct result of the collapse of a building insured under this Coverage Form; and

   b. The property is Covered Property under this Coverage Form.

4. If personal property abruptly falls down or caves in and such collapse is not the result of collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

   a. The collapse was caused by a Cause of Loss listed in **2.a.** through **2.f.** above;

   b. The personal property which collapses is inside a building; and

   c. The property which collapses is not of a kind listed in **3.** above, regardless of whether that kind of property is considered to be personal property or real property.

   The coverage stated in this Paragraph **4.** does not apply to personal property if

0000072WADDUN61885108292929

1929



AFP-META2-08-PRINT001-0712-0061-I

marring and/or scratching is the only damage to that personal property caused by the collapse.

Collapse of personal property does not mean cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

5. This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

**E. Additional Coverage — Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

1. The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

   **a.** A "specified cause of loss" other than fire or lightning; or

   **b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

2. We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

   **a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

   **b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

   **c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

3. The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire to lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or

bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

   If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss Form or under the Additional Coverage — Collapse.

6. The following **6.a.** or **6.b.**, applies only if Business Income and/or Extra Expense coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense coverage form.

   **a.** If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

   **b.** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a

AFP-META2-08-PRINT001-0712-0062-I

delay occurrs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F. Additional Coverage Extensions**

**1. Property In Transit**

This Extension applies only to your personal property to which this form applies.

**a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

**b.** Loss or damage must be caused by or result from one of the following causes of loss:

**(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

**(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the road bed.

**(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

**c.** The most we will pay for loss or damage under this Extension is $5,000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

**2. Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

**3. Glass**

**a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension, **F.3.**, does not increase the Limit of Insurance.

**G. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Specified Causes of Loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

**(1)** The cost of filling sinkholes; or

**(2)** Sinking or collapse of land into man-made underground cavities.

**b.** Falling objects does not include loss or damage to:

**(1)** Personal property in the open; or

**(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam.

AFP-META2-08-PRINT001-0712-0063-I

CP 75 15 11 02

# PEAK PROPERTY ENDORSEMENT

This endorsement modifies insurance provided under the following:

> BUILDING AND PERSONAL PROPERTY COVERAGE FORM
> CONDOMINIUM ASSOCIATION COVERAGE FORM
> CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERS FORM
> CAUSES OF LOSS — SPECIAL FORM

**SECTION A.** BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

1. The following items are amended as shown. All other text and provisions of the indicated item remain as written in the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, CONDOMINIUM ASSOCIATION COVERAGE FORM, or CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM.

| Description of item with amended material: | Section | The most we will pay is increased to: |
|---|---|---|
| Building property includes fences, signs and antennas (including satellite dishes), if not covered by other insurance. This property is covered inside or outside of buildings. | A.1.a.(5) | |
| Your Business Personal Property includes: | | |
| Machinery and equipment, patterns, dies, molds and forms; | A.1.b.(2) | |
| Building plate glass that you have a contractual responsibility to insure as a building tenant. | A.1.b.(8) | |
| Debris Removal | A.4.a.(4) | $25,000 |
| Fire Department Service Charge | A.4.c. | Actual loss sustained |
| Pollutant Clean Up and Removal - The following is added: We will also pay your expense to extract "pollutants" from land or water away from the described premises if the expense directly results from a Covered Cause of Loss that occurs during the policy period to covered property while in transit. | A.4.d. | $25,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy. |
| Coverage Extensions - If a loss is covered by both a specific coverage form on this policy and a Coverage Extension, the coverage provisions of the specific coverage form apply to the loss. | A.5. | |

1930X

AFP-META2-08-PRINT001-0712-0064-I

| Description of item with amended material: | Section | The most we will pay is increased to: |
|---|---|---|
| Newly Acquired or Constructed Property: | | |
| * (1) Building | A.5.a.(1) | $1,000,000 |
| + (2) Your Business Personal Property | A.5.a.(2) | $500,000 |
| (3) Insurance will end: "30 days" is replaced by "90 days" | A.5.a.(3)(b) | |
| Personal Effects and Property of Others: | | |
| (1) Personal Effects owned by you, your officers, your partners or members, your managers or employees | A.5.b.(1) | $10,000 |
| (2) Personal Property of others in your care, custody or control | A.5.b.(2) | $10,000 |
| Valuable Papers and Records (Other than Electronic Data) | A.5.c. | $25,000 |
| Property Off-Premises | A.5.d.(3) | $25,000 |
| Outdoor Property: (6) Wind (7) Hail are added as causes of loss. References to fences, antennas and signs are deleted. | A.5.e. | $10,000, but not more $2,500 than on any one tree, shrub or plant |
| Limits of Insurance - the most we will pay for loss or damage in any one occurrence is the Maximum Limit of Insurance shown in the Declarations. Lesser limits apply to coverages which have specific limits stated in the Declarations or in forms or endorsements. | C. | |
| Paragraph two reference to outdoor signs is deleted. | | |
| ** Valuation - If the cost to repair or replace the damaged building property is $5,000 or less, we will pay the cost of building repairs or replacement. | E.7.b. | |
| Additional Condition - Coinsurance - This condition is deleted. Other references in this Coverage Part to coinsurance are deleted. | F.1. | |
| Replacement Cost - The reference to Personal Property of Others is deleted. This Optional Coverage may apply to personal property of others. | G.3.b.(1) | |

2.  The following Coverage Extensions are added. The limits applicable to Coverage Extensions A.5.h., A.5.i., and A.5.j. are in addition to the Limits of Insurance. Other Coverage Extensions shown in the following will not increase the applicable Limit of Insurance.

| Description | Section | The most we will pay is: |
|---|---|---|
| Brand and Label - If covered business personal property is damaged, we have the option to take all or any part of the property at an agreed or appraised value. When you do not want your damaged "stock" sold under your brand or label, you may extend the insurance that applies to Your Business Personal Property to cover the cost to: <br>(1) Remove the brand or label from "stock" or its containers, and relabel the "stock" to comply with the law; or <br>(2) Label the damaged "stock" as salvage but, in doing so, you must cause no further damage to it. | A.5.g. | $10,000 |

---

\*    Not applicable for Condominium Commercial Unit-Owners Coverage Form.
\+    **Section** is amended to read A.5.a.(1) on the Condominium Commercial Unit-Owners Coverage Form.
\*\*   **Section** is amended to read E.8.b. on the Condominium Association Coverage Form. This amendment is not applicable for Condominium Commercial Unit-Owners Coverage Form.

0000072WADDUN618851082931

1931

AFP-META2-08-PRINT001-0712-0065-I

| Description | Section | The most we will pay is: |
|---|---|---|
| In either case, we will pay the difference between the salvage value of the damaged "stock" with the brand or label attached, and its salvage value with the brand or label removed. In addition, we will pay your expenses for removing the brands or labels and relabeling the damaged "stock". | | |
| Inflation Guard - If Building coverage is shown in the Declarations and the Replacement Cost Optional Coverage has been selected for the building coverage, then the Optional Coverage - Inflation Guard as listed under section G of the Building and Personal Property Coverage Form, the Condominium Association Coverage Form or the Condominium Commercial Unit-Owners Coverage Form automatically applies to the building. The percentage increase is 4%. The insured may purchase a higher percentage under the Inflation Guard Optional Coverage. If the insured chooses a higher percentage, we will charge the difference between the additional premium due for the higher percentage and 4%. | A.5.h. | |
| Lawn Coverage - You may extend the insurance that applies to Building to apply to your lawns on which the property is located. The lawn exclusion in A.2.h. does not apply to this Extension of Coverage. | A.5.i. | $2,000 at each described premises |
| Money and Securities - You may extend the insurance that applies to Your Business Personal Property to apply to money and securities. The money and securities exclusion in A.2.a. does not apply to this Extension of Coverage. No deductible applies to this Extension of Coverage. | A.5.j. | $500 |
| Premises Limitation - The premises limitation found anywhere in the Commercial Property Coverage Part is broadened from "within 100 feet" of the described premises to "within 1000 feet" of the described premises. | A.5.k. | |
| Inventory or Appraisals - You may extend the insurance that applies to Your Business Personal Property to pay the cost of any inventories or appraisals that we require when loss or damage occurs to insured property. | A.5.l. | $10,000 |
| Consequential Damage - You may extend the insurance that applies to Your Business Personal Property to cover the consequential damage to your undamaged personal property. Consequential damage means a part or parts of your product are physically lost or damaged by a Covered Cause of Loss, causing the part or parts that are not damaged to be unmarketable as a complete product. | A.5.m. | $10,000 |

3.    The following Additional Coverages are added. The limit provided for each of the Additional Coverages A.4.g., A.4.h., A.4.i., A.4.j., and A.4.k. is in addition to the Limits of Insurance. Other Additional Coverages shown in the following will not increase the applicable Limit of Insurance.

| Description | Section | The most we will pay is: |
|---|---|---|
| Arson Reward - We will pay an arson reward for information which leads to an arson conviction for loss or damage covered by this policy. This limit applies per occurrence, regardless of the number of persons providing information. No deductible applies to this Additional Coverage. | A.4.g. | $5,000 |

193Y X

AFP-META2-08-PRINT001-0712-0066-I

| Description | Section | The most we will pay is: |
|---|---|---|
| Fire Extinguisher Recharge - We will pay up to this amount for your expense of recharging portable fire extinguishers used to fight a fire at the premises described in the Declarations or at immediately adjacent premises which expose your property to loss. No deductible applies to this Additional Coverage. | A.4.h. | Actual loss sustained |
| Money Orders and Counterfeit Paper Currency - We will pay up to this amount in any one occurrence for loss caused by your accepting in good faith:<br>(1) Any post office or express money orders which are not paid upon presentation; or<br>(2) Counterfeit paper currency;<br>in exchange for merchandise, services or money. No deductible applies to this Additional Coverage. | A.4.i. | $1,000 |

**Extra Expense (Section A.4.j.)**

(1)  We will pay the actual and necessary Extra Expense you sustain due to direct physical loss or damage to property at the premises described in the Declarations, including personal property in the open (or in a vehicle) within 1000 feet, caused by or resulting from any Covered Cause of Loss. If you are a tenant, your premises is the portion of the building which you rent, lease or occupy, including:

   (a)  All routes within the building to gain access to the described premises; and
   (b)  Your personal property in the open (or in a vehicle) within 1000 feet.

(2)  Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property:

   (a)  To avoid or minimize the suspension of business and to continue "operations":

      (i)   At the described premises; or
      (ii)  At replacement premises or temporary locations, including:

         (a)  Relocation expenses; and
         (b)  Costs to equip and operate the replacement or temporary locations;

   (b)  To minimize the suspension of business if you cannot continue "operations", or
   (c)  (i)   To repair or replace any property; or
        (ii)  To research, replace or restore the lost information on damaged valuable papers and records; to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage.

(3)  Limits of Insurance
     The most we will pay for loss or damage under this Additional Coverage is $10,000.

(4)  Insurance Under Two or More Coverages
     If two or more of this policy's coverages apply to the same "loss", we will not pay more than the actual amount of "loss".

(5)  The provisions of this Additional Coverage are superseded if Extra Expense coverage is provided at limits equal to or greater than those provided by this Additional Coverage by another form attached to and made a part of this policy.

**Forgery or Alteration (Section A.4.k.)**

(1)  We will pay for loss involving Covered Instruments resulting directly from the Covered Causes of Loss.
(2)  Covered Instruments: checks, drafts, promissory notes or similar written promises, orders or directions to pay a sum certain in "money" that are:
   (a)  Made or drawn by or drawn upon you;
   (b)  Made or drawn by one acting as your agent;
   that are purported to have been so made or drawn.
(3)  Covered Causes of Loss: forgery or alteration of, on or in any Covered Instrument.
(4)  Coverage Extension: Legal Expenses



1932    0000072WADDUN61885108293Z

AFP-META2-08-PRINT001-0712-0067-I

If you are sued for refusing to pay any Covered Instrument on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense. The amount we will pay under this extension is in addition to the Limit of Insurance applicable to this Additional Coverage.

(5) Exclusions

   (a) Section B., Exclusions, of the Causes of Loss - Special Form does not apply to this Forgery or Alteration Coverage, except for:

      (i) Paragraph B.1.c., Governmental Action;

      (ii) Paragraph B.1.d., Nuclear Hazard; and

      (iii) Paragraph B.1.f., War and Military Action.

   (b) We will not pay for loss caused by or resulting from any of the following:

      (i) Dishonest or criminal acts committed by any of your "employees", directors or trustees:

         (a) Whether acting alone or in collusion with other persons; or

         (b) Whether while performing services for you or otherwise.

      (ii) Loss that is an indirect result of any act or "occurrence" covered by this insurance, including, but not limited to, loss resulting from:

         (a) Your inability to realize income that you would have realized had there been no loss of, or loss from damage to, Covered Instruments.

         (b) Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance.

         (c) Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this Additional Coverage.

      (iii) Expenses related to any legal action, except as provided in paragraph A.4.k.(4) above.

(6) Limits of Insurance

   The most we will pay for loss in any one "occurrence" is $5,000.

(7) Insurance Under Two or More Coverages

   If two or more of this policy's coverages apply to the same loss, we will pay the lesser of:

   (a) The actual amount of loss; or

   (b) The sum of the Limits of Insurance applicable to those coverages.

(8) Loss Sustained During Prior Insurance

   (a) If you, or any predecessor in interest, sustained loss during the period of any prior insurance that you or any predecessor in interest could have recovered under that insurance except that the time within which to discover loss had expired, we will pay for it under this insurance, provided:

      (i) This insurance became effective at the time of cancellation or termination of the prior insurance; and

      (ii) The loss would have been covered by this insurance had it been in effect when the acts or events causing the loss were committed or occurred.

   (b) The insurance under this Condition is part of, not in addition to, the Limit of Insurance applying to this Additional Coverage and is limited to the lesser of the amount recoverable under:

      (i) This insurance as of its effective date; or

      (ii) The prior insurance, had it remained in effect.

(9) The provisions of this Additional Coverage are superseded if Forgery or Alteration coverage is provided under another coverage form attached to and made a part of this policy.

**Utility Services - Direct Damage (Section A.4.l.)**

(1) We will pay for loss of or damage to Covered Property, other than "Perishable Stock", described in the Declarations, caused by the interruption of service to the covered premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property, not on the described premises:

   (a) Water Supply Services, meaning the following types of property supplying water to the covered premises:

      (i) Pumping stations; and

      (ii) Water mains.

1932X

AFP-META2-08-PRINT001-0712-0068-I

    (b)  Communication Supply Services, meaning property supplying communication services, including telephone, radio, microwave or television services to the covered premises, such as:

        (i)  Communication transmission lines, including optic fiber transmission lines;

        (ii)  Coaxial cables; and

        (iii)  Microwave radio relays except satellites.

    (c)  Power Supply Services, meaning the following types of property supplying electricity, steam or gas to the covered premises:

        (i)  Utility generating plants;

        (ii)  Switching stations;

        (iii)  Substations;

        (iv)  Transformers; and

        (v)  Transmission lines.

(2)  Limits of Insurance

    (a)  The most we will pay for loss or damage under this Additional Coverage is $10,000 at each covered building.

    (b)  This Additional Coverage is included within the Limit of Insurance.

(3)  The Utility Services exclusion in B.1.e. of the Causes of Loss - Special Form does not apply to this Additional Coverage.

(4)  The provisions of this Additional Coverage are superseded if the Utility Services - Direct Damage Form is attached to and made a part of this policy.

**Spoilage Due to Power Outage, Mechanical Breakdown, or Contamination - Direct Damage (Section A.4.m.)**

(1)  You may extend the insurance which applies to Your Business Personal Property to apply to spoilage of "perishable stock" caused by:

    (a)  Breakdown or Contamination, meaning:

        (i)  Change in temperature or humidity caused by mechanical breakdown or failure of refrigerating, cooling, or humidity control equipment; and

        (ii)  Contamination by the refrigerant.

    (b)  Power Outage, meaning change in temperature or humidity caused by complete or partial interruption of electrical power due to conditions beyond your control.

(2)  This coverage does not apply to loss to stock which is outside of a building or in or on a vehicle unless the stock is being moved to prevent or reduce loss covered by this policy.

(3)  EXCLUSIONS

    (a)  Only the following Exclusions contained in paragraph B.1. of the Causes of Loss - Special Form apply to this Additional Coverage:

        (i)  Earth Movement;

        (ii)  Government Action;

        (iii)  Nuclear Hazard;

        (iv)  War and Military Action;

        (v)  Water.

    (b)  The following Exclusions are added:

        We will not pay for loss or damage caused by:

        (i)  The disconnecting of any refrigerating, cooling or humidity control system from the source of power.

        (ii)  Shutting off electrical power by turning off the switch that controls the flow of electricity.

        (iii)  The inability of an Electrical Utility Company or other power source to provide sufficient power due to:

            (a)  Lack of fuel; or

            (b)  Governmental order.

        (iv)  A power source at the described premises not having enough power to meet demand due to lack of generating capacity.

0000072WADDUN618851082933   1933

AFP-META2-08-PRINT001-0712-0069-I



(4)  The following is added to the DEFINITIONS section:

"Perishable stock", with respect to this Additional Coverage, means personal property maintained under controlled conditions for its preservation and susceptible to loss or damage if the controlled conditions change.

(5)  The most we will pay under this Additional Coverage is $10,000 at each covered building. Payments under this Additional Coverage will not increase the applicable Limit of Insurance.

(6)  The provisions of this Additional Coverage are superseded if a Spoilage Coverage Form is attached to and made a part of this policy.

4.  The following are added under H. Definitions:

4.  "Employees"

  a.  "Employees" means

  (1)  Any natural person

  (a)  While in your service (and for 30 days after termination of service); and

  (b)  Whom you compensate directly by salary, wages, or commissions; and

  (c)  Whom you have the right to direct and control while performing services for you; or

  (2)  Any natural person employed by an employment contractor while that person is subject to your direction and control and performing services for you, excluding, however, any such person while having care and custody of property outside the "premises".

  b.  But "employees" does not mean any

  (1)  Agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

  (2)  Director or trustee, except while performing acts coming within the scope of the usual duties of an employee.

5.  "Loss" means accidental loss or damage.

6.  "Money" means:

  a.  Currency, coins and bank notes in current use and having a face value; and

  b.  Travelers checks, register checks and money orders held for sale to the public.

7.  "Occurrence" means all loss caused by any person or in which that person is involved, whether the loss involves one or more instruments.

8.  "Operations" means the type of your business activities occurring at the described premises.

9.  "Period of Restoration" means the period of time that:

  a.  Begins:

  (1)  72 hours after the time of direct physical loss or damage for Business Income coverage; or

  (2)  immediately after the time of direct physical loss or damage for Extra Expense coverage; caused by or resulting from any Covered Cause of Loss at the described premises; and

  b.  Ends on the earlier of:

  (1)  The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

  (2)  The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

  (1)  Regulates the construction, use or repair, or requires the tearing down of any property; or

  (2)  Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

AFP-META2-08-PRINT001-0712-0070-I

**SECTION B.** CAUSES OF LOSS - SPECIAL FORM

The following items are amended as shown. These amendments apply only if the CAUSES OF LOSS - SPECIAL FORM applies to this policy. All other text and provisions of the indicated item remain as written in the CAUSES OF LOSS - SPECIAL FORM.

| Description of item with amended material: | Section | The most we will pay is: |
|---|---|---|
| EXCLUSIONS - Water that backs up or overflows from a sewer, drain or sump. This exclusion is deleted. | B.1.g.(3) | |
| LIMITATIONS - Building materials and supplies not attached as part of the building or structure. This limitation is deleted. | C.1.d. | |
| LIMITATIONS - Builders' machinery, tools and equipment. This limitation is deleted. | C.2.c. | |
| LIMITATIONS - Furs, fur garments and garments trimmed with fur, for loss or damage by theft. | C.3.a. | $5,000 |
| LIMITATIONS - Jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum, and other precious alloys or metals, for loss or damage by theft. | C.3.b. | $5,000 |
| LIMITATIONS - Patterns, dies, molds and forms, for loss or damage by theft. This limitation is deleted. | C.3.c. | |



AFP-META2-08-PRINT001-0712-0071-I

**COMMERCIAL PROPERTY**
**CP 75 66 10 01**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EQUIPMENT BREAKDOWN
# ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS — BASIC FORM
CAUSES OF LOSS — BROAD FORM
CAUSES OF LOSS — SPECIAL FORM

**A.** The BUILDING AND PERSONAL PROPERTY COVERAGE FORM, CONDOMINIUM ASSOCIATION COVERAGE FORM or CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM is modified as follows:

ADDITIONAL COVERAGES

The following is added to **4.** Additional Coverages:

**Equipment Breakdown**

**(1)** We will pay for loss caused by or resulting from an "accident" to "covered equipment". As used in this Additional Coverage, an "accident" means direct physical loss as follows:

    **(a)** mechanical breakdown, including rupture or bursting caused by centrifugal force;

    **(b)** artifically generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires;

    **(c)** explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

    **(d)** loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

    **(e)** loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

**(2)** Unless otherwise shown in the Equipment Breakdown Schedule, the following coverages also apply to loss caused by or resulting from an "accident" to "covered equipment". These coverages do not provide additional amounts of insurance.

    **(a)** Expediting Expenses

    With respect to your damaged Covered Property, we will pay, up to $50,000 unless otherwise shown in the Equipment Breakdown Schedule, the reasonable extra cost to:

      **(i)** make temporary repairs; and

      **(ii)** expedite permanent repairs or permanent replacement.

    **(b)** Hazardous Substances

    We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional costs to clean up or dispose of such property.

    Additional costs mean those beyond what would have been required had no "hazardous substance" been involved.

1834K

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

AFP-META2-08-PRINT001-0712-0072-I

The most we will pay for loss or damage under this coverage, including actual loss of Business Income you sustain, necessary Extra Expense you incur and loss under Spoilage coverage, if shown as covered, is $50,000 unless otherwise shown in the Equipment Breakdown Schedule.

**(c)** Spoilage

**(i)** We will pay for your loss of "perishable goods" due to spoilage.

**(ii)** We will also pay for your loss of "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia.

**(iii)** We will also pay any necessary expenses you incur to reduce the amount of loss under this coverage. We will pay for such expenses to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

**(iv)** If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident", less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Valuation condition.

The most we will pay for loss or damage under this coverage is $25,000 unless otherwise shown in the Equipment Breakdown Schedule.

**(d)** Computer Equipment

We will pay for loss or damage caused by or resulting from an "accident" to "computer equipment".

The most we will pay for loss or damage under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $50,000 unless otherwise shown in the Equipment Breakdown Schedule. Computers used

primarily to control or operate "covered equipment" are not subject to this limit.

**(e)** Data Restoration

We will pay for your cost to research, replace and restore data, including programs and operating systems, that is lost or corrupted due to an "accident". The most we will pay for loss or damage under this coverage is $50,000 unless otherwise shown in the Equipment Breakdown Schedule.

**(f)** CFC Refrigerants

We will pay for the additional cost to repair or replace Covered Property because of the use or presence of a refrigerant containing CFC (chlorofluorocarbons) substances. This means the additional cost to do the least expensive of the following:

**(i)** Repair the damaged property and replace any lost CFC refrigerant;

**(ii)** Repair the damaged property, retrofit the system to accept a non-CFC refrigerant and charge the system with a non-CFC refrigerant; or

**(iii)** Replace the system with one using a non-CFC refrigerant.

Additional costs mean those beyond what would have been required had no CFC refrigerant been involved.

The most we will pay for loss or damage under this coverage, including actual loss of Business Income you sustain, necessary Extra Expense you incur and loss under Spoilage coverage, if shown as covered, is $50,000 unless otherwise shown in the Equipment Breakdown Schedule.

**(g)** Service Interruption

Any insurance provided for Business Income, Extra Expense and Spoilage is extended to apply to loss caused by or resulting from an accident to equipment that is owned by a utility, landlord, or other supplier with whom you have a contract to provide you with any of the following services: electrical power, communications, waste disposal, air conditioning, refrigeration, heating, gas, air, water or steam.

AFP-META2-08-PRINT001-0712-0073-I

0000072WADDUN618851082935

1935



**(3)** CONDITIONS

**(a)** Suspension

When any "covered equipment" is found to be in, or exposed to a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" to that "covered equipment". We can do this by mailing or delivering a written notice of suspension to your address as shown in the Declarations, or at the address where the equipment is located. Once suspended in this way, your insurance can be reinstated only by an endorsement for that "covered equipment". If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

**(b)** Jurisdictional Inspections

If any property that is "covered equipment" under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf.

**(c)** Environmental, Safety and Efficiency Improvements

If "covered equipment" requires replacement due to an "accident", we will pay your additional cost to replace with equipment that is better for the environment, safer or more efficient than the equipment being replaced.

However, we will not pay more than 125% of what the cost would have been to repair or replace with like kind and quality. This condition does not increase any of the applicable limits. This condition does not apply to any property to which Actual Cash Value applies.

**(d)** Coinsurance

If indicated in the Equipment Breakdown Schedule, specified coverages may be subject to coinsurance. We will not pay for the full amount of your loss if the applicable limit is less than the product of the specified coinsurance percentage times the value of the property subject to the coverage at the time of the loss. Instead, we will determine what percentage this calculated product is compared to the applicable limit and apply that percentage to the gross amount of loss. We will then subtract the applicable Deductible. The resulting amount, or the applicable limit, is the most we will pay. We will not pay for the remainder of the loss.

EXAMPLE 1 (Underinsurance)

When:

The value of "perishable goods" at the location of loss at the time of the "accident" is $200,000.

The Spoilage Limit is $100,000 @ 80% Coinsurance.

The actual loss under Spoilage Coverage resulting from the "accident" is $40,000.

The Spoilage Deductible is $5,000.

Step **1:** $200,000 X 80%  = $160,000
Step **2:** $100,000 ÷ $160,000  = .625
Step **3:** $40,000 X .625 = $25,000
Step **4:** $25,000 - $5,000  = $20,000

The total Spoilage loss recovery, after deductible, would be $20,000. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

EXAMPLE **2** (Adequate insurance)

When:

The value of "perishable goods" at the location of loss at the time of the "accident" is $100,000.

The Spoilage Limit is $100,000 @ 80% Coinsurance.

The actual loss under Spoilage Coverage resulting from the "accident" is $40,000.

The Spoilage Deductible is $5,000.

Step **1:** $100,000 X 80%  = $80,000
Step **2:** $100,000 ÷ $80,000  = 1.25

Coinsurance does not apply.

Step **3:** $40,000 - $5,000  = $35,000

The total Spoilage loss recovery, after deductible, would be $35,000.

**(4)** DEDUCTIBLE

Only as regards Equipment Breakdown Coverage, provision **D.** Deductible is deleted and replaced with the following:

1935X

AFP-META2-08-PRINT001-0712-007 4-I

If deductibles vary by type of "covered equipment" and more than one type of equipment is involved in any "one accident", the highest deductibles will apply.

**(a)** Direct and Indirect Coverages

Unless otherwise shown in the Declarations, the Direct Coverages Deductibles apply to all loss or damage covered by this endorsement, with the exception of those coverages subject to the Indirect Coverages Deductibles as noted below.

Unless more specifically indicated in the Declarations, the Indirect Coverages Deductibles apply to Business Income and Extra Expense.

**(b)** Application of Deductibles

**(i)** Dollar Deductibles

We will not pay for loss or damage resulting from any "one accident" until the amount of loss or damage exceeds the applicable Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the applicable Deductible, up to the applicable Limit of Insurance, after any deduction required by the Coinsurance condition or the Agreed Value Optional Coverage.

**(ii)** Time Deductible

If a time deductible is shown in the Declarations, we will not be liable for any loss occurring during the specified number of hours or days immediately following the "accident".

**(iii)** Multiple of Average Daily Value (ADV)

If a deductible is expressed as a number times ADV, that amount will be calculated as follows:

The ADV (Average Daily Value) will be the Business Income (as defined in any Business Income coverage form that is part of this policy) that would have been earned had no "accident" occurred during the period of interruption of business divided by the number of working days in that period. No reduction shall be made for the Business Income not being earned, or in the number of working days, because

of the "accident" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to all locations included in the valuation of the loss.

The number indicated in the Declarations shall be multiplied by the ADV as determined above. The result shall be used as the applicable deductible.

**(iv)** Percentage of Loss Deductibles

If a deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss or damage (prior to any applicable deductible or coinsurance) insured under the applicable coverage. If the dollar amount of such percentage is less than the indicated minimum deductible, the minimum deductible will be the applicable deductible.

**(5)** DEFINITIONS



**(a)** "Boilers and Vessels" means:

**(i)** Any boiler, including attached steam, condensate and feedwater piping; and

**(ii)** Any fired or unfired pressure vessel subject to vacuum or internal pressure other than the static pressure of its contents.

**(b)** "Computer equipment" means Covered Property that is electronic computer or other data processing equipment, including "media" and peripherals used in conjunction with such equipment.

**(c)** "Covered equipment", means Covered Property built to operate under vacuum or pressure, other than weight of contents, or used for the generation, transmission or utilization of energy.

**(d)** "Hazardous substance" means any substance other than ammonia that has been declared to be hazardous to health by a governmental agency.

**(e)** "Media" means all forms of electronic, magnetic and optical tapes and discs for use in any electronic computer or electronic data processing equipment.

**(f)** "One accident" means: If an initial "accident" causes other "accidents",

0000072WADDUN61885108 2936    1938

AFP-META2-08-PRINT001-0712-0075-I

all will be considered "one accident". All "accidents" that are the result of the same event will be considered "one accident".

**(g)** "Perishable Goods" means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

**(h)** "Production Machinery" means any machine or apparatus that processes or produces a product intended for eventual sale. However, "production machinery" does not mean any fired or unfired pressure vessel other than a cylinder containing a movable plunger or piston.

**B.** The CAUSES OF LOSS — BASIC FORM, BROAD FORM or SPECIAL FORM is modified as follows:

**(1)** All exclusions and limitations apply except:

**(a)** In the Causes of Loss — Speical Form:

**(i)** Exclusions **B.2.a.**, **B.2.d.(6)** and **B.2.e.**; and

**(ii)** Limitations **C.1.a.** and **C.1.b.**

**(b)** In the Causes of Loss — Broad Form: Exclusions **B.2.a.**, **B.2.b.** and **B.2.c.**

**(c)** In the Causes of Loss — Basic Form: Exclusions **B.2.a.**, **B.2.d.** and **B.2.e.**

**(2)** The exclusions are modified as follows:

**(a)** If the Causes of Loss — Basic Form or Causes of Loss — Broad Form applies, the following is added to Exclusion **B.2.**:

Depletion, deterioration, corrosion, erosion, wear and tear, or other gradually developing conditions. But if loss or damage from an "accident" results, we will pay for that resulting loss or damage.

**(b)** The following is added to Exclusion **B.1.g.(1)**:

However, if electrical "covered equipment" requires drying out because of the above, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies.

**(c)** If the Causes of Loss — Special Form applies, as respects this endorsement only, the last paragraph of Exclusion

**B.2.d.** is deleted and replaced with the following:

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in an "accident", we will pay for the loss or damage caused by that "accident".

**(3)** None of the following is "covered equipment":

**(a)** structure, foundation, cabinet, compartment or air supported structure or building;

**(b)** insulating or refractory material;

**(c)** sewer piping, underground vessels or piping, or piping forming a part of a sprinkler system;

**(d)** water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

**(e)** vehicle, aircraft, floating vessel or any equipment mounted on such vehicle, aircraft or floating vessel. However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power supplier will not be considered a vehicle, aircraft or floating vessel;

**(f)** dragline, excavation or construction equipment; or

**(g)** equipment manufactured by you for sale.

**(4)** We will not pay under this endorsement for loss or damage caused by or resulting from:

**(a)** your failure to use all reasonable means to protect the "perishable goods" from damage following an "accident";

**(b)** any defect, virus, loss of data or other situation within "media". But if loss or damage from an "accident" results, we will pay for that resulting loss or damage; or

**(c)** any of the following tests:

a hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel; or an insulation breakdown test of any type of electrical equipment.

**(5)** With respect to Service Interruption coverage and, if shown as covered, Spoilage coverage, we will also not pay for loss or damage caused by or resulting from: fire; lightning; windstorm or hail; explosion (ex-

1936K

AFP-META2-08-PRINT001-0712-0076-I

cept for steam or centrifugal explosion); smoke; aircraft or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing or collapse.

**(6)** With respect to Service Interruption coverage and, if shown as covered, Business Income and Extra Expense coverages, we will also not pay for delay in resuming operations due to the need to reconstruct or reinput data or programs on "media".

The most we will pay for loss or damage under this endorsement is the applicable Limit of Insurance shown in the Declarations. Coverage provided under this endorsement does not provide an additional amount of insurance.






AFP-META2-08-PRINT001-0712-0077-I

COMMERCIAL PROPERTY
CP 78 49 02 12

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**A.** When this endorsement is attached to Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The following provision applies when a Coinsurance percentage is shown in the Declarations:

Florida law states as follows:

Coinsurance contract: The rate charged in this policy is based upon the use of the coinsurance clause attached to this policy, with the consent of the Insured.

**C.** The following is added:

If windstorm is a Covered Cause of Loss and loss or damage to Covered Property is caused by or results from windstorm, the following exclusion applies in:

1. Broward County;

2. Dade County;

3. Martin County;

4. Monroe County;

5. Palm Beach County; and

6. All the areas east of the west bank of the Intracoastal Waterway in the counties of:

   **a.** Indian River; and

   **b.** St. Lucie.

**Windstorm Exterior Paint And Waterproofing Exclusion**

We will not pay for loss or damage caused by windstorm to:

1. Paint; or

2. Waterproofing material;

applied to the exterior of buildings unless the building to which such loss or damage occurs also sustains other loss or damage by windstorm in the course of the same storm event. But such coverage applies only if windstorm is a Covered Cause of Loss.

When loss or damage to exterior paint or waterproofing material is excluded, we will not include the value of paint or waterproofing material to determine:

   **a.** The amount of the Windstorm or Hail Deductible; or

   **b.** The value of Covered Property when applying the Coinsurance Condition.

**D.** The **Loss Payment** Condition dealing with the number of days within which we must pay for covered loss or damage is replaced by the following:

Provided you have complied with all the terms of this Coverage Part, we will pay for covered loss or damage upon the earliest of the following:

   **(1)** Within 20 days after we receive the sworn proof of loss and reach written agreement with you;

   **(2)** Within 30 days after we receive the sworn proof of loss and:

   **(a)** There is an entry of a final judgment; or

   **(b)** There is a filing of an appraisal award with us; or

1937X

© 2014 Liberty Mutual Insurance.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

AFP-META2-08-PRINT001-0712-0078-I

(3) Within 90 days of receiving notice of an initial, reopened or supplemental claim, unless we deny the claim during that time or factors beyond our control reasonably prevent such payment. If a portion of the claim is denied, then the 90-day time period for payment of claim relates to the portion of the claim that is not denied.

Paragraph **(3)** applies only to the following:

(a) A claim under a policy covering residential property;

(b) A claim for building or contents coverage if the insured structure is 10,000 square feet or less and the policy covers only locations in Florida; or

(c) A claim for contents coverage under a tenant's policy if the rented premises are 10,000 square feet or less and the policy covers only locations in Florida.

### E. Sinkhole Collapse Coverage Removed

Sinkhole Collapse coverage is removed, as indicated in Paragraphs **E.1.** through **E.4.**; and coverage for Catastrophic Ground Cover Collapse is added instead as set forth in Paragraph **F.**

1. In the Causes Of Loss — Basic Form and in the Standard Property Policy, Sinkhole Collapse is deleted from the Covered Causes of Loss and sinkhole collapse is no longer an exception to the Earth Movement Exclusion.

2. In the Causes Of Loss — Broad Form, Sinkhole Collapse is deleted from the Covered Causes of Loss and from the Additional Coverage — Collapse; and sinkhole collapse is no longer an exception to the Earth Movement Exclusion.

3. In the Causes Of Loss — Special Form, Sinkhole Collapse is deleted from the "specified causes of loss" and is no longer an exception to the Earth Movement Exclusion.

4. In the Mortgageholders Errors And Omissions Coverage Form, Sinkhole Collapse is deleted from the Covered Causes of Loss under Coverage **B** and from the "specified causes of loss", and is no longer an exception to the Earth Movement Exclusion.

Further, this Coverage Part does not insure against Sinkhole Loss as defined in Florida law unless an endorsement for Sinkhole Loss is made part of this policy. However, if Sinkhole Loss causes Catastrophic Ground Cover Collapse, coverage is provided for the resulting Catastrophic Ground Cover Collapse even if an endorsement for Sinkhole Loss is not made part of this policy.

**F.** The following is added to this Coverage Part as a Covered Cause of Loss. In the Causes Of Loss — Special Form and Mortgageholders Errors And Omissions Coverage Form, the following is also added as a "specified cause of loss". However, as a "specified cause of loss", the following does not apply to the Additional Coverage — Collapse.

### Catastrophic Ground Cover Collapse

We will pay for direct physical loss or damage to Covered Property caused by or resulting from catastrophic ground cover collapse, meaning geological activity that results in all of the following:

1. The abrupt collapse of the ground cover;

2. A depression in the ground cover clearly visible to the naked eye;

3. "Structural damage" to the building, including the foundation; and

4. The insured structure being condemned and ordered to be vacated by the governmental agency authorized by law to issue such an order for that structure.

However, damage consisting merely of the settling or cracking of a foundation, structure or building does not constitute loss or damage resulting from a catastrophic ground cover collapse.

The **Earth Movement** Exclusion and the **Collapse** Exclusion do not apply to coverage for Catastrophic Ground Cover Collapse.

© 2014 Liberty Mutual Insurance.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

AFP-META2-08-PRINT001-0712-0079-I

0000072WADDUN61885108293B

193B

Coverage for Catastrophic Ground Cover Collapse does not increase the applicable Limit of Insurance. Regardless of whether loss or damage attributable to catastrophic ground cover collapse also qualifies as Sinkhole Loss or Earthquake (if either or both of those causes of loss are covered under this Coverage Part), only one Limit of Insurance will apply to such loss or damage.

**G.** The following provisions are added to the **Duties In The Event Of Loss Or Damage** Loss Condition:

    **(1)** A claim, supplemental claim or reopened claim for loss or damage caused by hurricane or other windstorm is barred unless notice of claim is given to us in accordance with the terms of this policy within three years after the hurricane first made landfall or a windstorm other than hurricane caused the covered damage. (Supplemental claim or reopened claim means an additional claim for recovery from us for losses from the same hurricane or other windstorm which we have previously adjusted pursuant to the initial claim.)

    This provision concerning time for submission of claim, supplemental claim or reopened claim does not affect any limitation for legal action against us as provided in this policy under the Legal Action Against Us Condition, including any amendment to that condition.

    **(2)** Any inspection or survey by us, or on our behalf, of property that is the subject of a claim, will be conducted with at least 48 hours' notice to you. The 48-hour notice may be waived by you.

**H.** The following definition of structural damage is added with respect to the coverage provided under this endorsement:

"Structural damage" means a covered building, regardless of the date of its construction, has experienced the following.

**1.** Interior floor displacement or deflection in excess of acceptable variances as defined in ACI 117-90 or the Florida Building Code, which results in settlement related damage to the interior such that the interior building structure or members become unfit for service or represent a safety hazard as defined within the Florida Building Code;

**2.** Foundation displacement or deflection in excess of acceptable variances as defined in ACI 318-95 or the Florida Building Code, which results in settlement related damage to the primary structural members or primary structural systems that prevents those members or systems from supporting the loads and forces they were designed to support to the extent that stresses in those primary structural members or primary structural systems exceed one and one-third the nominal strength allowed under the Florida Building Code for new buildings of similar structure, purpose, or location;

**3.** Damage that results in listing, leaning, or buckling of the exterior load bearing walls or other vertical primary structural members to such an extent that a plumb line passing through the center of gravity does not fall inside the middle one-third of the base as defined within the Florida Building Code;

**4.** Damage that results in the building, or any portion of the building containing primary structural members or primary structural systems, being significantly likely to imminently collapse because of the movement or instability of the ground within the influence zone of the supporting ground within the sheer plane necessary for the purpose of supporting such building as defined within the Florida Building Code; or

**5.** Damage occurring on or after October 15, 2005, that qualifies as substantial structural damage as defined in the Florida Building Code.

© 2014 Liberty Mutual Insurance.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

AFP-META2-08-PRINT001-0712-0080-I

**COMMERCIAL PROPERTY**
CP 03 21 06 95

POLICY NUMBER:  02-CE-231816-4

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WINDSTORM OR HAIL
# PERCENTAGE DEDUCTIBLE

This endorsement modifies insurance provided under the following:

    BUILDING AND PERSONAL PROPERTY COVERAGE FORM
    BUILDERS RISK COVERAGE FORM
    CONDOMINIUM ASSOCIATION COVERAGE FORM
    CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
    STANDARD PROPERTY POLICY
    TOBACCO SALES WAREHOUSES COVERAGE FORM

## SCHEDULE*

| Premises No. | Bldg. No. | Windstorm or Hail Deductible Percentage (enter 1%, 2% or 5%) |
|---|---|---|
| | | |

*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

The Windstorm or Hail Deductible, as shown in the Schedule, applies to loss or damage to Covered Property caused directly or indirectly by Windstorm or Hail, regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage. If loss or damage from a covered weather condition other than Windstorm or Hail occurs, and that loss or damage would not have occurred but for the Windstorm or Hail, such loss or damage shall be considered to be caused by Windstorm or Hail and therefore part of the Windstorm or Hail occurrence.

With respect to Covered Property at a location identified in the Schedule, no other deductible applies to Windstorm or Hail.

The Windstorm or Hail Deductible applies whenever there is an occurrence of Windstorm or Hail.

As used in this endorsement, the terms "specific insurance" and "blanket insurance" have the following meanings: Specific insurance covers each item of insurance (for example, each building or personal property in a building) under a separate Limit of Insurance. Blanket insurance covers two or more items of insurance (for example, a building and personal property in that building, or two buildings) under a single Limit of Insurance. Items of insurance and corresponding Limit(s) of Insurance are shown in the Declarations.

## WINDSTORM OR HAIL DEDUCTIBLE CLAUSE

**A. All Policies**

1. A Deductible is calculated separately for, and applies separately to:

    **a.** Each building, if two or more buildings sustain loss or damage;

    **b.** The building and to personal property in that building, if both sustain loss or damage;

Copyright, ISO Commercial Risk Services, Inc., 1995

AFP-META2-08-PRINT001-0712-0081-I

**c.** Personal property at each building, if personal property at two or more buildings sustains loss or damage;

**d.** Personal property in the open.

**2.** We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance, after any reduction required by any of the following: Coinsurance Condition, Agreed Value Optional Coverage, Additional Condition — Need for Adequate Insurance or Additional Condition — Need for Full Reports.

**3.** When property is covered under the Coverage Extension for Newly Acquired or Constructed Property: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value(s) of the property at time of loss. The applicable percentage for Newly Acquired or Constructed Property is the highest percentage shown in the Schedule for any described premises.

**B.** Calculation Of The Deductible — Specific Insurance Other Than Builders Risk

**1.** Property Not Subject To Value Reporting Forms

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2%, or 5% (as shown in the Schedule) of the Limit(s) of Insurance applicable to the property that has sustained loss or damage.

**2.** Property Subject To Value Reporting Forms

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2%, or 5% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used are the latest value(s) shown in the most recent Report of Values on file with us.

However:

**a.** If the most recent Report of Values shows less than the full value(s) of property on the report dates, we will determine the deductible amount as a percentage of the full value(s) as of the report dates.

**b.** If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a

percentage of the applicable Limit(s) of Insurance.

**C.** Calculation Of The Deductible — Blanket Insurance Other Than Builders Risk

**1.** Property Not Subject To Value Reporting Forms

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used are those shown in the most recent Statement of Values on file with us.

**2.** Property Subject To Value Reporting Forms

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of that property as of the time of loss or damage.

**D.** Calculation Of The Deductible — Builders Risk Insurance

**1.** Builders Risk Other Than Reporting Form

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the actual cash value(s) of that property as of the time of loss or damage.

**2.** Builders Risk Reporting Form

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used are the actual cash value(s) shown in the most recent Report of Values on file with us.

However:

**a.** If the most recent Report of Values shows less than the actual cash value(s) of the property on the report date, we will determine the deductible amount as a percentage of the actual cash value(s) as of the report date.

**b.** If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the actual cash value(s) of the property as of the time of loss or damage.

1938X

AFP-META2-08-PRINT001-0712-0082-I

## EXAMPLES — APPLICATION OF DEDUCTIBLE:

### Example #1 — Specific Insurance (B.1.)

The amount of loss to the damaged building is $60,000.

The value of the damaged building at time of loss is $100,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limit of Insurance needed to meet the coinsurance requirement is $80,000 (80% of $100,000).

The **actual** Limit of Insurance on the damaged building is $70,000.

The Deductible is 1%.

Step **(1)** : $70,000 ÷ $80,000 = .875
Step **(2)** : $60,000 x .875 = $52,500
Step **(3)** : $70,000 x 1% = $700
Step **(4)** : $52,500 - $700 = $51,800

The most we will pay is $51,800. The remainder of the loss, $8,200, is not covered due to the Coinsurance penalty for inadequate insurance (steps **(1)** and **(2)**) and the application of the Deductible (steps **(3)** and **(4)**).

### Example #2 — Specific Insurance (B.1.)

The amounts of loss to the damaged property are $60,000 (building) and $40,000 (business personal property in building).

The value of the damaged building at time of loss is $100,000. The value of the business personal property in that building is $80,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limits of Insurance needed to meet the coinsurance requirement are $80,000 (80% of $100,000) for the building and $64,000 (80% of $80,000) for the business personal property.

The **actual** Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the business personal property (therefore no Coinsurance penalty).

The Deductible is 2%.

**Building**

Step **(1)** : $80,000 x 2 = $1,600
Step **(2)** : $60,000 - $1,600 = $58,400

**Business Personal Property**

Step **(1)** : $64,000 x 2% = $1,280
Step **(2)** : $40,000 - $1,280 = $38,720

The most we will pay is $97,120. That portion of the total loss not covered due to application of the Deductible is $2,880.

### Example #3 — Blanket Insurance (C.1.)

The sum of the values of Building #1 ($500,000), Building #2 ($500,000) and Building #3 ($1,000,000), as shown in the most recent Statement of Values on file with us, is $2,000,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the coinsurance requirement is $1,800,000 (90% of $2,000,000).

The **actual** Blanket Limit of Insurance covering Buildings #1, #2, and #3, shown in the Declarations, is $1,800,000 (therefore no Coinsurance penalty).

Buildings #1 and #2 have sustained damage; the amounts of loss to these buildings are $40,000 (Building #1) and $20,000 (Building #2).

The Deductible is 2%.

**Building #1**

Step **(1)** : $500,000 x 2% = $10,000
Step **(2)** : $40,000 - $10,000 = $30,000

**Building #2**

Step **(1)** : $500,000 x 2% = $10,000
Step **(2)** : $20,000 - $10,000 = $10,000

The most we will pay is $40,000. That portion of the total loss not covered due to application of the Deductible is $20,000

### Example #4 — Blanket Insurance (C.1.)

The sum of the values of Building #1 ($500,000), Building #2 ($500,000), Business Personal Property at Building #1 ($250,000) and Business Personal Property at Building #2 ($250,000), as shown in the most recent Statement of Values on file with us, is $1,500,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the coinsurance requirement is $1,350,000 (90% of $1,500,000).

The **actual** Blanket Limit of Insurance covering Buildings #1 and #2 and Business Personal Property at Buildings #1 and #2, shown in the Declarations, is $1,350,000. Therefore there is no Coinsurance penalty.

Building #1 and Business Personal Property at Building #1 have sustained damage; the amounts of loss are $95,000 (Building) and $5,000 (Business Personal Property).

The Deductible is 5%.

**Building**

Step **(1)** : $500,000 x 5% = $25,000
Step **(2)** : $95,000 - $25,000 = $70,000

AFP-META2-08-PRINT001-0712-0083-I

**Business Personal Property**

Step **(1)** : $250,000 x 5% = $12,500 The loss, $5,000, does not exceed the deductible.

The most we will pay is $70,000. The remainder of the building loss, $25,000, is not covered due to application of the Deductible. There is no loss payment for the business personal property.

1940X

AFP-META2-08-PRINT001-0712-0084-I

COMMERCIAL PROPERTY
CP 75 77 10 00

POLICY NUMBER: 02-CE-231816-4

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ORDINANCE OR LAW COVERAGE

This endorsement modifies insurance provided under the following:

> BUILDING AND PERSONAL PROPERTY COVERAGE FORM
> CONDOMINIUM ASSOCIATION COVERAGE FORM
> STANDARD PROPERTY POLICY

**A.** Each Coverage — Coverage **A**, Coverage **B** and Coverage **C** — is provided under this endorsement only with respect to the building(s) described in the Declarations.

**B. Application Of Coverage(s)**

The Coverage(s) provided by this endorsement apply only if both **B.1.** and **B.2.** are satisfied and are then subject to the qualifications set forth in **B.3.**

1. The ordinance or law:

   **a.** Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

   **b.** Is in force at the time of loss.

   But coverage under this endorsement applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this endorsement.

2. **a.** The building sustains direct physical damage that is covered under this policy and such damage results in enforcement of the ordinance or law; or

   **b.** The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance law.

   **c.** But if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this

endorsement even if the building has also sustained covered direct physical damage.

3. In the situation described in **B.2.b.** above, we will not pay the full amount of loss otherwise payable under the terms of Coverages **A**, **B**, and/or **C** of this endorsement. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

   (Section **H.** of this endorsement provides an example of this procedure.)

   However, if the covered direct physical damage, alone, would have resulted in enforcement of the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of Coverages **A**, **B**, and/or **C** of this endorsement.

**C.** We will not pay under this endorsement for the costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

**D. Coverage**

1. **Coverage A — Coverage For Loss To The Undamaged Portion Of The Building**

   With respect to the building that has sustained covered direct physical damage, we will pay under Coverage **A** for the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building.

Copyright, Insurance Services Office, Inc., 1999

AFP-META2-08-PRINT001-0712-0085-I

1941   000072WADDUN61885108294I

Coverage **A** is included within the Limit of Insurance shown in the Declarations as applicable to the covered building. Coverage **A** does not increase the Limit of Insurance.

2. **Coverage B — Demolition Cost Coverage**

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

The Coinsurance Additional Condition does not apply to Demolition Cost Coverage.

3. **Coverage C — Increased Cost Of Construction Coverage**

  a. With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

  (1) Repair or reconstruct damaged portions of that building; and/or

  (2) Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

  when the increased cost is a consequence of enforcement of the minimum requirements of the ordinance or law.

  However:

  (1) This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

  (2) We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

  The Coinsurance Additional Condition does not apply to Increased Cost of Construction Coverage.

  b. When a building is damaged or destroyed and Coverage **C** applies to that building in accordance with **3.a.** above, coverage for the increased cost of construction also applies to repair or construction of the following, subject to the same conditions stated in **3.a.**:

  (1) The cost of excavations, grading, backfilling and filling;

  (2) Foundation of the building;

  (3) Pilings; and

  (4) Underground pipes, flues and drains.

  The items listed in **b.(1)** through **b.(4)** above are deleted from Property Not Covered, but only with respect to the coverage described in this provision, **3.b.**

E. **Loss Payment**

1. All following loss payment Provisions, **E.2.** through **E.3.** are subject to the apportionment procedures set forth in Section **B.3.** of this endorsement.

2. When there is a loss in value of an undamaged portion of a building to which Coverage **A** applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

  a. If the Replacement Cost Coverage Option applies and the property is being repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

  (1) The amount you would actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

  (2) The Limit of Insurance shown in the Declarations as applicable to the covered building.

  b. If the Replacement Cost Coverage Option applies and the property is **not** repaired or replaced, or if the Replacement Cost Coverage Option does **not** apply, we will not pay more than the lesser of:

  (1) The actual cash value of the building at the time of loss; or

  (2) The Limit of Insurance shown in the Declarations as applicable to the covered building.

3. The most we will pay, for the total of all covered losses for Demolition Cost and Increased Cost of Construction, is the combined limit of $50,000, applicable to the following loss payment provisions:

  a. For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

1941X

**b.** With respect to the Increased Cost of Construction:

**(1)** We will not pay for the increased cost of construction:

**(a)** Until the property is actually repaired or replaced, at the same or another premises; and

**(b)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(2)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

**(3)** If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

**F.** The terms of this endorsement apply separately to each building to which this endorsement applies.

**G.** Under this endorsement we will not pay for loss due to any ordinance or law that:

**1.** You were required to comply with before the loss, even if the building was undamaged; and

**2.** You failed to comply with.

**H.** Example of Proportionate Loss Payment for Ordinance or Law Coverage Losses (procedure as set forth in Section **B.3.** of this endorsement)

Assume:

- Wind is a Covered Cause of Loss; Flood is an excluded Cause of Loss

- The building has a value of $200,000

- Total direct physical damage to building: $100,000

- The ordinance or law in this jurisdiction is enforced when building damage equals or exceeds 50% of the building's value

- Portion of direct physical damage that is covered (caused by wind): $30,000

- Portion of direct physical damage that is not covered (caused by flood): $70,000

- Loss under Ordinance or Law Coverage **C** of this endorsement: $60,000

Step **1:**

Determine the proportion that the covered direct physical damage bears to the total direct physical damage.

$30,000 / $100,000 = .30

Step **2.:**

Apply that proportion to the Ordinance or Law loss.

$60,000 x .30 = $18,000

In this example, the most we will pay under this endorsement for the Coverage **C** loss is $18,000, subject to the applicable Limit of Insurance and any other applicable provisions.

NOTE: The same procedure applies to losses under Coverage **A** and **B** of this endorsement.

**I.** The provisions of the coverage provided under this endorsement are superseded by CP 04 05 Ordinance or Law Coverage form, if attached to and made a part of this policy.

1942    0000072WADDUN61885108Z942

AFP-META2-08-PRINT001-0712-0087-I

IL 04 01 02 12

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## FLORIDA — SINKHOLE LOSS COVERAGE

This endorsement modifies insurance provided under the following:

> CAPITAL ASSETS (OUTPUT POLICY) COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> FARM COVERAGE PART

### Schedule

| Premises Number | Building Number |
|---|---|
| All Premises in the State of Florida | All Building Numbers |
| | |
| | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

With respect to the location(s) indicated in the Schedule, the following provisions apply:

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** When this endorsement is attached to the Farm Livestock Coverage Form, reference to loss (other than in the term Sinkhole Loss itself) means "loss" as defined in that coverage form.

**C.** The following is added to this Coverage Part as a Covered Cause of Loss. In the forms which address "specified causes of loss", the following is also added as a "specified cause of loss". However, as a "specified cause of loss", the following does not apply to the Additional Coverage — Collapse.

**Sinkhole Loss**, meaning loss or damage to Covered Property when "structural damage" to the building, including the foundation, is caused by settlement or systematic weakening of the earth supporting the covered building, only if the settlement or systematic weakening results from contenporaneous movement or raveling of soils, sediments, or rock materials into subterranean voids created by the effect of water on a limestone or similar rock formation.

Coverage for Sinkhole Loss includes stabilization of the building (including land stabilization) and repair to the foundation, provided such work is in accordance with the requirements of Florida Insurance Law and in accordance with the recommendation of a professional engineer and with notice to you. The professional engineer must be selected or approved by us. However, until you enter into a contract for performance of building stabilization or foundation repair in accordance with the recommendations of the professional engineer as set forth in a report from us:

**1.** We will not pay for underpinning or grouting or any other repair technique performed below the existing foundation of the building; and

© Insurance Services Office, Inc., 2012

1942X

AFP-META2-08-PRINT001-0712-0088-I

**2.** Our payment for Sinkhole Loss to Covered Property may be limited to the actual cash value of the loss to such property.

You must enter into a contract for the performance of building stabilization and/or foundation repair in accordance with the aforementioned recommendations, within 90 days after we notify you that there is coverage for your Sinkhole Loss. After you have entered into such contract, we will pay the amounts necessary to begin and perform such repairs as the work is performed and the expenses are incurred.

However, if the professional engineer determines, prior to your entering into the aforementioned contract or prior to the start of repair work, that the repairs will exceed the applicable Limit of Insurance, we must either complete the recommended repairs or pay that Limit of Insurance upon such determination. If the aforementioned determination is made during the course of repair work and we have begun making payments for the work performed, we must either complete the recommended repairs or pay only the remaining portion of the applicable Limit of Insurance upon such determination. The most we will pay for the total of all Sinkhole Loss, including building and land stabilization and foundation repair, is the applicable Limit of Insurance on the affected building.

The stabilization and all other repairs to the Covered Property must be completed within 12 months after entering into the contract for the performance of these repairs, unless:

**1.** There is a mutual agreement between you and us;

**2.** The claim is involved with the neutral evaluation process;

**3.** The claim is in litigation; or

**4.** The claim is under appraisal or mediation.

**D.** Sinkhole Loss does not include:

**1.** Sinking or collapse of land into man-made underground cavities; or

**2.** Earthquake.

**E.** With respect to coverage provided by this endorsement, the **Earth Movement** exclusion and the **Collapse** Exclusion do not apply.

**F.** With respect to a claim for alleged Sinkhole Loss, the following provision is added:

Following receipt by us of a report from a professional engineer or professional geologist on the cause of loss and recommendations for land stabilization and repair of property, or if we deny your claim, we will notify you of your right to participate in a neutral evaluation program administered by the Florida Department of Financial Services (hereinafter referred to as the Department). For alleged Sinkhole Loss to commercial residential or farm residential properties, this program applies instead of any mediation procedure set forth elsewhere in this policy, but does not invalidate the Appraisal Condition.

You or we may file a request with the Department for neutral evaluation; the other party must comply with such request. We will pay reasonable costs associated with the neutral evaluation, regardless of which party makes the request. But if a party chooses to hire a court reporter or stenographer to contemporaneously record and document the neutral evaluation, that party must bear the costs of those services. The neutral evaluator will be selected from a list maintained by the Department. The recommendation of the neutral evaluator will not be binding on you or us.

Participation in the neutral evaluation program does not change your right to file suit against us in accordance with the Legal Action Against Us Condition in this policy, except that the time for filing suit is extended for a period of 60 days following the conclusion of the neutral evaluation process or five years, whichever is later.

**G.** Coverage for Sinkhole Loss under this endorsement does not increase the applicable Limit of Insurance. Even if loss or damage qualifies under, or includes, both Catastrophic Ground Cover Collapse (addressed elsewhere in this Coverage Part) and Sinkhole Loss, only one Limit of Insurance will apply to such loss or damage.

**H.** The following provision is added to the **Duties In The Event Of Loss Or Damage** Loss Condition:

A claim for Sinkhole Loss, including but not limited to initial, supplemental and reopened claims is barred unless notice of claim is provided to us in accordance with the terms of this policy within two years after you knew or reasonably should have known about the Sinkhole Loss.

© Insurance Services Office, Inc., 2012

AFP-META2-08-PRINT001-0712-0089-I

I. The following definitions are added with respect to the coverage provided under this endorsement:

1. "Structural damage" means a covered building, regardless of the date of its construction, has experienced the following:

    a. Interior floor displacement or deflection in excess of acceptable variances as defined in ACI 117-90 or the Florida Building Code, which results in settlement related damage to the interior such that the interior building structure or members become unfit for service or represent a safety hazard as defined within the Florida Building Code;

    b. Foundation displacement or deflection in excess of acceptable variances as defined in ACI 318-95 or the Florida Building Code, which results in settlement related damage to the "primary structural members" or "primary structural systems" and that prevents those members or systems from supporting the loads and forces they were designed to support to the extent that stresses in those "primary structural members" or "primary structural systems" exceed one and one-third the nominal strength allowed under the Florida Building Code for new buildings of similar structure, purpose, or location;

    c. Damage that results in listing, leaning, or buckling of the exterior load bearing walls or other vertical "primary structural members" to such an extent that a plumb line passing through the center of gravity does not fall inside the middle one-third of the base as defined within the Florida Building Code;

    d. Damage that results in the building, or any portion of the building containing "primary structural members" or "primary structural systems", being significantly likely to imminently collapse because of the movement or instability of the ground within the influence zone of the supporting ground within the sheer plane necessary for the purpose of supporting such building as defined within the Florida Building Code; or

    e. Damage occurring on or after October 15, 2005, that qualifies as substantial structural damage as defined in the Florida Building Code.

2. "Primary structural member" means a structural element designed to provide support and stability for the vertical or lateral loads of the overall structure.

3. "Primary structural system" means an assemblage of "primary structural members".

J. If we deny your claim for Sinkhole Loss without performing testing under section 627.7072, Florida Statutes, you may demand testing by communicating such demand to us in writing within 60 days after you receive our denial of the claim. You are responsible for 50% of the testing costs, or $2,500, whichever is less. If our professional engineer or geologist provides written certification, pursuant to section 627.7073, that there is sinkhole loss, we will reimburse you for the testing costs.

K. You may not accept a rebate from any person performing repairs for Sinkhole Loss covered under this endorsement. If you receive a rebate, coverage under this endorsement is void and you must refund the amount of the rebate to us.

L. If we deny your claim for Sinkhole Loss upon receipt of written certification from a professional engineer or geologist, pursuant to section 627.7073, that there is no sinkhole loss or that the cause of the damage was not sinkhole activity, and if the sinkhole claim was submitted without good faith grounds for submitting such claim, you shall reimburse us for 50% of the actual costs of the analyses and services provided under sections 627.7072 and 627.7073, or $2,500, whichever is less. You are not required to pay such reimbursement unless you requested the analysis and services and we, before ordering the analysis, informed you in writing of the potential for reimbursement and gave you the opportunity to withdraw the claim.

M. As a precondition to accepting payment for sinkhole loss, you must file with the county clerk of court, a copy of any sinkhole report regarding your property which was prepared on behalf or at your request. You will bear the cost of filing and recording the sinkhole report.

1943X

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II — Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V — Definitions.

## SECTION I — COVERAGES

## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

### 1. Insuring Agreement.

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III — Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments — Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section II — Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section II — Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

© ISO Properties, Inc., 2006



AFP-META2-08-PRINT001-0712-0091-I

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II — Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

## 2. Exclusions

This insurance does not apply to:

### a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has

also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statue, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

### d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### e. Employer's Liability

"Bodily Injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

1944X

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

0000072WADDUN61885108294 5
1945
AFP-META2-08-PRINT001-0712-0093-I

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

g. **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any

aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of:

(a) the operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

(b) the operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

h. **Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

i. **War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

1945X

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action by governmental authority in hindering or defending against any of these.

**j.  Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III — Limits Of Insurance**.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k.  Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l.  Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m.  Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n.  Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o.  Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

0000072WADDUN61885108294 6

1946

AFP-META2-08-PRINT001-0712-0095-I

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Distribution Of Material In Violation Of Statutes**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**(3)** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III — Limits Of Insurance.

**COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insurance Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III — Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments — Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

1946X

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods — Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

AFP-META2-08-PRINT001-0712-0097-I

p. **Distribution Of Material In Violation Of Statutes**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

(3) Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

## COVERAGE C MEDICAL PAYMENTS

1. **Insuring Agreement**

   a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

      (1) On premises you own or rent;

      (2) On ways next to premises you own or rent; or

      (3) Because of your operations;

      provided that:

      (a) The accident takes place in the "coverage territory" and during the policy period;

      (b) The expenses are incurred and reported to us within one year of the date of the accident; and

      (c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

   b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

      (1) First aid administered at the time of an accident;

      (2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

      (3) Necessary ambulance, hospital, professional nursing and funeral services.

2. **Exclusions**

   We will not pay expenses for "bodily injury":

   a. **Any Insured**

      To any insured, except "volunteer workers".

   b. **Hired Person**

      To a person hired to do work for or on behalf of any insured or a tenant of any insured.

   c. **Injury On Normally Occupied Premises**

      To a person injured on that part of premises you own or rent that the person normally occupies.

   d. **Workers Compensation And Similar Laws**

      To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits laws or a similar law.

   e. **Athletics Activities**

      To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic tests.

   f. **Products-Completed Operations Hazard**

      Included within the "products-completed operations hazard".

   g. **Coverage A Exclusions**

      Excluded Under Coverage A.

## SUPPLEMENTARY PAYMENTS — COVERAGES A AND B

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

   a. All expenses we incur.

   b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

   c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

   d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

1947X

AFP-META2-08-PRINT001-0712-0098-I

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** — Coverage **A** — Bodily Injury and Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorney's fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements, or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II — WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect

1948
000072WADDUN61885108294B
AFP-META2-08-PRINT001-0712-0099-I

to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by,

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III — LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

1948X

AFP-META2-08-PRINT001-0712-0100-I

2. The General Aggregate Limit is the most we will pay for the sum of:

    a. Medical expenses under Coverage **C**;

    b. Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

    c. Damages under Coverage **B**.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

    a. Damages under Coverage **A**; and

    b. Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph 5. above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph 5. above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV — COMMERCIAL GENERAL LIABILITY CONDITIONS**

1. **Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

    a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

        (1) How, when and where the "occurrence" or offense took place;

        (2) The names and addresses of any injured persons and witnesses; and

        (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

    b. If a claim is made or "suit" is brought against any insured, you must:

        (1) Immediately record the specifics of the claim or "suit" and the date received; and

        (2) Notify us as soon as practicable.

    You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

    c. You and any other involved insured must:

        (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

        (2) Authorize us to obtain records and other information;

        (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

        (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

    d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

1949   000072WADDUN618851082949

AFP-META2-08-PRINT001-0712-0101-I

**3. Legal Action Against Us**

No person or organization has a right under this Coverage part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its items have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** and **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii).** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** — Coverage **A** — Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

1949X

5. **Premium Audit**

   a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

   b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

   c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

6. **Representations**

   By accepting this policy, you agree:

   a. The statements in the Declarations are accurate and complete;

   b. Those statements are based upon representations you made to us; and

   c. We have issued this policy in reliance upon your representations.

7. **Separation Of Insured**

   Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part fo the first Named Insured, this insurance applies:

   a. As if each Named Insured were the only Named Insured; and

   b. Separately to each insured against whom claim is made or "suit" is brought.

8. **Transfer Of Rights Of Recovery Against Others To Us**

   If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

9. **When We Do Not Renew**

   If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

   If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V — DEFINITIONS

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

   a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

   b. Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

   a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

   b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor behicle insurance law in the state where it is licensed or principally garaged.

   However, "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

1950    000072WADDUN61885108295O

AFP-META2-08-PRINT001-0712-0103-I

**c.** All other parts of the world if the injury or damage arises out of:

    **(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

    **(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

    **(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

    **a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

    **b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

    **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

    **b.** A sidetrack agreement;

    **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

    **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    **e.** An elevator maintenance agreement;

    **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

    **(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

    **(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

      **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

      **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

    **(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

1850X

11. "Loading or unloading" means the handling of property:

   a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   b. While it is in or on an aircraft, watercraft or "auto"; or

   c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   b. Vehicles maintained for use solely on or next to premises you own or rent;

   c. Vehicles that travel on crawler treads;

   d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

      (1) Power cranes, shovels, loaders, diggers or drills; or

      (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

   e. Vehicles not described in Paragraph a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

      (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

      (2) Cherry pickers and similar devices used to raise or lower workers;

   f. Vehicles not described in Paragraph a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

      However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

      (1) Equipment designed primarily for:

         (a) Snow removal;

         (b) Road maintenance, but not construction or resurfacing; or

         (c) Street cleaning;

      (2) Cherry pickers and similar devices mounted on automobiles or truck chassis and used to raise or lower workers; and

      (3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

   However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   a. False arrest, detention or imprisonment;

   b. Malicious prosecution;

   c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

   f. The use of another's advertising idea in your "advertisement"; or

   g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke,

000072WADDUN61885108 2951

1951

AFP-META2-08-PRINT001-0712-0105-I

vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction repair or replacement, but which is otherwise complete, will be treated as completed.

b. Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All

such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

a. Means:

(1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have acquired; and

1951X

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

**(2)** The providing of or failure to provide warnings or instructions.



AFP-META2-08-PRINT001-0712-0107-I

# RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **q.** of Paragraph **2. Exclusions** of Section **I — Coverage A — Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**B.** Exclusion **p.** of Paragraph **2. Exclusions** of Section **I — Coverage B — Personal And Advertising Injury Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

1852X

© Insurance Services Office, Inc., 2008

AFP-META2-08-PRINT001-0712-0108-I

**COMMERCIAL GENERAL LIABILITY**
CG 02 20 12 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES —
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2. Cancellation Of Policies In Effect**

**a. For 90 Days Or Less**

If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for non-payment of premium; or

**(2)** 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

**(a)** A material misstatement or misrepresentation; or

**(b)** A failure to comply with the underwriting requirements established by the insurer.

**b. For More Than 90 Days**

If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** The policy was obtained by a material misstatement;

**(3)** Failure to comply with underwriting requirements established by the insurer within 90 days of the effective date of coverage;

**(4)** A substantial change in the risk covered by the policy; or

**(5)** The cancellation is for all insureds under such policies for a given class of insureds.

If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

**(a)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(b)** 45 days before the effective date of cancellation if we cancel for any of the other reasons stated in Paragraph **2.b.**

**B.** Paragraph **5.** of the **Cancellation** Common Policy Condition is replaced by the following:

**5.** If this policy is canceled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

© ISO Properties, Inc., 2007

1853    0000072WADDUN61885108295 3

AFP-META2-08-PRINT001-0712-0109-I

If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

The cancellation will be effective even if we have not made or offered a refund.

**C.** The following is added and supersedes any other provision to the contrary:

**NONRENEWAL**

1. If we decide not to renew this policy we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the reason for nonrenewal, at least 45 days prior to the expiration of this policy.

2. Any notice of nonrenewal will be mailed or delivered to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

1953X

AFP-META2-08-PRINT001-0712-0110-I

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.**, **Exclusions** of Section **I — Coverage A — Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2.**, **Exclusions** of Section **I — Coverage B — Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

© ISO Properties, Inc., 2006

EP

1954

0000072WADDUN61885108 2954



COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I — Coverage A — Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I — Coverage B — Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

1954X

© ISO Properties, Inc., 2003

CG 21 67 12 04

EP

AFP-META2-08-PRINT001-0712-0112-I

**COMMERCIAL GENERAL LIABILITY**
CG 21 70 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> UNDERGROUND STORAGE TANK POLICY

**A.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

  **1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

  **2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.



© Insurance Services Office, Inc., 2015

AFP-META2-08-PRINT001-0712-0113-I

CG 80 22 02 07

# EMPLOYMENT PRACTICES LIABILITY INSURANCE

## THIS POLICY PROVIDES CLAIMS-MADE AND REPORTED COVERAGE. DEFENSE COSTS APPLY AGAINST THE LIMITS OF INSURANCE AND ARE SUBJECT TO THE DEDUCTIBLE.

### PLEASE READ THE ENTIRE FORM CAREFULLY.

PLEASE READ THIS POLICY CAREFULLY TO DETERMINE RIGHTS, DUTIES, COVERAGE AND COVERAGE RESTRICTIONS. WE HAVE ISSUED THIS POLICY BASED UPON YOUR APPLICATION FOR THIS INSURANCE. THE APPLICATION IS A REPRESENTATION OF THE CORRECTNESS OF THE INFORMATION BASED UPON WHICH WE HAVE ISSUED THIS POLICY.

WE HAVE NO DUTY TO PROVIDE COVERAGE UNLESS THERE HAS BEEN FULL COMPLIANCE WITH ALL THE CONDITIONS — SECTION V — OF THIS POLICY.

Throughout this policy the words "you" and "your" refer to the named insured shown in the declarations, and any other person or organization qualifying as a named insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance. The word "insured" means any person or organization qualifying as such under WHO IS AN INSURED (Section II).

Other words and phrases that appear in quotation marks have special meaning. Refer to DEFINITIONS (Section VII).

## SECTION I — COVERAGES
### EMPLOYMENT PRACTICES LIABILITY

In consideration of the payment of premium and in reliance upon representations you made to us in applying for this insurance and subject to the limits of insurance shown in the declarations, and all the exclusions, terms and conditions of this policy, we agree with you as follows:

1. **INSURING AGREEMENT**

   a. We will pay on behalf of the insured for "damages" in excess of the deductible arising out of any "employment practices" to which this insurance applies.

   We have no obligation under this insurance to make payments or perform acts or services except as provided for in this paragraph and in Item **2.** below.

   b. This insurance applies to such "damages" only if:

      (1) The "damages" result from "claims" made by "employees", "leased workers", "temporary workers", former "employees" or applicants for employment with you;

      (2) The "employment practices" take place in the "coverage territory";

      (3) Such "employment practices" occurred after the retroactive date, if any, shown in the declarations and before the end of the policy period; and

      (4) A "claim" is both:

         (a) First made against any insured, in accordance with paragraph **c.** below, during the policy period or any extended reporting period we provide under Section VI — EXTENDED REPORTING PERIODS; and

         (b) Reported to us either (i) during the policy period or within thirty (30) days thereafter, or (ii) with respect to any "claim" first made during any extended reporting period we provide under Section VI — EXTENDED REPORTING PERIODS, during such extended reporting period.

1956X

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2006

c. A "claim" will be deemed to have been made at the earlier of the following times:

(1) When notice of such "claim" is received and recorded by you or by us, which-ever comes first; or

(2) When we make settlement in accor-dance with paragraph **2.a.** below.

d. All "claims" for "damages" based on or arising out of:

(1) One "employment practice"; or

(2) An interrelated series of "employment practices"

by one or more insureds shall be deemed to be one "claim" and to have been made at the time the first of those "claims" is made against any insured(s).

Each payment we make for "damages" or "defense expense" reduces the amount of in-surance available, as provided under SECTION III — LIMITS OF INSURANCE.

## 2. DEFENSE OF CLAIMS, ADMINISTRATIVE HEARINGS & SETTLEMENT AUTHORITY

a. We have the right and duty to defend "claims" against the insured seeking "damages" to which this insurance applies and to pay for related "defense expense". However, we have no duty to (i) defend "claims" against the insured seeking "damages", or (ii) pay for related "defense expense", when this insurance does not ap-ply. We may:

(1) At our sole discretion, investigate any "employment practice" that may result in "damages"; and

(2) Settle any "claim" which may result, provided:

(a) We have your written consent to settle; and

(b) The settlement is within the appli-cable limit of insurance available.

Our liability will be limited as described below if: (i) you refuse to consent to any settlement we recommend, and (ii) such recommended settlement is also acceptable to the claimant. When this happens, our liability under this policy for such "claim" shall not exceed the amount we would have paid for "damages" and "defense expense" if you had con-sented at the time of our recommendation. You shall thereafter negotiate and defend

that "claim" at your own cost and without our involvement.

b. Our right and duty to defend such "claims" end when we have used up the limit of in-surance available, as provided under SEC-TION III — LIMITS OF INSURANCE. This applies both to "claims" pending at that time and those filed thereafter.

c. When we control defense of a "claim", we pay associated "defense expense" and choose a counsel of our choice from the panel of attorneys we have selected to deal with "employment practices" "claims". If you give us a specific written request at the time a "claim" is first made:

(1) You may select one of our panel of em-ployment law attorneys; or

(2) You may ask us to consider the ap-proval of a defense attorney of your choice that is not on our panel.

We will use the panel attorney you selected in (1) above, or consider your request in **(2)** above, when we deem it appropriate to en-gage counsel for such "claim". If by mutual agreement or court order the insured as-sumes control of such defense before the applicable limit of insurance is used up, we will reimburse the insured for reasonable "defense expense", subject to the following limitation. If we defend you under a reserva-tion of rights, both your and our counsel(s) will be required to maintain records pertinent to your "defense expenses". These records will be used to determine the allocation of any "defense expenses" for which you may be solely responsible, including defense of an allegation not covered by this insurance.

In any case, however, we only pay amounts in excess of the deductible and such pay-ments will reduce the limit of insurance available as provided under SECTION III — LIMITS OF INSURANCE.

d. Upon prior notice to us and our approval, the first named insured is authorized to act on behalf of all insureds with respect to the payment of "damages" in settlement of any administrative hearing or other non-judicial proceeding before the Federal Equal Em-ployment Opportunity Commission, or any similar federal, state or local body or com-mission. This authorization is limited to (i) "damages" covered by this policy, (ii) "defense expenses" under part **d.** of the definition of "defense expenses" and (iii) amounts not in excess of two times the

0000072WADDUN61885108295 6



AFP-META2-08-PRINT001-0712-0115-I

amount of the deductible stated in the dec-larations.

## 3. EXCLUSIONS

This insurance does not apply to "claims" arising directly or indirectly from any:

**a.** **(1)** "Employment practices" which were the subject of any demand, suit or other proceeding which was initiated against any insured; or

**(2)** Facts and circumstances which would cause a reasonable person to believe a "claim" would be made and which were known to any insured,

prior to the effective date of the earlier of (i) the first policy of this type that we issued to you of which this policy was an uninterrupted renewal of this type of coverage, or (ii) this policy.

**b.** Breach of any express contract of employ-ment or any express obligation to make pay-ments in the event of termination of employment.

**c.** Obligation to pay "damages" by reason of the assumption of liability in any contract or agreement. This exclusion does not apply to liability for "damages" that the insured would have in the absence of the contract or agreement.

**d.** Of the following laws:

**(1)** Any workers compensation, disability benefits or unemployment compen-sation law, or any similar law, provided however, this exclusion shall not apply to any "claim" based upon, arising from, or in consequence of any actual or al-leged retaliatory treatment of the claim-ant by the Insured on account of the claimant's exercise of rights pursuant to any such law;

**(2)** Employees' Retirement Income Security Act of 1974, Public Law 93-406, (E.R.I.S.A.) as now or hereafter amended, or any similar state or other governmental law. This includes fiduci-ary liability, liability arising out of the ad-ministration of any employee benefit plan and any other liability under any such laws;

**(3)** The Fair Labor Standards Act, the Na-tional Labor Relations Act of 1938, the Worker Adjustment and Retraining

Notification Act (Public Law 100-37991988), the Consolidated Om-nibus Budget Reconciliation Act of 1985, or the Occupational Safety and Health Act. This exclusion also applies to any rules or regulations promulgated under any of the foregoing and amend-ments thereto or any similar provisions of any federal, state or local law, and to that part of any "damages" awarded for the cost or replacement of any insur-ance benefits due or alleged to be due to any current or former "employee".

**e.** Oral or written publication of material, if such material:

**(1)** Was published by or at the direction of the insured with knowledge of the ma-terial's falsity; or

**(2)** Was first published before the retroac-tive date, if any, shown in the declara-tions.

**f.** Dishonest, criminal or fraudulent acts of the insured or the willful failure by the insured or with the insured's consent to comply with any law or any governmental or administra-tive order or regulation relating to employ-ment practices. Willful means acting with intentional or reckless disregard for such employment related laws, orders or regu-lations.

The enforcement of this exclusion against any insured under this policy shall not be imputed to any other insured.

**g.** "Bodily injury".

**h.** "Employment practices" which occur when or after:

**(1)** You file for or are placed in any bank-ruptcy, receivership, liquidation or reor-ganization proceeding; or

**(2)** Any other business entity acquires an ownership interest in you which is greater than fifty percent.

**i.** Costs of complying with physical modifica-tions to your premises or any changes to your usual business operations as mandated by the Americans with Disabilities Act of 1990 including any amendment thereto, or any similar federal, state or local law.

**j.** Lockout, strike, picket line, related worker replacement(s) or other similar actions re-sulting from labor disputes or labor negoti-ations.

1856X

AFP-META2-08-PRINT001-0712-0116-I

## SECTION II — WHO IS AN INSURED

1. If you are designated in the declarations as:

   a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   b. A partnership or joint venture, you are an insured. Your current or former members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   c. A limited liability company, you are an insured. Your current or former members are also insureds, but only with respect to the conduct of your business. Your current or former managers are insureds, but only with respect to their duties as your managers.

   d. An organization other than a partnership or joint venture, you are an insured. Your current or former directors are insureds, but only with respect to their duties as your directors.

2. Each of the following is also an insured:

   a. Your current or former "employees" but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business.

   b. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this policy.

3. Any heirs, executors, administrators, assignees or legal representatives of any individual insured above, in the event of the death, bankruptcy or incapacity of such insured, but only to the extent this insurance would have been available to such insured.

4. Any organization you newly acquire or form, other than a partnership or joint venture, and over which you maintain ownership or majority interest, will qualify as a named insured if there is no other similar insurance available to that organization. However:

   a. You must provide us notice of such acquisition or formation within 30 days of the effective date of your acquisition or formation;

   b. Coverage under this provision is afforded only until the 120th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

   c. Coverage does not apply to any "employment practices" that occurred before you acquired or formed the organization; and

   d. You must pay us any additional premium due as a condition precedent to the enforceability of this additional extension of coverage.

   This part 4 does not apply to any organization after it is shown in the declarations or added to this policy by endorsement.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a named insured in the declarations.

## SECTION III — LIMITS OF INSURANCE

1. The amount of insurance stated as the policy aggregate limit is the most we will pay for the sum of:

   a. All "damages" for all "claims" arising out of any actual or alleged "employment practices" covered by this insurance; and

   b. All "defense expense" for all "claims" seeking "damages" payable under paragraph **a.** above.

   Each payment we make for such "damages" or "defense expenses" reduces the policy aggregate limit by the amount of the payment. The reduced limit will then be the amount of insurance available for further "defense expenses" and "damages" under this policy.

2. Subject to **1.** above, the amount of Insurance stated as the each "claim" limit of insurance is the most we will pay in excess of the deductible as further described in SECTION IV — DEDUCTIBLE for the sum of:

   a. All "damages" for injury arising from "employment practices" covered by this insurance arising out of one "claim", whether such "claim" is brought by one or more claimants; and

   b. All "defense expense" associated with that specific "claim" in item **2.a.** immediately preceding.

3. In addition to the payments for "damages" and "defense expense" in paragraphs **1.** and **2.** above, we will also pay all interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the amount available for the judgment under the provisions of paragraphs **1.** and **2.** above.

OOO0072WADDUN61885l082957

1957

AFP-META2-08-PRINT001-0712-0117-I

These limits of insurance apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the limits of insurance.

**4. Transfer Of Duties When Limit Of Insurance Is Used Up**

   **a.** If we conclude that, based on "claims" which have been reported to us and to which this insurance may apply, the Aggregate or Each Claim limit of insurance is likely to be used up in the payment of judgments or settlements for damages or the payment of "defense expenses", we will notify the first Named Insured, in writing, to that effect.

   **b.** When the Aggregate or Each Claim limit of insurance has actually been used up in the payment of judgments or settlements for damages or the payment of "defense expenses", we will:

     **(1)** Notify the first Named Insured in writing, as soon as practible, that such a limit has actually been used up and that our duty to defend the insured against "claims" seeking damages subject to that limit has also ended;

     **(2)** Initiate, and cooperate in, the transfer of control, to any appropriate insured, of all "claims" for which the duty to defend has ended for the reason described in Paragraph **b.(1)** above and which are reported to us before that duty to defend ended; and

     **(3)** Take such steps, as we deem appropriate, to avoid a default in, or continue the defense of, such "claims" until such transfer is completed, provided the appropriate insured is cooperating in completing such transfer.

## SECTION IV — DEDUCTIBLE

**1.** A deductible applies to all "damages" for injury arising from "employment practices" and any "defense expense" however caused.

**2.** Our obligation under this employment practices liability insurance to pay "damages" and "defense expense" on behalf of any insured applies only to the sum of the amount of "damages" and "defense expense" each

"claim" which are in excess of the deductible amount stated in the declarations.

**3.** Your obligation is to pay that deductible which is applicable to each "claim" made against this insurance. That deductible applies to the sum of all "damages" because of injury arising from "employment practices" paid for each "claim" and applicable "defense expense" associated therewith. If there should be no "damages" paid for a "claim", you are still obligated to pay the applicable deductible for any "defense expense" incurred by us in connection with that "claim".

**4.** The terms of this insurance apply irrespective of the application of the deductible, including those with respect to:

   **a.** Our right and duty to defend any "claims" seeking those "damages"; and

   **b.** Your duties in the event of a "claim".

**5.** We may pay any part or all of the deductible to effect settlement of any "claim" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible as we may have paid for "damages" or "defense expense".

**6.** The application of the deductible does not erode the limits of insurance provided.

## SECTION V — CONDITIONS

**1. Bankruptcy** Subject to exclusion h., the bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this policy.

**2. Cancellation**

   **a.** The first named insured shown in the declarations may cancel this policy by mailing or delivering to us written advance notice of cancellation.

   **b.** We may cancel this policy by mailing or delivering to the first named insured written notice of cancellation at least:

     **(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

     **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

   **c.** We will mail or deliver our notice to the first named insured's last mailing address known to us.

1857X

**d.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**e.** If this policy is canceled, we will send the first named insured any premium refund due. If we cancel, the refund will be pro rata. If the first named insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**f.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**3. Changes** This policy contains all agreements between you and us concerning the insurance afforded. The first named insured shown in the declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**4. Duties in Event of "Employment Practices" or "Claims"**

**a.** You must see to it that we are notified as soon as practicable of any specific "employment practices" which you believe may result in an actual "claim". Your belief must be reasonably certain as the result of specific allegations made by a potential claimant or such potential claimant's representative, or as the result of specifically identifiable injury sustained by a potential claimant. To the extent possible, notice should include:

**(1)** How, when and where such "employment practices" took place;

**(2)** The names and addresses of any potential claimants and witnesses; and

**(3)** The nature of any injury arising out of such "employment practices".

Notice of such "employment practices" is not notice of a "claim", but preserves any insured's rights to future coverage for subsequent "claims" arising out of such "employment practices" as described in the Basic Extended Reporting Period of Section VI — EXTENDED REPORTING PERIODS.

**b.** If a "claim" is received by any insured:

**(1)** You must immediately record the specifics of the "claim" and the date received;

**(2)** You and any other involved insured must see to it that we receive written notice of the "claim", as soon as

practicable, but in any event we must receive notice either:

**(a)** During the policy period or within thirty (30) days thereafter; or

**(b)** With respect to any "claim" first made during any extended reporting period we provide under Section VI — EXTENDED REPORTING PERIODS, during such extended reporting period,

as a condition precedent for coverage under this insurance. Such notice must provide us with the same information as is required in item a. immediately preceding; and

**(3)** You and any other involved insured must:

**(a)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim";

**(b)** Authorize us to obtain records and other information;

**(c)** Cooperate with us in the investigation, settlement or defense of the "claim"; and

**(d)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**c.** No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent, other than those specific payments authorized under Section I item **2.d.** — DEFENSE OF CLAIMS, ADMINISTRATIVE HEARINGS & SETTLEMENT AUTHORITY.

**5. Examination of Your Books and Records** We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**6. Inspections and Surveys** We have the right but are not obligated to:

**a.** Make inspections and surveys at any time;

**b.** Give you reports on the employment conditions we find; and

**c.** Recommend procedures, guidelines and changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the

0000072WADDUN61885108Z958    1958

AFP-META2-08-PRINT001-0712-0119-I



premiums to be charged. We do not undertake to perform the duty of any person or organization to provide for the health or safety of, or lawful practices with your workers or the public. We do not warrant that conditions:

(i) Are safe or healthful; or

(ii) Comply with laws, regulations, codes or standards as they relate to the purpose of this or any other insurance.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations, on our behalf.

7. **Legal Action Against Us** No person or organization has a right under this policy:

a. To join us as a party or otherwise bring us into a "claim" seeking "damages" from any insured; or

b. To sue us on this policy unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for "damages" that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

8. **Other Insurance** If other valid and collectible insurance is available to the insured for "damages" or "defense expense" we cover under this Policy, our obligations are limited as follows:

a. As this insurance is primary insurance, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **b.** below.

b. If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

9. **Payment of Premiums, Deductibles and Coinsurance Amounts**

a. We will compute all premiums for this insurance in accordance with our rules and rates; and

b. The first named insured shown in the declarations is responsible for the payment of all premiums, deductibles and coinsurance payments due and will be the payee for any return premiums we pay.

10. **Representations** By accepting the policy, you agree:

a. The statements in the declarations are accurate and complete;

b. Those statements are based upon representations you made to us in your application for this insurance. That application is incorporated into this policy and forms the basis of our obligations under this policy; and

c. Since we have issued this policy in reliance upon your representations, this policy is voidable if any material fact or circumstance relating to the subject of this insurance is omitted or misrepresented in your application.

11. **Separation Of Insureds** Except with respect to the limits of insurance, and any rights or duties specifically assigned in this policy to the first named insured, this insurance applies:

a. As if each named insured were the only named insured; and

b. Separately to each insured against whom "claim" is made.

12. **Sole Agent** The first named insured is authorized to act on behalf of all insureds as respects the giving or receiving of notice of cancellation or nonrenewal, receiving premium refunds, requesting any supplemental extended reporting period and agreeing to any changes in this policy.

13. **Transfer Of Rights Of Recovery Against Others** If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will sue those responsible or transfer those rights to us and help us enforce them.

14. **Transfer of Your Rights and Duties Under This Policy** Your rights and duties under this policy may not be transferred without our written consent.

1956X

**15. When We Do Not Renew** If we decide not to renew this insurance, we will mail or deliver to the first named insured shown in the declarations written notice of the nonrenewal not less than 30 days before the expiration date. If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION VI — EXTENDED REPORTING PERIODS

1. We will provide extended reporting periods, as described below, if:

   **a.** This policy is canceled or not renewed; or

   **b.** We renew or replace this policy with insurance that:

   (1) Has a retroactive date later than the date shown in the declarations of this policy; or

   (2) Does not apply on a claims-made basis.

2. Extended reporting periods do not extend the policy period or change the scope of coverage provided. They apply only to "claims" as the result of "employment practices" which occurred after the retroactive date, if any, shown in the declarations and before the end of the policy period. Once in effect, extended reporting periods may not be canceled.

3. Extended reporting periods do not reinstate or increase the limits of insurance.

4. A Basic Extended Reporting Period is automatically provided without additional charge. This period starts with the end of the policy period and lasts for:

   **a.** Five years with respect to "claims" arising out of "employment practices" which had been properly reported to us during the policy period in accordance with paragraph **4.a.** of Duties in the Event of "Employment Practices" or "Claims", in CONDITIONS (Section V); and

   **b.** Sixty days with respect to "claims" arising from "employment practices" not previously reported to us.

   The Basic Extended Reporting Period does not apply to "claims" that are covered under any subsequent insurance you purchase, or that would be covered but for exhaustion of the amount of insurance applicable to such claims.

5. A Supplemental Extended Reporting Period of thirty six (36) months but only by an endorsement and for an extra charge. This supplemental period starts when the Basic Extended Reporting Period, set forth in paragraph **4.b.** above, ends. You must give us a written request for the endorsement within 60 days after the end of the policy period. The Supplemental Extended Reporting Period will not go into effect unless you pay the additional premium when due. We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

   **a.** The exposures insured;

   **b.** Previous types and amounts of insurance;

   **c.** Limits of insurance available under this policy for future payment of "damages"; and

   **d.** Other related factors.

   The additional premium will not exceed 200% of the annual premium for this Policy.

6. The Supplemental Extended Reporting Period endorsement we issue shall set forth the terms, not inconsistent with this section, applicable to the Supplemental Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Supplemental Extended Reporting Period begins.

## SECTION VII — DEFINITIONS

1. **"Bodily injury"** means physical injury to the body, sickness or disease sustained by a person as the result of direct physical injury to the body, including death resulting from any of these at any time. "Bodily injury" does not include mental anguish that results from an "employment practice".

2. **"Claim"** means written or oral notice presented by:

   **a.** Any "employee", "leased worker", "temporary worker", former "employee" or applicant for employment by you; or

   **b.** The EEOC or any other federal, state or local administrative or regulatory agency on behalf of such person in item a. immediately preceding.

   that the insured is responsible for "damages" as a result of injury arising out of any "employment practices".

   "Claim" includes any civil proceeding in which either "damages" are alleged or fact finding will take place, when either is the actual or alleged

1959     0000072WADDUN61885108295 9

AFP-META2-08-PRINT001-0712-0121-I

result of any "employment practice" to which this insurance applies. This includes:

(i) An arbitration proceeding in which such "damages" are claimed and to which the insured submits with our consent;

(ii) Any other alternative dispute resolution proceeding in which such "damages" are claimed and to which the insured submits with our consent; or

(iii) Any administrative proceedings established under applicable federal, state or local laws as may be applicable to "employment practices" covered under this insurance.

3. **"Coverage territory"** means:

a. The United States of America (including its territories and possessions) and Puerto Rico; or

b. Anywhere in the world with respect to the activities of a person whose place of employment is in the territory described in a. above, while he or she is away for a short time on your business;

provided that the insured's responsibility to pay "damages" is determined in a suit (or in any other type of civil proceeding as described under the definition of "claim") on the merits in, and under the substantive law of, the United States of America (including its territories and possessions) or Puerto Rico.

4. **"Damages"** means monetary amounts to which this insurance applies and which the insured is legally obligated to pay as judgments, awards and settlements to which we have agreed in writing. "Damages" include (i) "prejudgment interest" awarded against the insured on the part of the judgment we pay and (ii) to the extent allowed by law, any portion of a judgment or award that represents a multiple of the compensatory amounts or punitive or exemplary damages.

"Damages" do not include:

a. Civil, criminal, administrative or other fines or penalties;

b. Equitable relief, injunctive relief, declarative relief or any other relief or recovery other than monetary amounts; or

c. Judgments or awards because of acts deemed uninsurable by law.

5. **"Defense expense"** means payments allocated to a specific "claim" for its investigation, settlement, or defense, including:

a. Attorney fees and all other litigation expenses.

b. The cost of bonds to appeal a judgment or award in any "claim" we defend. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the amount of insurance available. We do not have to furnish these bonds.

d. Reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of any "claim", including actual loss of earnings up to $250 a day because of time off from work.

e. Costs taxed against the insured in the "claim".

"Defense expense" does not include:

i. Salaries and expenses of our employees or your "employees", other than:

(a) That portion of our employed attorneys' fees, salaries and expenses allocated to a specific "claim" for the defense of the insured; and

(b) The expenses described in **d.** above; and

ii. Interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the amount available for the judgment under the provisions of SECTION III — LIMITS OF INSURANCE.

6. **"Employee"** means a person (i) employed by you for wages or salary, or (ii) who is a current or former member of your board of directors. But "employee" does not include any independent contractor, any employees of any independent contractor while acting within the scope of their employment, any "leased worker" or any "temporary worker".

7. **"Employment Practices"** means any of the following practices (i) which are directed against any of your "employees", "leased workers", "temporary workers", former "employees" or any applicant for employment by you, and (ii) for which remedy is sought under any federal, state, or local statutory or common civil employment law:

a. Wrongful refusal to employ a qualified applicant for employment;

1959X

AFP-META2-08-PRINT001-0712-0122-I

**b.** Wrongful failure to promote a qualified "employee";

**c.** Wrongful demotion, negligent evaluation, negligent reassignment or wrongful discipline;

**d.** Wrongful termination of employment, including retaliatory or constructive discharge;

**e.** Harassment, coercion, discrimination or humiliation as a consequence of race, color, creed, national origin, marital status, medical condition, gender, age, physical appearance, physical and/or mental impairments, pregnancy, sexual orientation or sexual preference; or

**f.** Oral or written publication of material that slanders, defames or libels an "employee" or violates or invades an "employee's" right of privacy.

**8.** **"Leased worker"** means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**9.** **"Pre-judgment interest"** means interest added to a settlement, verdict, award or judgment based on the amount of time prior to the settlement, verdict, award or judgment, whether or not made part of the settlement, verdict, award or judgment.

**10.** **"Temporary worker"** means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.



AFP-META2-08-PRINT001-0712-0123-I

CG 80 37 05 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES CANCELLATION
# AND NONRENEWAL

This endorsement modifies insurance provided under the following:

EMPLOYMENT PRACTICES LIABILITY INSURANCE

**A.** Paragraph **2.** of SECTION V Conditions is replaced by the following:

**2. Cancellation of Polices In Effect**

**a. For 90 Days Or Less**

If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured(s) written notice of cancellation, accompanied by the reasons for cancellation, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for non-payment of premium; or

**(2)** 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

**(a)** A material misstatement or misrepresentation; or

**(b)** A failure to comply with the underwriting requirements established by us.

**b. For More Than 90 Days**

If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** The policy was obtained by a material misstatement;

**(3)** There has been a failure to comply with underwriting requirements established by us within 90 days of the effective date of coverage;

**(4)** There has been a substantial change in the risk covered by the policy; or

**(5)** The cancellation is for all insureds under such policies for a given class of insureds.

If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured(s) written notice of cancellation, accompanied by the reasons for the cancellation, at least:

**(a)** 10 days before the effective date of cancellation. If we cancel for nonpayment of premium; or

**(b)** 45 days before the effective date of cancellation if we cancel for any of the other reasons stated in Paragraph **2.b.**

**c.** If this policy is canceled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect unless this is an audit policy.

If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data at audit, we will return any premium refund due with 90 days of the date of cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be

196DX

AFP-META2-08-PRINT001-0712-0124-I

mailed within 10 working days of receipt of your audit.

The cancellation will be effective even if we have not made or offered a refund.

**B.** Paragraph **15.** of SECTION V — Conditions is replaced by the following:

**15. Nonrenewal**

    **a.** If we decide not to renew this policy, we will mail or deliver to the first Named Insured(s) written notice of nonrenewal, accompanied by the reasons for nonrenewal, at least 45 days prior to the expiration of this policy.

    **b.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured's(s') last mailing address(es) known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.






0000072WADDUN61885108Z961  1861



AFP-META2-08-PRINT001-0712-0125-I

**COMMERCIAL GENERAL LIABILITY**
**CG 86 13 10 01**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION — ASBESTOS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury," "property damage," or "personal and advertising injury" arising out of or resulting from the manufacturing, handling, selling, distribution, disposal, existence, use of or exposure to asbestos, asbestos dust, asbestos fibers or asbestos products.

We will not have the duty to defend any such claim or "suit."

CG 86 13 10 01                                                                                                          EP

198IX

AFP-META2-08-PRINT001-0712-0126-I

COMMERCIAL GENERAL LIABILITY
CG 76 35 02 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIABILITY PLUS ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE



**Name of Person or Organization:**

**ADDITIONAL INSURED — BY WRITTEN CONTRACT, AGREEMENT OR PERMIT, OR SCHEDULE**

The following paragraph is added to WHO IS AN INSURED (Section II):

4.  Any person or organization shown in the Schedule or for whom you are required by written contract, agreement or permit to provide insurance is an insured, subject to the following additional provisions:

    a.  The contract, agreement or permit must be in effect during the policy period shown in the Declarations, and must have been executed prior to the "bodily injury", "property damage", or "personal and advertising injury".

    b.  The person or organization added as an insured by this endorsement is an insured only to the extent you are held liable due to:

        (1) The ownership, maintenance or use of that part of premises you own, rent,



lease or occupy, subject to the following additional provisions:

    (a) This insurance does not apply to any "occurrence" which takes place after you cease to be a tenant in any premises leased to or rented to you;

    (b) This insurance does not apply to any structural alterations, new construction or demolition operations performed by or on behalf of the person or organization added as an insured;

(2) Your ongoing operations for that insured, whether the work is performed by you or for you;

(3) The maintenance, operation or use by you of equipment leased to you by such person or organization, subject to the following additional provisions:

    (a) This insurance does not apply to any "occurrence" which takes place after the equipment lease expires;

Includes Copyrighted Material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services, 2001

AFP-META2-08-PRINT001-0712-0127-I

**(b)** This insurance does not apply to "bodily injury" or "property damage" arising out of the sole negligence of such person or organization;

**(4)** Permits issued by any state or political subdivision with respect to operations performed by you or on your behalf, subject to the following additional provision:

This insurance does not apply to "bodily injury", "property damage", or "personal and advertising injury" arising out of operations performed for the state or municipality.

**c.** The insurance with respect to any architect, engineer, or surveyor added as an insured by this endorsement does not apply to "bodily injury", "property damage", or "personal and advertising injury" arising out of the rendering of or the failure to render any professional services by or for you, including:

**(1)** The preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; and

**(2)** Supervisory, inspection or engineering services.

**d.** This insurance does not apply to "bodily injury" or "property damage" included within the "products-completed operations hazard".

A person's or organization's status as an insured under this endorsement ends when your operations for that insured are completed.

No coverage will be provided if, in the absence of this endorsement, no liability would be imposed by law on you. Coverage shall be limited to the extent of your negligence or fault according to the applicable principles of comparative fault.

**NON-OWNED WATERCRAFT AND NON-OWNED AIRCRAFT LIABILITY**

Exclusion **g.** of COVERAGE A (Section I) is replaced by the following:

**g.** "Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 52 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** the operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

**(b)** the operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**(6)** An aircraft you do not own provided it is not operated by any insured.

**TENANTS' PROPERTY DAMAGE LIABILITY**

When a Damage To Premises Rented To You Limit is shown in the Declarations, Exclusion **j.** of Coverage A, Section I is replaced by the following:

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or

1982X

any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations, or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** — Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

Paragraph **6.** of LIMITS OF INSURANCE (Section III) is replaced by the following:

**6.** Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

The Damage To Premises Rented To You limit is the higher of the Each Occurrence Limit shown in the Declarations or the amount shown in the Declarations as Damage To Premises Rented To You Limit.

## WHO IS AN INSURED — MANAGERS

The following is added to Paragraph **2.a.** of WHO IS AN INSURED (Section II):

Paragraph **(1)** does not apply to executive officers, or to managers at the supervisory level or above.

## SUPPLEMENTARY PAYMENTS — COVERAGES A AND B — BAIL BONDS — TIME OFF FROM WORK

Paragraph **1.b.** of SUPPLEMENTARY PAYMENTS — COVERAGES A AND B is replaced by the following:

**b.** Up to $3,000 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

Paragraph **1.d.** of SUPPLEMENTARY PAYMENTS — COVERAGES A AND B is replaced by the following:

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

## EMPLOYEES AS INSUREDS — HEALTH CARE SERVICES

Provision **2.a.(1)(d)** of WHO IS AN INSURED (Section II) is deleted, unless excluded by separate endorsement.

## EXTENDED COVERAGE FOR NEWLY ACQUIRED ORGANIZATIONS

Provision **3.a.** of WHO IS AN INSURED (Section II) is replaced by the following:

**a.** Coverage under this provision is afforded only until the end of the policy period.

## EXTENDED "PROPERTY DAMAGE"

Exclusion **a.** of COVERAGE A (Section I) is replaced by the following:

**a.** "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

1963    000072WADDUN61885108296 3

AFP-META2-08-PRINT001-0712-0129-I

## EXTENDED DEFINITION OF BODILY INJURY

Paragraph **3.** of DEFINITIONS (Section V) is replaced by the following:

  **3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including mental anguish or death resulting from any of these at any time.

## TRANSFER OF RIGHTS OF RECOVERY

The following is added to Paragraph **8.** Transfer Of Rights Of Recovery Against Others To Us of COMMERCIAL GENERAL LIABILITY CONDITIONS (Section IV):

We waive any rights of recovery we may have against any person or organization because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to a person or organization for whom you are required by written contract, agreement or permit to waive these rights of recovery.

## AGGREGATE LIMITS OF INSURANCE — PER LOCATION

For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under COVERAGE A (Section I), and for all medical expenses caused by accidents under COVERAGE C (Section I), which can be attributed only to operations at a single "location":

Paragraphs **2.a.** and **2.b.** of Limits of Insurance (Section III) apply separately to each of your "locations" owned by or rented to you.

"Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway, or right-of-way of a railroad.

## INCREASED MEDICAL EXPENSE LIMIT

The Medical Expense Limit is amended to $10,000.

## KNOWLEDGE OF OCCURRENCE

The following is added to Paragraph **2.** Duties In The Event Of Occurrence, Offense, Claim Or Suit of COMMERCIAL GENERAL LIABILITY CONDITIONS (Section IV):

Knowledge of an "occurrence", claim or "suit" by your agent, servant or employee shall not in itself constitute knowledge of the named insured unless an officer of the named insured has received such notice from the agent, servant or employee.

## UNINTENTIONAL FAILURE TO DISCLOSE ALL HAZARDS

The following is added to Paragraph **6.** Representations of COMMERCIAL GENERAL LIABILITY CONDITIONS (Section IV):

If you unintentionally fail to disclose any hazards existing at the inception date of your policy, we will not deny coverage under this Coverage Form because of such failure. However, this provision does not affect our right to collect additional premium or exercise our right of cancellation or non-renewal.

## LIBERALIZATION CLAUSE

The following paragraph is added to COMMERCIAL GENERAL LIABILITY CONDITIONS (Section IV):

  **10.** If a revision to this Coverage Part, which would provide more coverage with no additional premium, becomes effective during the policy period in the state shown in the Declarations, your policy will automatically provide this additional coverage on the effective date of the revision.

1983X

AFP-META2-08-PRINT001-0712-0130-I

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

## LOSS CONDITIONS

### A. Abandonment

There can be no abandonment of any property to us.

### B. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### C. Duties In The Event Of Loss

You must see that the following are done in the event of loss or damage to Covered Property:

1. Notify the police if a law may have been broken.

2. Give us prompt notice of the loss or damage. Include a description of the property involved.

3. As soon as possible, give us a description of how, when and where the loss or damage occurred.

4. Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This

will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

5. You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

6. As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

7. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

8. Send us a signed, sworn proof of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

9. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.

10. Cooperate with us in the investigation or settlement of the claim.

### D. Insurance Under Two Or More Coverages

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

### E. Loss Payment

1. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

AFP-META2-08-PRINT001-0712-0131-I

0000072WADDUN61885I082964     1984

2. We will not pay you more than your financial interest in the Covered Property.

3. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claim against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

4. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

5. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if you have complied with all the terms of this Coverage Part and:

   a. We have reached agreement with you on the amount of the loss; or

   b. An appraisal award has been made.

6. We will not be liable for any part of a loss that has been paid or made good by others.

## F. Other Insurance

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## G. Pair, Sets Or Parts

### 1. Pair Or Set

In case of loss or damage to any part of a pair or set we may:

   a. Repair or replace any part to restore the pair or set to its value before the loss or damage; or

   b. Pay the difference between the value of the pair or set before and after the loss or damage.

### 2. Parts

In case of loss or damage to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

## H. Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

## I. Reinstatement Of Limit After Loss

The Limit of Insurance will not be reduced by the payment of any claim, except for total loss or damage of a scheduled item, in which event we will refund the unearned premium on that item.

## J. Transfer Of Rights Of Recovery Against Others To Us

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment.  That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property.

2. After a loss to your Covered Property only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance; or

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you.

This will not restrict your insurance.

## GENERAL CONDITIONS

## A. Concealment, Misrepresentation Or Fraud

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

1. This Coverage Part;

2. The Covered Property;

1986X

AFP-META2-08-PRINT001-0712-0132-I

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

**B. Control Of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all the terms of this Coverage Part; and

2. The action is brought within 2 years after you first have knowledge of the direct loss or damage.

**D. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**E. Policy Period, Coverage Territory**

We cover loss or damage commencing:

1. During the policy period shown in the Declarations; and

4. Within the coverage territory.

**F. Valuation**

The value of property will be the least of the following amounts:

1. The actual cash value of that property;

2. The cost of reasonably restoring that property to its condition immediately before loss or damage; or

3. The cost of replacing that property with substantially identical property.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage.



1985 000007ZWADDUN61885108Z965

AFP-META2-08-PRINT001-0712-0133-I

# ACCOUNTS RECEIVABLE COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **E — Definitions.**

## A. Coverage

1. We will pay:

   a. All amounts due from your customers that you are unable to collect;

   b. Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

   c. Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage; and

   d. Other reasonable expenses that you incur to re-establish your records of accounts receivable;

   that result from Covered Causes of Loss to your records of accounts receivable.

2. **Property Not Covered**

   Coverage does not apply to:

   a. Records of accounts receivable in storage away from the "premises" shown in the Declarations; or

   b. Contraband, or property in the course of illegal transportation or trade.

3. **Covered Causes Of Loss**

   Covered Causes of Loss means RISKS OF DIRECT PHYSICAL LOSS OR DAMAGE to your records of accounts receivable except those causes of loss listed in the Exclusions.

4. **Additional Coverage — Collapse**

   We will pay for direct physical loss or damage to Covered Property, caused by collapse of a building or any part of a building that contains Covered Property insured under this Coverage Form, if the collapse is caused by one or more of the following:

   a. Fire; lightning; windstorm; hail; explosion; smoke; aircraft; vehicles; riot; civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; breakage of building glass; falling objects; weight of snow, ice or sleet; water damage; earthquake; all only as insured against in this Coverage Form;

   b. Decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

   c. Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

   d. Weight of people or personal property;

   e. Weight of rain that collects on a roof;

   f. Use of defective materials or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in Paragraphs **a.** through **e.**, we will pay for the loss or damage even if use of defective material or methods, in construction, remodeling or renovation, contributes to the collapse.

   This Additional Coverage does not increase the Limits of Insurance provided in this Coverage Form.

© ISO Properties, Inc., 2003

1965X

AFP-META2-08-PRINT001-0712-0134-I

### 5. Coverage Extension

**REMOVAL**

If you give us written notice within 10 days of removal of your records of accounts receivable because of imminent danger of loss or damage, we will pay for loss or damage while they are:

**a.** At a safe place away from your "premises"; or

**b.** Being taken to and returned from that place.

This Coverage Extension is included within the Limit of Insurance applicable to the "premises" from which the records of accounts receivable are removed.

## B. Exclusions

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   **a. Governmental Action**

   Seizure or destruction of property by order of governmental authority.

   But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

   **b. Nuclear Hazard**

   **(1)** Any weapon employing atomic fission or fusion; or

   **(2)** Nuclear reaction or radiation, or radioactive contamination from any other cause. But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the direct loss or damage caused by that fire if the fire would be covered under this Coverage Form.

   **c. War And Military Action**

   **(1)** War, including undeclared or civil war;

   **(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using

military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

Exclusions **B.1.a.** through **B.1.c.** apply whether or not the loss event results in widespread damage or affects a substantial area.

2. We will not pay for loss or damage caused by or resulting from any of the following:

   **a.** Delay, loss of use, loss of market or any other consequential loss.

   **b.** Dishonest or criminal act committed by:

   **(1)** You, any of your partners, employees, directors, trustees, or authorized representatives;

   **(2)** A manager or a member if you are a limited liability company;

   **(3)** Anyone else with an interest in the property, or their employees or authorized representatives; or

   

   **(4)** Anyone else to whom the property is entrusted for any purpose.

   This exclusion applies whether or not such persons are acting alone or in collusion with other persons or such acts occur during the hours of employment.

   This exclusion does not apply to Covered Property that is entrusted to others who are carriers for hire or to acts of destruction by your employees. But theft by employees is not covered.

   **c.** Alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of money, securities or other property.

   This exclusion applies only to the extent of the wrongful giving, taking or withholding.

   **d.** Bookkeeping, accounting or billing errors or omissions.

   **e.** Electrical or magnetic injury, disturbance or erasure of electronic recordings that is caused by or results from:

   **(1)** Programming errors or faulty machine instructions;

000072WADDUN61885108296 6

1988

AFP-META2-08-PRINT001-0712-0135-I

**(2)** Faulty installation or maintenance of data processing equipment or component parts;

**(3)** An occurrence that took place more than 100 feet from your "premises"; or

**(4)** Interruption of electrical power supply, power surge, blackout or brownout if the cause of such occurrence took place more than 100 feet from your "premises".

But we will pay for direct loss or damage caused by lightning.

**f.** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**g.** Unauthorized instructions to transfer property to any person or to any place.

**h.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

**4.** We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather Conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance; of part or all of any property wherever located.

**d.** Collapse except as provided in the Additional Coverage — Collapse Section of this Coverage Form.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

**D. Additional Conditions**

**1. Determination Of Receivables**

General Condition **F. Valuation** in the Commercial Inland Marine Conditions is replaced by the following:

**a.** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage, the following method will be used:

**(1)** Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

**(2)** Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

**b.** The following will be deducted from the total amount of accounts receivable, however that amount is established:

**(1)** The amount of the accounts for which there is no loss or damage;

**(2)** The amount of the accounts that you are able to re-establish or collect;

**(3)** An amount to allow for probable bad debts that you are normally unable to collect; and

**(4)** All unearned interest and service charges.

**2. Recoveries**

The following is added to Loss Condition **H. Recovered Property** in the Commercial Inland Marine Conditions:

You will pay us the amount of all recoveries you receive for loss or damage paid by us.

AFP-META2-08-PRINT001-0712-0136-I

But any recoveries in excess of the amount we have paid belong to you.

**3.** The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**a. Coverage Territory**

We cover records of accounts receivable:

**(1)** Within your "premises"; and

**(2)** Away from your "premises" while in transit or within premises of others if those premises are located or the transit is within:

**(a)** The United States of America (including its territories and possessions);

**(b)** Puerto Rico; and

**(c)** Canada.

**b. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

We will not pay the full amount of any loss if the value of all accounts receivable, except those in transit, at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for Coverage Applicable at All Locations.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of all accounts receivable, except those in transit, at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance for Coverage Applicable at All Locations by the figure determined in Step **(1)**; and

**(3)** Multiply the total amount of loss by the figure determined in Step **(2)**.

We will pay the amount determined in Step **(3)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

This condition will not apply to records of accounts receivable in transit, interest charges, excess collection expenses or expenses to re-establish your records of accounts receivable.

**c. Protection Of Records**

Whenever you are not open for business, and except while you are actually using the records, you must keep all records of accounts receivable in receptacles that are described in the Declarations.

**E. Definitions**

"Premises" means that interior portion of the building at the address shown in the Declarations that you occupy for your business.



1987    0000072WADDUN61885108296 7

AFP-META2-08-PRINT001-0712-0137-I

COMMERCIAL INLAND MARINE
CM 01 16 02 12

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

**A.** Paragraph **5.** of Loss Condition **E. Loss Payment** in the Commercial Inland Marine Conditions is replaced by the following:

**5.** Provided you have complied with all the terms of this Coverage Part, we will pay for covered loss or damage within:

**a.** 20 days after we receive the sworn proof of loss and reach written agreement with you; or

**b.** 30 days after we receive the sworn proof of loss and:

**(1)** There is an entry of final judgment; or

**(2)** There is a filing of an appraisal award with us.

Paragraph **A.** does not apply to the Mail Coverage Form.

**B.** The following provisions are added to Loss Condition **C. Duties In The Event Of Loss** in the Commercial Inland Marine Conditions:

**1.** A claim, supplemental claim or reopened claim for loss or damage caused by hurricane or other windstorm is barred unless notice of claim is given to us in accordance with the terms of this Coverage Part within three years after the hurricane first made landfall or a windstorm other than hurricane caused the covered damage. (Supplemental claim or reopened claim means an additional claim for recovery from us for losses from the same hurricane or other windstorm which we have previously adjusted pursuant to the initial claim.)

This provision concerning time for submission of claim, supplemental claim or reopened claim does not affect any limitation for legal action against us as provided in this Coverage Part under the Legal Action Against Us Condition, including any amendment to that condition.

**2.** Any inspection or survey by us, or on our behalf, of property that is the subject of a claim, will be conducted with at least 48 hours' notice to you. The 48-hour notice may be waived by you.

© Insurance Services Office, Inc., 2011

1987X

AFP-META2-08-PRINT001-0712-0138-I

COMMERCIAL INLAND MARINE
CM 78 09 11 88

# PROCESSORS COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F** — DEFINITIONS

## A. COVERAGE

We will pay for "loss" to Covered Property from any of the Covered Causes of Loss.

1. COVERED PROPERTY, as used in this Coverage Form, means lawful goods or articles incidental to your business which is:

   **a.** Your property;

   **b.** The property of others which you accept in trust, on commission or on consignment; or

   **c.** Property you have sold but have not delivered,

   while on the premises of processors or while in transit between your premises and the premises of processors.

2. **PROPERTY NOT COVERED**

   Covered Property does not include:

   **a.** Automobiles, or other vehicles designed for highway use, unless unlicensed and not operated on public roads;

   **b.** Watercraft;

   **c.** Aircraft;

   **d.** Property while located on your premises;

   **e.** Property shipped by mail.

3. **COVERED CAUSES OF LOSS**

   Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" to Covered Property except those causes of "loss" listed in the Exclusions.

4. **a. ADDITIONAL COVERAGE — COLLAPSE**

   We will pay for direct "loss" caused by or resulting from risks of direct physical "loss" involving collapse of all or part of a building or structure caused by one or more of the following:

   **(1)** Fire; lightning; windstorm; hail; explosion; smoke; aircraft; vehicles; riot; civil commotion; vandalism; breakage of glass; falling objects; weight of snow, ice or sleet; water damage; all only as covered in this Coverage Form;

   **(2)** Hidden decay;

   **(3)** Hidden insect or vermin damage;

   **(4)** Weight of people or personal property;

   **(5)** Weight of rain that collects on a roof;

   **(6)** Use of defective materials or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

   **(7)** Earth movement, including earthquake, volcanic eruption, landslide, mudflow, mine subsidence, earth sinking, rising or shifting.

   **(8)** Flood, surface water, waves, tides, tidal waves, overflow of any body of water or their spray.

   This Additional Coverage does not increase the Limits of Insurance provided in this Coverage Form.

0000072WADDUN61885108296B    1988

AFP-META2-08-PRINT001-0712-0139-I

**b. ADDITIONAL COVERAGE — CONFUSION OF GOODS**

We will pay for "loss" caused by or resulting from confusion of goods. Such confusion must be a direct result of a Covered Causes of Loss.

## B. EXCLUSIONS

1. We will not pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

   **a. GOVERNMENTAL ACTION**

   Seizure or destruction of property by order of governmental authority. But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

   **b. NUCLEAR HAZARD**

   (1) Any weapon employing atomic fission or fusion; or

   (2) Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

   **c. WAR AND MILITARY ACTION**

   (1) War, including undeclared or civil war;

   (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for a "loss" caused by or resulting from any of the following:

   **a.** Delay, loss of use, loss of market or any other consequential loss.

   **b.** Unexplained disappearance.

   **c.** Shortage found upon taking inventory.

   **d.** Dishonest acts by you, anyone else with an interest in the property, your or their employees or authorized representatives or anyone entrusted with the property, whether or not acting alone or in collusion with other persons or occurring during the hours of employment. But this exclusion does not apply to a carrier for hire.

   **e.** Artificially generated current creating a short circuit or other electric disturbance within an article covered under this Coverage Form. But we will pay for direct "loss" caused by resulting fire or explosion, if these causes of "loss" would be covered under this Coverage Form. This exclusion only applies to "loss" to that article in which the disturbance occurs.

   **f.** The weight of the load exceeding the registered lifting or supporting capacity of the equipment.

   **g.** Your neglect to use all reasonable means to save and preserve the property at and after any "loss" or when the property is so endangered.

3. We will not pay for a "loss" caused by or resulting from any of the following. But if "loss" by a Covered Cause of Loss results, we will pay for that resulting "loss".

   **a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph **1.** above to produce the "loss".

   **b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

   **c.** Faulty, inadequate or defective:

   (1) Planning, zoning, development, surveying, siting;

   (2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

   (3) Materials used in repair, construction, renovation or remodeling; or

   (4) Maintenance;

   of part or all of any property wherever located.

198BX

AFP-META2-08-PRINT001-0712-0140-I

**d.** Collapse except as provided in the Additional Coverage — Collapse section of this Coverage Form.

**e.** Wear and tear, any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration, depreciation; mechanical breakdown; insects, vermin, rodents; corrosion, rust, dampness, cold or heat.

## C. LIMITS OF INSURANCE

The most we will pay for "loss" in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

## D. DEDUCTIBLE

We will not pay for "loss" in any one occurrence until the amount of the adjusted "loss" before applying the applicable Limits of Insurance exceeds the Deductible shown in the Declarations. We will then pay the amount of the adjusted "loss" in excess of the Deductible, up to the applicable Limit of Insurance.

## E. ADDITIONAL CONDITIONS

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

### 1. COVERAGE TERRITORY

We cover property wherever located within:

**a.** The United States of America; and

**b.** Canada.

### 2. COINSURANCE

All Covered Property must be insured for 100% of its total value as of the time of "loss" or you will incur a penalty. The penalty is that we will pay only the proportion of any "loss" that the Limit of Insurance shown in the Declarations for all Covered Property at all locations bears to 100% of the total value of all property at all locations as of the time of "loss".

### 3. RECOVERY RIGHTS AGAINST OTHERS

You may not enter into any special agreement which releases or limits the liability of any carrier or bailee except:

**a.** You may accept the ordinary Bills of Lading or receipts issued by any carrier, but you cannot release the carrier from its common law or statutory liability; or

**b.** You may release public truckmen to a valuation of not less than $50 per shipment.

### 4. NOTICE TO POLICE

You agree that you will report promptly to the Police Department all thefts or acts of vandals.

## F. DEFINITIONS

"Loss" means accidental loss or damage.

1988    0000072WADDUN61885108 2969

AFP-META2-08-PRINT001-0712-0141-I

COMMERCIAL INLAND MARINE
CM 78 40 01 98

# ELECTRONIC DATA PROCESSING
# COVERAGE

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F — DEFINITIONS.**

## A. COVERAGE

We will pay for "loss" to Covered Property from any of the Covered Causes of Loss.

1. **COVERED PROPERTY**, as used in this Coverage Form means:

   "Electronic data processing equipment", electronic data processing "data" and "media" which is:

   **a.** Your property; or

   **b.** Property of others which is in your care and for which you are liable.

2. **PROPERTY NOT COVERED**

   Covered Property does not include:

   **a.** Accounts, bills, evidences of debt, valuable papers, records, deeds, manuscripts, abstracts or programs supportive documentation, unless they are converted into data form, and then only in that form; or

   **b.** Property you have loaned, rented or leased to others while away from your premises.

   **c.** Electronic data processing "data" or "media" that cannot be replaced with similar property of equal quality.

   **d.** Contraband, or property in the course of illegal transit or trade.

3. **COVERED CAUSES OF LOSS**

   Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" to Covered Property except those causes of "loss" listed in the Exclusions.

4. **ADDITIONAL COVERAGES:**

   **a. EXTRA EXPENSE**

   We will pay for the actual "extra expense" you incur to avoid or minimize the suspension of your "data processing operation" to continue your business. The "loss" must be caused by direct physical "loss" to Covered Property by or resulting from any Covered Cause of Loss. The most we will pay in any one occurrence is $5,000 or the limit shown in the Declarations, whichever is greater.

   **b. DATA AND MEDIA**

   The most we will pay in any one occurrence for "loss" to "data" and "media" is $5,000 or the limit shown in the Declaration, whichever is greater.

   **c. DEBRIS REMOVAL**

   We will pay for expenses you incur for the removal of debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses must be reported to us in writing within 180 days of the date of direct physical "loss". Payments made under this Additional Coverage will not increase the applicable Limit of Insurance.

   The most we will pay under this Additional Coverage is 25% of the amount we pay for the direct physical "loss" to Covered Property, plus the deductible in this policy applicable; but if,

   **(1)** The sum of direct physical "loss" or damage, and debris removal expense exceeds the Limits of Insurance; or,

AFP-META2-08-PRINT001-0712-0142-I

(2) The debris removal expense exceeds the amount payable under the 25% limitation stated above;

we will pay up to an additional $50,000 for each location in any one occurrence.

### d. POLLUTANT CLEAN UP AND REMOVAL

We will pay your expenses to extract "pollutants" from land or water if the release, discharge or dispersal of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:

(1) The date of direct physical "loss"; or,

(2) The end of the policy period.

The most we will pay under this Coverage Extension is $10,000 for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

### e. PRESERVATION OF PROPERTY

If it is necessary to move Covered Property from the described premises to preserve it from "loss" by a Covered Cause of Loss, we will pay for any direct physical "loss" to that property:

(1) While it is being moved or while temporarily stored at another location; and,

(2) Only if the "loss" occurs within 10 days after the property is first moved.

### f. AUTOMATICE EXTINGUISHING SYSTEM RECHARGE

We will pay up to $25,000 for expenses you incur to recharge Automatic Extinguishing Systems used exclusively to protect Covered Property when they discharge as intended to control a Covered Cause of Loss.

We will also pay up to $25,000 for expenses you incur to recharge these systems should they accidentally discharge.

No deductible applies to this Additional Coverage.

We will not cover any discharge that occurs at the time of installation, testing, repair or recharging of the automatic extinguishing system.

### g. DUPLICATE "DATA" AND "MEDIA"

We will pay up to $50,000 in any one occurrence for "loss" to duplicate or back-up "data" and "media" which are stored at premises other than those shown in the Declarations.

## B. EXCLUSIONS

1. We will not pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss."

### a. GOVERNMENTAL ACTIONS

Seizure or destruction of property by order of governmental authority.

But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

### b. NUCLEAR HAZARD

(1) Any weapon employing atomic fission or fusion; or

(2) Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

### c. WAR AND MILITARY ACTION

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

1970    0000072WADDUN61885108297 0

AFP-META2-08-PRINT001-0712-0143-I

**2.** We will not pay for a "loss" caused by or resulting from any of the following:

**a.** Delay, loss of market, loss of use, loss of income or interruption of business.

**b.** Unexplained disappearance.

**c.** Error or omission caused by programming error or incorrect instructions to the machine.

**d.** Dishonest or criminal act committed by:

**(1)** You, any of your partners, employees, directors, trustees, or authorized representatives;

**(2)** Anyone else with an interest in the property, or their employees or authorized representatives; or

**(3)** Anyone else to whom the property is entrusted for any purpose.

This exclusion applies whether or not such:

**(1)** Persons are acting alone or in collusion with other persons; or

**(2)** Acts occur during the hours of employment.

This exclusion does not apply to:

**(1)** Covered Property that is entrusted to others who are carriers for hire; or

**(2)** Acts of destruction by your employees. But theft by employees is not covered.

**e.** Artifically generated electric current, including electric arcing and short circuit, that disturbs electrical devices, equipment, appliances or wires.

But if "loss" by fire or explosion results, we will pay for that resulting "loss".

**f.** Disturbance in electric power supply, resulting from artificial causes such as blackout, power surge, brownout, blowout, short circuit or other electrical or magnetic disturbance, if the interruption originates more than 1000 feet from your premises.

**g.** Actual work upon the property covered.

But we will pay for direct "loss" caused by resulting fire or explosion, if these causes of "loss" would be covered under this Coverage Form.

This exclusion only applies to "loss" to that article in which the disturbance occurs.

**h.** Your neglect to use all reasonable means to save and preserve the property at and after any "loss" or when the property is so endangered.

**3.** We will not pay for a "loss" caused by or resulting from any of the following. But if "loss" by a Covered Cause of Loss results, we will pay for that resulting "loss."

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph **1.** above to produce the "loss."

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Wear and tear, any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration, depreciation, mechanical breakdown, insect, vermin, rodents, corrosion, rust, dampness, cold or heat.

## C. LIMITS OF INSURANCE

The most we will pay for "loss" in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

## D. DEDUCTIBLE

We will not pay for "loss" in any one occurrence until the amount of the adjusted "loss" before applying the applicable Limits of Insurance exceeds the Deductible shown in the Declarations. We will then pay the amount of the adjusted "loss" in excess of the Deductible, up to the applicable Limit of Insurance.

## E. ADDITIONAL CONDITIONS

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

## 1. COVERAGE TERRITORY

We cover property while:

**a.** It is located in your premises.

**b.** It is in transit to or from your premises.

**c.** It is temporarily located elsewhere for a period not exceeding 60 days.

AFP-META2-08-PRINT001-0712-0144-I

## 2. VALUATION

General Condition **E**. Valuation in the Commercial Inland Marine Conditions is replaced by the following:

### a. Equipment

The value of the electronic data processing equipment shall be the actual retail replacement cost of the property at the time of "loss." The "loss" shall be adjusted based on the actual retail replacement cost of electronic processing equipment similar to the property insured at the time of "loss".

### b. Data and Media

The value of the covered "data" and "media" shall be the actual reproduction cost to replace the "data" and "media". If the "data" is not reproduced or replaced, we will not pay more than the cost of the blank value of the "media".

## 3. COINSURANCE

The following condition applies based on the Coinsurance percentage shown in the Declarations.

We will not pay the full amount of any loss if the value of the Covered Property at the time of loss, times the Coinsurance percentage shown for it in the Declarations, is greater than the Limit of Insurance for the property.

Instead we will determine the most we will pay using the following steps:

**a.** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**b.** Divide the Limit of Insurance of the property by the figure determined in step **(a)**;

**c.** Multiply the total amount of loss, before the application of any deductible, by the figure determined in step **(b)**; and

**d.** Subtract the deductible from the figure determined in step **(c)**.

We will pay the amount determined in step **(d)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

This coinsurance provision is not applicable regarding the "business income" and "extra expense" provided within this form.

## 4. ADDITIONAL ACQUIRED PROPERTY

If during the policy period you acquire additional property of a type already covered by this form, we will cover such property for up to 60 days.

The most we will pay in a "loss" is the lesser of:

**a.** 25% of the total Limit of Insurance shown in the Declarations for that type of property; or

**b.** $500,000.

You will report such property within 30 days from the date acquired and will pay any additional premium due. If you do not report such property, coverage will cease automatically, 30 days after the date the property is acquired.

## F. DEFINITIONS

1. "Data" means information stored on the media and includes facts, instructions, concepts, and programs converted to a form usable in the "data processing operation".

2. "Data processing operation" means:

   **a.** Covered electronic data processing equipment.

   **b.** Covered data processing data and media.

   **c.** The air conditioning system that services your data processing operation.

3. "Electronic data processing equipment" means mainframe computers, mini- or micro computer systems, word processors, computers for communication/tracking, telecommunication systems, and component parts and related equipment. It includes air conditioning and fire protective equipment, used solely for the "data processing operation".

4. "Extra Expense" means any necessary operating expenses over and above your normal cost of operating your data processing operation, had no loss occurred. This expense could include rental of additional equipment or facilities and the cost of additional labor.

5. "Loss" means accidental loss or damage.

6. "Media" means materials on which data is stored, such as disks, disk packs, magnetic tapes, drums or cells.

AFP-META2-08-PRINT001-0712-0145-I

7. "Period of Restoration" means the period of time that:

   a. Begins with the date of direct physical "loss" caused by or resulting from any Covered Cause of Loss at the described premises; and,

   b. Ends on the date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality.

   "Period of restoration" does not include increased period required due to the enforcement of any ordinance or law that:

   a. Regulates the construction, use or repair, or requires the tearing down of any property; or

   b. Requires any insured or other to test for, monitor, clean-up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

   The expiration date of this policy will not cut short the "period of restoration".

8. "Pollutants" means any solid, liquid, gaseous, or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes material to be recycled, reconditioned or reclaimed.

AFP-META2-08-PRINT001-0712-0146-I

1917X

COMMERCIAL INLAND MARINE
CM 78 41 01 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ELECTRONIC DATA PROCESSING
# MECHANICAL AND ELECTRICAL
# BREAKDOWN COVERAGE
# ENDORSEMENT

This endorsement modifies insurance provided under the following:

ELECTRONIC DATA PROCESSING COVERAGE

We will pay for direct physical "loss" to:

1. Covered "electronic data processing equipment" resulting from:

   **a.** Mechanical breakdown;

   **b.** Artificially generated electric current, including electric arcing and short circuit, that disturbs electrical devices, equipment, appliances, or wires.

   **c.** Disturbance in electric power supply, resulting from artificial causes such as blackout, power surge, brownout, blow-out, short circuit or other electrical or magnetic disturbances that originate more than 1000 feet from your premises.

   **d.** Actual work upon the property covered.

2. Covered "data" and "media" resulting from:

   **a.** Mechanical breakdown;

   **b.** Electrical or magnetic injury or electric disturbance, resulting in erasure of electronic recordings;

   **c.** Disturbance in electric power supply, resulting from artificial causes such as blackout, power surge, brownout, blow-out, short circuit or other electrical or magnetic disturbances that originate more than 1000 feet from your premises.

**DEDUCTIBLE**

We will not pay for "loss" in any one occurrence until the amount of the adjusted "loss" before applying the applicable Limits of Insurance exceeds the Electronic Data Processing Mechanical and Electrical Breakdown deductible shown in the Declarations. We will then pay the amount of the adjusted "loss" in excess of the Deductible, up to the applicable Limit of Insurance.

CM 78 41 01 98                                                                                                    EP

AFP-META2-08-PRINT001-0712-0147-I

# MOTOR TRUCK CARGO OWNERS COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section F — DEFINITIONS.

## A. COVERAGE

We will pay for "loss" to Covered Property from any of the Covered Causes of Loss.

1. **COVERED PROPERTY**, as used in this Coverage Form, means:

   Your lawful goods and merchandise or similar property of others which you have on consignment while:

   a. Being loaded on or unloaded from your "motor vehicles" described in the Declarations; or

   b. Loaded for shipment or in transit in or on your "motor vehicles" described in the Declarations.

2. **PROPERTY NOT COVERED**

   Covered Property does not include:

   a. Property in or on your premises unless loaded for shipment on your "motor vehicles";

   b. Tarpaulins, equipment or fittings of the "motor vehicles";

   c. Money, currency, gold or silver bullion, or platinum;

   d. Securities or evidences of debt; or

   e. Precious stones, jewelry or similar valuables.

3. **COVERED CAUSES OF LOSS**

   Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" to Covered Property except those causes of "loss" listed in the Exclusions.

4. a. **ADDITIONAL COVERAGE — OTHER VEHICLES**

      We will pay for "loss" to Covered Property from any of the Covered Causes of Loss while the property is contained in or on:

      (1) A "motor vehicle" which replaces one listed in the Declarations;

      (2) A temporary substitute "motor vehicle" for a disabled "motor vehicle" listed in the Declarations;

      (3) A trailer being used with a tractor listed in the Declarations; or

      (4) A newly acquired additional "motor vehicle", if all of your other "motor vehicles" are listed in the Declarations.

      You must report any newly acquired "motor vehicle" to us within 30 days from the date you acquire it. Premium will be charged from the date of acquisition.

   b. **ADDITIONAL COVERAGE — REFRIGERATION BREAKDOWN**

      We will pay for "loss" to Covered Property caused by the mechanical breakdown of the refrigeration machinery of your "motor vehicle" transporting the Covered Property.

1972X

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

AFP-META2-08-PRINT001-0712-0148-I

### 5. COVERAGE EXTENSIONS

**a.** Debris Removal

We will pay for expenses you incur for the removal of debris of the covered property, which is occasioned by a "loss" covered by this coverage part. This payment shall be in addition to the insurance provided under this coverage part, but in no event will we be liable for more than $50,000 under this extension in any one "loss".

**b. Pollutant Clean Up and Removal**

We will pay your expenses to extract "pollutants" from land or water if the release, discharge or dispersal of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:

**(1)** The date of direct physical "loss"; or

**(2)** The end of the policy period.

The most we will pay under this Coverage Extension is $10,000 for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

## B. EXCLUSIONS

**1.** We will not pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**a. GOVERNMENTAL ACTION**

Seizure or destruction of property by order of governmental authority.

But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

**b. NUCLEAR HAZARD**

**(1)** Any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

**c. WAR AND MILITARY ACTION**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for a "loss" caused by or resulting from any of the following:

**a.** Delay, loss of use, loss of market or any other consequential loss.

**b.** Unexplained disappearance.

**c.** Shortage found upon taking inventory.

**d.** Dishonest or criminal act committed by:

**(1)** You, any of your partners, employees, directors, trustees, or authorized representatives;

**(2)** Anyone else with an interest in the property, or their employees or authorized representatives; or

**(3)** Anyone else to whom the property is entrusted for any purpose.

This exclusion applies whether or not such:

**(1)** Persons are acting alone or in collusion with other persons; or

**(2)** Acts occur during the hours of employment.

This exclusion does not apply to:

**(1)** Covered Property that is entrusted to others who are carriers for hire; or

**(2)** Acts of destruction by your employees. But theft by employees is not covered.

**e.** Improper packing, shifting of the load or rough handling.

**f.** Your neglect to use all reasonable means to save and preserve the

AFP-META2-08-PRINT001-0712-0149-I

property at and after any "loss" or when the property is so endangered.

**3.** We will not pay for a "loss" caused by or resulting from any of the following. But if "loss" by a Covered Cause of Loss results, we will pay for that resulting "loss".

   **a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the "loss".

   **b.** Chipping, scratching, denting, marring, or be being spotted, discolored, moldy, rusted, frosted, rotted, soured, steamed, change in flavor, breakage or leakage.

   **c.** Wear and tear, any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration, depreciation, mechanical breakdown, insects, vermin, rodents, corrosion, rust, dampness, cold or heat.

## C. LIMITS OF INSURANCE

The most we will pay for "loss" in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

## D. DEDUCTIBLE

We will not pay for "loss" in any one occurrence until the amount of the adjusted "loss" before applying the applicable Limits of Insurance exceeds the Deductible shown in the Declarations. We will then pay the amount of the adjusted "loss" in excess of the Deductible, up to the applicable Limit of Insurance.

## E. ADDITIONAL CONDITIONS

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

### 1. COVERAGE TERRITORY

We cover property while in transit, wherever located within:

   **a.** The United States of America;

   **b.** Canada; or

   **c.** Puerto Rico.

### 2. VALUATION

General Conditions E. Valuation in the Commercial Inland Marine Conditions is replaced by the following:

All Covered Property shall be valued at the amount of invoice.

If the Covered Property is not under invoice then the value of the Covered Property will be the least of the following amounts:

   **a.** The actual cash value of that property;

   **b.** The cost of reasonably restoring that property to its condition immediately before "loss"; or

   **c.** The cost of replacing that property with substantially identical property.

In the event of "loss" the value of property will be determined as of the time of "loss".

### 3. COINSURANCE

All Covered Property must be insured for 100% of its total value as of the time of "loss" or you will incur a penalty.

The penalty is that we will pay only the proportion of any "loss" that the Limit of Insurance shown in the Declarations for all goods on that "motor vehicle" bears to 100% of the total value of all goods on that "motor vehicle" as of the time of "loss".

### 4. NOTICE TO POLICE

You agree that you will report promptly to the Police Department all thefts or acts of vandals.

## F. DEFINITIONS

"Loss" means accidental loss or damage.

"Motor vehicle" means a land vehicle, automobile, truck, trailer or semitrailer designed for travel on public roads and used for transportation of cargo. But "motor vehicle" does not include bulldozers, farm machinery, fork lifts and other vehicles designed for use principally off public roads.

"Pollutants" means any solid, liquid, gaseous, or thermal irritant or contaminant including smoke, vapor, soot, fumes, acids alkalis, chemicals and waste. Waste includes material to be recycled, reconditioned or reclaimed.

19I3X

AFP-META2-08-PRINT001-0712-0150-I

# PEAK PROGRAM — EXHIBITION RISKS
# COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F** — DEFINITIONS.

## A. COVERAGE

We will pay for "loss" to Covered Property from any of the Covered Causes of Loss.

**1. COVERED PROPERTY**, as used in this Coverage Form, means:

  **a.** Your property, or

  **b.** Property of others which is in your care and for which you are liable,

at any exhibition, trade show or fair.

**2. PROPERTY NOT COVERED**

Covered Property does not include:

  **a.** Property while airborne or waterborne, except while in transit;

  **b.** Property while in cofferdams or while below the surface of the ground; or

  **c.** Property which has become a permanent part of any structure.

**3. COVERED CAUSES OF LOSS**

Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" to Covered Property except those causes of "loss" listed in the Exclusions.

## B. EXCLUSIONS

**1.** We will not pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss."

  **a. GOVERNMENTAL ACTION**

    Seizure or destruction of property by order of governmental authority.

But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

  **b. NUCLEAR HAZARD**

    **(1)** Any weapon employing atomic fission or fusion; or

    **(2)** Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

  **c. WAR AND MILITARY ACTION**

    **(1)** War, including undeclared or civil war;

    **(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    **(3)** Insurrection, rebellion, revolution, unsurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for a "loss" caused by or resulting from any of the following:

  **a.** Delay, loss of use, loss of market or any other consequential loss.

1974    0000072WADDUN618851082974

AFP-META2-08-PRINT001-0712-0151-I

**b.** Dishonest or criminal act committed by:

**(1)** You, any of your partners, employees, directors, trustees, or authorized representatives;

**(2)** Anyone else with an interest in the property, or their employees or authorized representatives; or

**(3)** Anyone else to whom the property is entrusted for any purpose.

This exclusion applies whether or not such:

**(1)** Persons are acting alone or in collusion with other persons; or

**(2)** Acts occur during the hours of employment.

This exclusion does not apply to:

**(1)** Covered Property that is entrusted to others who are carriers for hire; or

**(2)** Acts of destruction by your employees. But theft by employees is not covered.

**c.** Artificially generated current creating a short circuit or other electric disturbance within an article covered under this Coverage Form.

This exclusion only applies to "loss" to that article in which the disturbance occurs.

**d.** Your neglect to use all reasonable means to save and preserve the property at and after any "loss" or when the property is so endangered.

**3.** We will not pay for a "loss" caused by or resulting from any of the following. But if "loss" by a Covered Cause of Loss results, we will pay for that resulting "loss."

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph **1.** above to produce the "loss."

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property wherever located.

**d.** Wear and tear, any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration, depreciation, mechanical breakdown, insects, vermin, rodents, corrosion, rust, dampness, cold or heat.

But if "loss" by fire or explosion results, we will pay for that resulting "loss".

**C. LIMITS OF INSURANCE**

The most we will pay for "loss" in any one occurrence is the applicable Limit of Insurance shown in the Declarations or in the PEAK PROGRAM Limits Summary.

**D. DEDUCTIBLE**

We will not pay for "loss" in any one occurrence until the amount of the adjusted "loss" before applying the applicable Limits of Insurance exceeds the Deductible shown in the Declarations. We will then pay the amount of the adjusted "loss" in excess of the Deductible, up to the applicable Limit of Insurance.

**E. ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Commerical Inland Marine Conditions and the Common Policy Conditions:

**1. COVERAGE TERRITORY**

**a.** The United States of America;

**b.** Canada; and

**c.** Puerto Rico.

**2. NOTICE TO POLICE**

You agree that you will report promptly to the Police Department all thefts or acts of vandals.

**F. DEFINITIONS**

"Loss" means accidental loss or damage.

1974X

AFP-META2-08-PRINT001-0712-0152-I

COMMERCIAL INLAND MARINE
CM 78 71 10 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PEAK PROGRAM COMMERCIAL INLAND
# MARINE CHANGES ENDORSEMENT

This endorsement modifies insurance provided under the following:

ACCOUNTS RECEIVABLE COVERAGE FORM
ELECTRONIC DATA PROCESSING COVERAGE
PEAK PROGRAM — EXHIBITION RISKS COVERAGE FORM
COMMERCIAL FINE ARTS COVERAGE FORM
MOTOR TRUCK CARGO OWNERS COVERAGE FORM
TRANSPORTATION COVERAGE FORM
SALESPERSON SAMPLES COVERAGE FORM
PROCESSORS COVERAGE FORM

The provisions of this endorsement apply when the Deductible applicable to the above coverages (except the ACCOUNTS RECEIVABLE COVERAGE FORM) is $1,000 or more. If a lower Deductible is shown in the Declarations, the insurance provided by this endorsement does not apply.

1. The following applies to the coverage forms shown above (unless otherwise stated):

   a. The COINSURANCE condition is deleted. Any other references to coinsurance or coinsurance conditions in the forms are deleted.

   b. DEDUCTIBLE — when the same occurrence involves "loss" to insurance under more than one of the above coverage parts, or to any of the above coverage parts and "loss" under the COMMERCIAL PROPERTY COVERAGE PART, only one Deductible will be applied to the occurrence. This provision does not apply to the ACCOUNTS RECEIVABLE COVERAGE FORM.

   c. DEDUCTIBLE — the Deductible applicable to each coverage form is shown in the Declarations. If the Deductible is not shown in the Declarations, the Deductible will be the same as the Deductible applicable to coverage under the COMMERCIAL PROPERTY COVERAGE PART. This provision does not apply to the ACCOUNTS RECEIVABLE COVERAGE FORM.

   d. The applicable Limit of Insurance for each coverage form is shown in the Declarations. If the applicable limit is not shown in the Declarations, the Limit of Insurance will be shown in the PEAK PROGRAM LIMITS

   SUMMARY or the PEAK EXTRA LIMITS SUMMARY form.

2. The following applies to the SALESPERSON SAMPLES COVERAGE FORM:

   a. EXCLUSION **B.1.e. WATER** is deleted.

   b. EXCLUSION **B.1.f. EARTH MOVEMENT** is deleted.

   c. Paragraph **E.1. COVERAGE TERRITORY** is amended to read:

      1. **COVERAGE TERRITORY**

      We cover property wherever located within:

      a. The United States of America;

      b. Puerto Rico; and

      c. Canada.

3. The following applies to the TRANSPORTATION COVERAGE FORM:

   a. Paragraph **A.1. COVERED PROPERTY** is amended to include item **e.** Inland waterways.

   b. Paragraph **C. LIMITS OF INSURANCE** is amended to read:

      The most we will pay for "loss" in any one occurrence is the applicable Limit of Insurance shown in the Declarations, or on the Schedule, or in the PEAK PROGRAM LIMITS SUMMARY or the PEAK EXTRA LIMITS SUMMARY form. The Limit of Insurance shown applies to property in transit by public truckman, contract carrier, scheduled air carrier, railroad carrier, or inland waterways.

1975        0000072WADDUN61885108 2975

AFP-META2-08-PRINT001-0712-0153-I

4. The following applies to the MOTOR TRUCK CARGO OWNERS COVERAGE FORM:

   **a.** Paragraphs **A.1.a.** and **A.1.b.** are amended to read:

      **a.** Being loaded on or unloaded from your "motor vehicles"; or

      **b.** Loaded for shipment or in transit in or on your "motor vehicles".

   **b.** Paragraph **A.4.a.** is amended to read:

      **a. ADDITIONAL COVERAGE — OTHER VEHICLES**

      We will pay for "loss" to Covered Property from any of the Covered Causes of Loss while the property is contained in or on:

      **(1)** A "motor vehicle" which replaces one of your "motor vehicles";

      **(2)** A temporary substitute "motor vehicle" for one of your disabled "motor vehicles";

      **(3)** A trailer being used with a tractor you own or operate;

      **(4)** A newly acquired additional "motor vehicle", if all of your other "motor vehicles" are insured under this coverage form.

      If your "motor vehicles" are described in the Declarations, you must report any newly acquired "motor vehicle" to us within 30 days from the date you acquire it.

5. The following applies to the ELECTRONIC DATA PROCESSING COVERAGE:

   **a.** Paragraph **C. LIMITS OF INSURANCE** is amended to read:

      The most we will pay for "loss" in any one occurrence is the applicable Limit of Insurance shown in the Declarations. If no limit is shown in the Declarations, the applicable Limit of Insurance will be shown in the PEAK PROGRAM LIMITS SUMMARY or the PEAK EXTRA LIMITS SUMMARY form. If the Limit of Insurance is not shown on the Declarations, and the Limit of Insurance in one of these forms applies, the limit shown is a combined limit for "electronic data processing equipment", "data" and "media".

   **b.** Paragraph **E.4. ADDITIONAL ACQUIRED PROPERTY** is amended to read:

      If during the policy period you acquire additional property of a type already covered by this form, we will cover such property for up to 90 days. You will report such property within 90 days of the date acquired and will pay any additional premium due. If you do not report such property, coverage will cease automatically 90 days after the date the property is acquired. The most we will pay for additional acquired property is $500,000.

   **c.** Paragraph **E.1. COVERAGE TERRITORY** is amended to read:

      **1. COVERAGE TERRITORY**

      We cover property wherever located within:

         **a.** The United States of America;

         **b.** Puerto Rico; and

         **c.** Canada.

1975X

AFP-META2-08-PRINT001-0712-0154-I

**COMMERCIAL INLAND MARINE**
**CM 78 72 11 88**

# SALESPERSON SAMPLES COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F** — DEFINITIONS.

**A.** COVERAGE

We will pay for "loss" to Covered Property from any of the Covered Causes of Loss.

**1. COVERED PROPERTY**, as used in this Coverage Form, means samples of merchandise described in the Declarations:

**a.** while in transit between your premises and the salesperson; and

**b.** while in charge or control of the salesperson who is traveling on your behalf.

**2. PROPERTY NOT COVERED**

Covered Property does not include:

**a.** Jewelry;

**b.** Furs; or

**c.** Articles consisting principally of fur.

**3. COVERED CAUSES OF LOSS**

Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" to Covered Property except those causes of "loss" listed in the Exclusions.

**4. a. ADDITIONAL COVERAGE — COLLAPSE**

We will pay for direct "loss" caused by or resulting from risks of direct physical "loss" involving collapse of all or part of a building or structure caused by one or more of the following:

**(1)** Fire; lightning; windstorm; hail; explosion; smoke; aircraft; vehicles; riot; civil commotion; vandalism; breakage of glass; falling objects; weight of snow, ice or sleet; water damage; all only as covered in this Coverage Form;

**(2)** Hidden decay;

**(3)** Hidden insect or vermin damage;

**(4)** Weight of people or personal property;

**(5)** Weight of rain that collects on a roof;

**(6)** Use of defective materials or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

We will not pay for loss or damage to the following types of property, if otherwise covered in this Coverage Part, under items **(2)**, **(3)**, **(4)**, **(5)** and **(6)** unless the loss or damage is a direct result of the collapse of a building:

outdoor radio or television antennas, including their lead-in wiring, mast or towers; awnings; gutters and downspouts; yard fixtures; outdoor swimming pools; fences; piers, wharves and docks; beach or diving platforms or appurtenances; retaining walls; walks; roadways and other paved surfaces.

Collapse does not include settling, cracking, shrinkage, bulging or expansion.

This Additional Coverage does not increase the Limits of Insurance provided in this Coverage Form.

**b. ADDITIONAL COVERAGE — DEBRIS REMOVAL**

We will pay for expenses you incur for the removal of debris of the covered property, which is occasioned by a "loss" covered by this coverage part. This payment shall be in addition to the insurance provided under this coverage part, but in no event will we be liable for more than $50,000 under this extension in any one "loss".

1976    0000072WADDUN618851082976

AFP-META2-08-PRINT001-0712-0155-I

## B. EXCLUSIONS

1. We will not pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

   **a. GOVERNMENTAL ACTION**

   Seizure or destruction of property by order of governmental authority. But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

   **b. NUCLEAR HAZARD**

   (1) Any weapon employing atomic fission or fusion; or

   (2) Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

   **c. WAR AND MILITARY ACTION**

   (1) War, including undeclared or civil war;

   (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

   **d. BUILDING ORDINANCE**

   The enforcement of any ordinance or law:

   (1) Regulating the construction, use or repair of any property; or

   (2) Requiring the tearing down of any property, including the cost of removing its debris.

   **e. WATER**

   Flood, surface water, waves, tides tidal waves, overflow of any body of water or their spray, all whether driven by wind or not.

   But we will pay for direct "loss" caused by resulting fire, explosion or theft if these causes of "loss" would be covered under this coverage form.

   This exclusion applies only to property at the described premises.

   **f. EARTH MOVEMENT**

   Earth movement, including but not limited to: earthquake; volcanic eruption; landslide; mudflow; earth sinking, rising or shifting.

2. We will not pay for a "loss" caused by or resulting from any of the following:

   **a.** Delay, loss of use, loss of market or any other consequential loss.

   **b.** Unexplained disappearance.

   **c.** Dishonest acts by you, anyone else with an interest in the property, your or their employees or authorized representatives or anyone entrusted with the property, whether or not acting alone or in collusion with other persons or occurring during the hours of employment.

   But this exclusion does not apply to a carrier for hire.

   **d.** Artificially generated current creating a short circuit or other electric disturbance within an article covered under this Coverage Form.

   But we will pay for direct "loss" caused by resulting fire or explosion, if these causes of "loss" would be covered under this Coverage Form. This exclusion only applies to "loss" to that article in which the disturbance occurs.

   **e.** Explosion, rupture or bursting of steam boilers, steam pipes, steam turbines or steam engines.

   **f.** Your neglect to use all reasonable means to save and preserve the property at and after any "loss" or when the property is so endangered.

3. We will not pay for a "loss" caused by or resulting from any of the following. But if "loss" by a Covered Cause of Loss results, we will pay for that resulting "loss".

   **a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph **1.** above to produce the "loss".

AFP-META2-08-PRINT001-0712-0156-I

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Collapse except as provided in the Additional Coverage — Collapse section of this Coverage Form.

**d.** Wear and tear, any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration, depreciation, mechanical breakdown, insects, vermin, rodents, corrosion, rust, dampness, cold or heat.

**e.** The failure of power or other utility service supplied to the described premised, however caused, if the failure occurs away from the described premises.

## C. LIMITS OF INSURANCE

The most we will pay for "loss" in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

## D. DEDUCTIBLE

We will not pay for "loss" in any one occurrence until the amount of the adjusted "loss" before applying the applicable Limits of Insurance exceeds the Deductible shown in the Declarations. We will then pay the amount of the adjusted "loss" in excess of the Deductible, up to the applicable Limit of Insurance.

## E. ADDITIONAL CONDITIONS

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

### 1. COVERAGE TERRITORY

We cover property while:

**a.** It is located at the premises described in the Declarations.

**b.** It is in transit to or from the premises described in the Declarations.

**c.** It is temporarily located elsewhere for a period not exceeding 60 days.

### 2. COINSURANCE

All Covered Property must be insured for 100% of its total value as of the time of "loss" or you will incur a penalty.

The penalty is that we will pay only the proportion of any "loss" that the Limit of Insurance shown in the Declarations for all Covered Property at all locations bears to 100% of the total value of all property at all locations as of the time of "loss".

## F. DEFINITIONS

"Loss" means accidental loss or damage.


0000072WADDUN618851082977

1977

AFP-META2-08-PRINT001-0712-0157-I

**COMMERCIAL INLAND MARINE**
CM 78 78 10 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PEAK PROGRAM
# REPLACEMENT COST ENDORSEMENT

This endorsement modifies insurance provided under the following:

      PEAK PROGRAM EXHIBITION RISKS COVERAGE FORM
      MOTOR TRUCK CARGO OWNERS COVERAGE FORM
      TRANSPORTATION COVERAGE FORM
      SALESPERSON SAMPLES COVERAGE FORM
      PROCESSORS COVERAGE FORM

Paragraph **E.** VALUATION of the Commercial Inland Marine General Conditions any Valuation provisions in the above forms are deleted and replaced by the following:

**REPLACEMENT COST**

**a.** The value of Covered Property will be replacement cost (without deduction for depreciation).

**b.** You may make a claim for "loss" covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have the "loss" settled on an actual cash value basis, you may still make a claim for replacement cost coverage if you notify us of your intent to do so within 180 days after the "loss".

**c.** We will not pay on a replacement cost basis for any "loss" or damage:

    **(1)** Until the lost or damaged property is actually repaired or replaced; and

**(2)** Unless the repairs or replacement are made as soon as reasonably possible after the "loss" or damage.

**d.** In the event of "loss", we will not pay more on a replacement cost basis than the least of:

    **(1)** The Limit of Insurance applicable to the lost or damaged property;

    **(2)** The cost to replace the lost or damaged property with other property of comparable material and quality; and used for the same purpose; or

    **(3)** The amount you actually spent that is necessary to repair or replace the lost or damaged property.

**e.** In the event of "loss", the value of property will be determined as of the time of "loss".

1977X

EP

AFP-META2-08-PRINT001-0712-0158-I

# COMMERCIAL FINE ARTS COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F — DEFINITIONS**.

## A. COVERAGE

We will pay for "loss" to Covered Property from any of the Covered Causes of Loss.

1. **COVERED PROPERTY,** as used in this Coverage Form, means:

   Fine Arts described in the Declarations which is:

   a. Your property; or

   b. Property of others which is in your care and for which you are liable.

2. **PROPERTY NOT COVERED**

   Covered Property does not include:

   a. Property on exhibition at fair grounds or on the premises of any national or international exposition;

   b. Contraband; or

   c. Property in the course of illegal transportation or trade.

3. **COVERED CAUSES OF LOSS**

   Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" to Covered Property except those causes of "loss" listed in the Exclusions.

4. **ADDITIONAL COVERAGE — COLLAPSE**

   We will pay for direct "loss" caused by or resulting from risks of direct physical "loss" involving collapse of all or part of a building or structure caused by one or more of the following:

   a. Fire; lightning; windstorm; hail; explosion; smoke; aircraft; vehicles; riot; civil commotion; vandalism; breakage of glass; falling objects; weight of snow,

   ice or sleet; water damage; all only as covered in this Coverage Form;

   b. Hidden decay;

   c. Hidden insect or vermin damage;

   d. Weight of people or personal property;

   e. Weight of rain that collects on a roof;

   f. Use of defective materials or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

   g. Earth movement, including earthquake, volcanic eruption, landslide, mudflow, mine subsidence, earth sinking, rising or shifting.

   h. Flood, surface water, waves, tides, tidal waves, overflow of any body of water or their spray.

   This Additional Coverage does not increase the Limits of Insurance provided in this Coverage Form.

## B. EXCLUSIONS

1. We will not pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss."

   a. **GOVERNMENTAL ACTION**

      Seizure or destruction of property by order of governmental authority.

      But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

1978    0000072WADDUN618851082978

AFP-META2-08-PRINT001-0712-0159-I

**b. NUCLEAR HAZARD**

**(1)** Any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

**c. WAR AND MILITARY ACTION**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for a "loss" caused by or resulting from any of the following:

**a.** Delay, loss of use, loss of market or any other consequential loss.

**b.** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**c.** Unauthorized instruction to transfer property to any person or to any place.

**d.** Repairing, restoration or retouching process.

**e.** Breakage of art glass windows, statuary, marbles, glassware, bric-a-brac, porcelains and similar fragile articles, unless caused by fire, lightning, aircraft, theft or attempted theft, weather conditions, earthquake, flood, explosion, malicious damage or collision, derailment or overturn of the transporting conveyance.

**f.** Dishonest acts by you, anyone else with an interest in the property, your or their employees or authorized representatives or anyone entrusted with the property, whether or not acting alone or in collusion with other persons or occurring during the hours of employment.

But this exclusion does not apply to a carrier for hire.

**g.** Your neglect to use all reasonable means to save and preserve the property at and after any "loss" or when the property is so endangered.

**3.** We will not pay for a "loss" caused by or resulting from any of the following. But if "loss" by a Covered Cause of Loss results, we will pay for that resulting "loss."

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph **1.** above to produce the "loss."

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

or part or all of any property wherever located.

**d.** Collapse except as provided in the Additional Coverage — Collapse section of the Coverage Form.

**e.** Wear and tear, any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration, depreciation, mechanical breakdown, insects, vermin, rodents, corrosion, rust, dampness, cold or heat.

**C. LIMITS OF INSURANCE**

The most we will pay for "loss" in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

**D. DEDUCTIBLE**

We will not pay for "loss" in any one occurrence until the amount of the adjusted "loss" before applying the applicable Limits of Insurance exceeds the Deductible shown in the Declarations. We will then pay the amount of the adjusted

AFP-META2-08-PRINT001-0712-0160-I

"loss" in excess of the Deductible, up to the applicable Limit of Insurance.

## E. ADDITIONAL CONDITIONS

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

### 1. COVERAGE TERRITORY

We cover property wherever located within:

**a.** The United States of America;

**b.** Puerto Rico; and

**c.** Canada.

### 2. VALUATION

General Condition **E.** Valuation in the Commercial Inland Marine Conditions is replaced by the following:

**a.** The value of property individually listed and described in the declarations is the amount shown as Limit of Insurance for the individual item in the Declarations.

**b.** The value of property covered but not individually listed and described will be the least of the following amounts:

**(1)** The actual cash value of that property;

**(2)** The cost of reasonably restoring that property to its condition immediately before the "loss"; or

**(3)** The cost of replacing that property with substantially identical property.

### 3. COINSURANCE

All items that are covered but not individually listed and described must be insured for their total value as of the time of "loss" or you will incur a penalty.

The penalty is that we will pay only the proportion of any "loss" to these items that the Limit of Insurance shown in the Declarations for them bears to their total as of the time of "loss."

### 4. ADDITIONAL ACQUIRED PROPERTY

If during the policy period you acquire additional property of a type already covered by this form, we will cover such property for up to 30 days. The most we will pay in a "loss" is the lesser of:

**a.** 25% of the total Limit of Insurance shown in the Declarations for that type of property; or

**b.** $10,000.

You will report such property within 30 days from the date acquired and will pay any additional premium due. If you do not report such property, coverage will cease automatically 30 days after the date the property is acquired.

### 5. NOTICE TO POLICE

You agree that you will report promptly to the Police Department all thefts or acts of vandals.

### 6. PACKING AND UNPACKING

You agree that the covered property will be packed and unpacked by competent packers.

## F. DEFINITIONS

"Loss" means accidental loss or damage.

1979    0000072WADDUN618851082979

AFP-META2-08-PRINT001-0712-0161-I

# TRANSPORTATION COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F —** DEFINITIONS.

## A. COVERAGE

We will pay for "loss" to Covered Property from any of the Covered Causes of Loss.

**1. COVERED PROPERTY,** as used in this Coverage Form, means:

Your lawful goods and merchandise or similar property of others, which you have on consignment, while in transit by:

**a.** Public truckman;

**b.** Contract carrier;

**c.** Scheduled air carrier; or

**d.** Railroad carrier or railroad express agency, as described in the schedule.

## 2. PROPERTY NOT COVERED

Covered Property does not include:

**a.** Property in or on your premises, whether loaded on "motor vehicles" or not;

**b.** Money, currency, gold or silver bullion, or platinum;

**c.** Securities or evidences of debt;

**d.** Precious stones, jewelry or similar valuables;

**e.** Property in transit by a method of transportation for which there is no Limit of Insurance shown.

## 3. COVERED CAUSES OF LOSS

Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" to Covered Property except those causes of "loss" listed in the Exclusions.

## 4. COVERAGE EXTENSION

F.O.B.

This insurance is extended to cover shipments of Covered Property sold F.O.B. point of shipment or otherwise, and your interest in such shipments is admitted.

## B. EXCLUSIONS

**1.** We will not pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss."

**a. GOVERNMENTAL ACTION**

Seizure or destruction of property by order of governmental authority. But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

**b. NUCLEAR HAZARD**

**(1)** Any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

**c. WAR AND MILITARY ACTION**

**(1)** War, including undeclared or civil war;

AFP-META2-08-PRINT001-0712-0163-I

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority hindering or defending against any of these.

**2.** We will not pay for a "loss" caused by or resulting from any of the following:

**a.** Delay, loss of use, loss of market or any other consequential loss.

**b.** Unexplained disappearance and shortage found upon taking inventory. This exclusion does not apply while in the possession of a hired carrier.

**c.** Dishonest or criminal act committed by:

**(1)** You, any of your partners, employees, directors, trustees, or authorized representatives;

**(2)** Anyone else with an interest in the property, or their employees or authorized representatives; or

**(3)** Anyone else to whom the property is entrusted for any purpose.

This exclusion applies whether or not such:

**(1)** Persons are acting alone or in collusion with other persons; or

**(2)** Acts occur during the hours of employment.

This exclusion does not apply to:

**(1)** Covered Property that is entrusted to others who are carriers for hire; or

**(2)** Acts of destruction by your employees. But theft by employees is not covered.

**d.** Improper packing, shifting of load or rough handling. This exclusion does not apply while in the possession of a hired carrier.

**e.** Your neglect to use all reasonable means to save and preserve the property at and after any "loss" or when the property is so endangered.

**3.** We will not pay for a "loss" caused by or resulting from any of the following. But if "loss" by a Covered Cause of Loss results, we will pay for that resulting "loss."

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph **1.** above to produce the "loss."

**b.** Chipping, scratching, denting, marring, or by being spotted, discolored, moldy, rusted, frosted, rotted, soured, steamed, change in flavor, breakage or leakage.

This exclusion does not apply while in the possession of a hired carrier.

**c.** Wear and tear, any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration, depreciation, mechanical breakdown, insects, vermin, rodents, corrosion, rust, dampness, cold or heat.

## C. LIMITS OF INSURANCE

Property in transit by:

| | |
|---|---|
| Public Truckmen | $ |
| Contract Carrier | $ |
| Scheduled Air Carrier | $ |
| Railroad Carrier | $ |

The most we will pay for "loss" in any one occurrence is the applicable Limit of Insurance shown above or in the Declarations or on the Schedule.

## D. DEDUCTIBLE

We will not pay for "loss" in any one occurrence until the amount of the adjusted "loss" before applying the applicable Limits of Insurance exceeds the Deductible shown in the Declarations. We will then pay the amount of the adjusted "loss" in excess of the Deductible, up to the applicable Limit of Insurance.

## E. ADDITIONAL CONDITIONS

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**1. COVERAGE TERRITORY**

We cover property while in transit, wherever located within:

**a.** The United States of America; or

**b.** Canada

**c.** Puerto Rico

AFP-META2-08-PRINT001-0712-0164-I

198DX

## 2. VALUATION

General Conditions **E.** Valuation in the Commercial Inland Marine Conditions is replaced by the following:

All Covered Property shall be valued at the amount of invoice.

If the Covered Property is not under invoice then the value of the Covered Property will be the least of the following amounts:

**a.** The actual cash value of that property;

**b.** The cost of reasonably restoring that property to its condition immediately before "loss"; or

**c.** The cost of replacing that property with substantially identical property.

In the event of "loss" the value of property will be determined as of the time of "loss."

## 3. COINSURANCE

All Covered Property must be insured for 100% of its total value as of the time of "loss" or you will incur a penalty.

The penalty is that we will pay only the proportion of any "loss" that the Limit of Insurance shown in the Declarations for all goods in transit bears to 100% of the total value of all goods in transit as of the time of "loss."

## 4. NOTICE TO POLICE

You agree that you will report promptly to the Police Department all thefts or acts of vandals.

## F. DEFINITIONS

"Loss" means accidental loss or damage.

"Motor vehicle" means a land vehicles, automobile, truck, trailer or semitrailer designed for travel on public roads and used for transportation of cargo. But "motor vehicle" does not include bulldozers, farm machinery, fork lifts and other vehicles designed for use principally off public roads.




AFP-META2-08-PRINT001-0712-0165-I

IL 01 75 09 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES —
# LEGAL ACTION AGAINST US

This endorsement modifies insurance provided under the following:

    CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    EQUIPMENT BREAKDOWN COVERAGE PART
    FARM COVERAGE PART

The following replaces the second paragraph of the **Legal Action Against Us** condition:

**LEGAL ACTION AGAINST US**

Legal action against us involving direct physical loss or damage to property must be brought within 5 years from the date the loss occurs.




© ISO Properties, Inc., 2006

IL 02 55 03 16

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES — CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2. Cancellation For Policies In Effect 90 Days Or Less**

**a.** If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

**(a)** A material misstatement or misrepresentation; or

**(b)** A failure to comply with underwriting requirements established by the insurer.

**b.** We may not cancel:

**(1)** On the basis of property insurance claims that are the result of an act

of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

**(2)** Solely on the basis of a single property insurance claim which is the result of water damage, unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

**B.** Paragraph **5.** of the **Cancellation** Common Policy Condition is replaced by the following:

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

1982X

© Insurance Services Office, Inc., 2015

AFP-META2-08-PRINT001-0712-0168-I

If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

The cancellation will be effective even if we have not made or offered a refund.

**C.** The following is added to the **Cancellation Common Policy Condition:**

**7. Cancellation For Policies In Effect For More Than 90 Days**

**a.** If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

(1) Nonpayment of premium;

(2) The policy was obtained by a material misstatement;

(3) In the event of failure to comply, within 90 days after the effective date of coverage, with underwriting requirements established by us before the effective date of coverage;

(4) There has been a substantial change in the risk covered by the policy;

(5) The cancellation is for all insureds under such policies for a given class of insureds;

(6) On the basis of property insurance claims that are the result of an act of God, if we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

(7) On the basis of a single property insurance claim which is the result of water damage, if we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property; or

(8) The cancellation of some or all of our policies is necessary to protect the best interests of the public or policyholders and such cancellation is approved by the Florida Office of Insurance Regulation.

**b.** If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

(1) 10 days before the effective date of cancellation if cancellation is for nonpayment of premium;

(2) 45 days before the effective date of cancellation if:

(a) Cancellation is for one or more of the reasons stated in Paragraphs **7.a.(2)** through **7.a.(7)** above, and this policy does not cover a residential structure or its contents; or

(b) Cancellation is based on the reason stated in Paragraph **7.a.(8)** above;

(3) 120 days before the effective date of cancellation if:

(a) Cancellation is for one or more of the reasons stated in Paragraphs **7.a.(2)** through **7.a.(7)** above; and

(b) This policy covers a residential structure or its contents.

**c.** If this policy has been in effect for more than 90 days and covers a residential structure or its contents, we may not cancel this policy based on credit information available in public records.

**D.** The following is added:

**Nonrenewal**

**1.** If we decide not to renew this policy, we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the specific reason for nonrenewal, at least:

**a.** 45 days prior to the expiration of the policy if this policy does not cover a residential structure or its contents, or if nonrenewal is for the reason stated in Paragraph **D.5.**; or

© Insurance Services Office, Inc., 2015



AFP-META2-08-PRINT001-0712-0169-I

**b.** 120 days prior to the expiration of the policy if this policy covers a residential structure or its contents.

**2.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

**3.** We may not refuse to renew this policy:

**a.** On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

**b.** On the basis of filing of claims for sinkhole loss. However, we may refuse to renew this policy if:

**(1)** The total of such property insurance claim payments for this policy equals or exceeds the policy limits in effect on the date of loss for property damage to the covered building; or

**(2)** You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based; or

**c.** Solely on the basis of a single property insurance claim which is the result of water damage, unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

**4.** Notwithstanding the provisions of Paragraph **D.3.**, we may refuse to renew this policy if this policy includes Sinkhole Loss coverage. If we nonrenew this policy for purposes of removing Sinkhole Loss coverage, pursuant to section 627.706, Florida Statutes, we will offer you a policy that includes catastrophic ground cover collapse coverage.

**5.** Notwithstanding the provisions of Paragraph **D.3.**, we may refuse to renew this policy if nonrenewal of some or all of our policies is necessary to protect the best interests of the public or policyholders and such nonrenewal is approved by the Florida Office of Insurance Regulation.

**E. Limitations On Cancellation And Nonrenewal In The Event Of Hurricane Or Wind Loss — Residential Property**

**1.** The following provisions apply to a policy covering a residential structure or its contents, if such property has sustained damage as a result of a hurricane or windstorm that is the subject of a declaration of emergency by the Governor and filing of an order by the Commissioner of Insurance Regulation:

**a.** Except as provided in Paragraph **E.1.b.**, we may not cancel or nonrenew the policy until at least 90 days after repairs to the residential structure or its contents have been substantially completed so that it is restored to the extent that it is insurable by another insurer writing policies in Florida. If we elect to not renew the policy, we will provide at least 100 days' notice that we intend to nonrenew 90 days after the substantial completion of repairs.

**b.** We may cancel or nonrenew the policy prior to restoration of the structure or its contents for any of the following reasons:

**(1)** Nonpayment of premium;

**(2)** Material misstatement or fraud related to the claim;

**(3)** We determine that you have unreasonably caused a delay in the repair of the structure; or

**(4)** We have paid the policy limits.

If we cancel or nonrenew for nonpayment of premium, we will give you 10 days' notice. If we cancel or nonrenew for a reason listed in Paragraph **b.(2)**, **b.(3)** or **b.(4)**, we will give you 45 days' notice.

**2.** With respect to a policy covering a residential structure or its contents, any cancellation or nonrenewal that would otherwise take effect during the duration of a hurricane will not take effect until the end of the duration of such hurricane, unless a replacement pol-

1983X

icy has been obtained and is in effect for a claim occurring during the duration of the hurricane. We may collect premium for the period of time for which the policy period is extended.

3. With respect to Paragraph **E.2.**, a hurricane is a storm system that has been declared to be a hurricane by the National Hurricane Center of the National Weather Service (hereafter referred to as NHC). The hurricane occurrence begins at the time a hurricane watch or hurricane warning is issued for any part of Florida by the NHC and ends 72 hours after the termination of the last hurricane watch or hurricane warning issued for any part of Florida by the NHC.






© Insurance Services Office, Inc., 2015

AFP-META2-08-PRINT001-0712-0171-I

IL 09 35 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN
# COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> CRIME AND FIDELITY COVERAGE PART
> STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

  **1.** The failure, malfunction or inadequacy of:

    **a.** Any of the following, whether belonging to any insured or to others:

      **(1)** Computer hardware, including microprocessors;

      **(2)** Computer application software;

      **(3)** Computer operating systems and related software;

      **(4)** Computer networks;

      **(5)** Microprocessors (computer chips) not part of any computer system; or

      **(6)** Any other computerized or electronic equipment or components; or

    **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

    due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

  **2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

  **1.** In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

  **2.** Under the Commercial Property Coverage Part:

    **a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss — Special Form; or

    **b.** In a Covered Cause of Loss under the Causes of Loss — Basic Form or the Causes of Loss — Broad Form;

  we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

© ISO Properties, Inc., 2001

AFP-META2-08-PRINT001-0712-0172-I

IL 09 52 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

> BOILER AND MACHINERY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> EQUIPMENT BREAKDOWN COVERAGE PART
> FARM COVERAGE PART
> STANDARD PROPERTY POLICY

## A. Cap On Certified Terrorism Losses

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

## B. Application Of Exclusions

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.



© Insurance Services Office, Inc., 2015

AFP-META2-08-PRINT001-0712-0173-I

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is canceled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

Copyright, Insurance Services Office, Inc., 1998

1985X

AFP-META2-08-PRINT001-0712-0174-I

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.






AFP-META2-08-PRINT001-0712-0175-I

IL 00 21 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY
# EXCLUSION ENDORSEMENT
## (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   **A.** Under any Liability Coverage, to "bodily injury" or "property damage":

   **(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

   **(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   **B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   **C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

   **(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

   **(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

   **(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

198BX

© ISO Properties, Inc., 2001

AFP-META2-08-PRINT001-0712-0176-I

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

1987    0000072WADDUN61885108 2987

IL 72 01 03 92

# COMPANY COMMON POLICY CONDITIONS

This policy consists of:

**Common Policy Declarations** which include your name and mailing address, the policy period, premium information and coverage part(s) included.

**Common Policy Conditions.**

Coverage parts consist of one or more of the following:

Commercial Property
Commercial Liability
Commercial Inland Marine
Commercial Crime/Bonds
Commercial Automobile
Businessowners
Boiler and Machinery
Workers' Compensation.

Each of the coverage parts consist of:

One or more coverage forms
One or more coverage part conditions
Applicable endorsements.

If you have any questions, please contact your agent listed on the Common Policy Declarations.

In Witness Whereof, the company has caused this policy to be executed and attested, but this policy shall not be valid unless countersigned by a duly authorized representative of the company.

198?X

Paul Condrin
President

Dexter Legg
Vice President and Secretary

AFP-META2-08-PRINT001-0712-0178-I

C 40 86 12 02

# ADVISORY NOTICE TO POLICYHOLDERS

This is a summary of the major changes in your Commercial Property Coverage Part. No coverage is provided by this summary nor can it be construed to replace any provisions of your policy. You should read your policy and review your declaration page for complete information on the coverages you are provided. If there is any conflict between the policy and this summary, THE PROVISIONS OF THE POLICY SHALL PREVAIL.

The areas within the policy that broaden, reduce or clarify coverage are highlighted below.  The material is organized by coverage forms and endorsements; however, not all coverage forms or endorsements are included in a particular policy.

## PROPERTY DAMAGE COVERAGE FORMS

### I.  CHANGES IN COVERAGE; ELECTRONIC DATA (CP 00 10, CP 00 17, CP 00 18, CP 00 99)

In the revised policy, electronic data (which is defined) is characterized as Property Not Covered, except as provided under Additional Coverage, Electronic Data. [The characterization of electronic data as Property Not Covered is not a comment on the essential nature of electronic data.  Rather, Property Not Covered is designed to address situations which serve as exceptions to Covered Property or simply need to be identified as being outside the purview of coverage or full coverage.]

Under the Additional Coverage, Electronic Data, coverage is provided for the cost of replacing or restoring electronic data which has been destroyed or corrupted by a Covered Cause of Loss. The Covered Causes of Loss in this situation are certain named perils, including computer virus as limited. The Electronic Data coverage is subject to an annual aggregate limit of $2,500 per policy, which applies regardless of the number of occurrences, premises, locations or computer systems involved.

**Reduction in coverage:** The new annual aggregate limit of $2,500 per policy represents a reduction in coverage with respect to losses that would have been covered in the past under Valuable Papers And Records: Cost of Research. The previous coverage was in the amount of $2,500 per premises for each occurrence, unless the Declarations showed a higher limit.

**Potential broadening of coverage:** As revised, the policy explicitly provides coverage under certain circumstances for corruption of electronic data, a type of loss that was not explicitly addressed in the policy in the past. The revised policy also makes it explicit that a computer virus is a covered cause of loss in many circumstances. To the extent that such losses would not have been covered in the past, the Additional Coverage, Electronic Data represents a broadening of coverage.

### II.  CLARIFICATION OR PROCEDURAL CHANGES

●  **INCREASED COST OF CONSTRUCTION (CP 00 10, CP 00 17)**

The Additional Coverage, Increased Cost of Construction currently contains an exclusionary provision relating to pollution. Text is added, to make it explicit that the exclusion regarding pollution affects all aspects of the Increased Cost of Construction coverage.

●  **VALUABLE PAPERS AND RECORDS (OTHER THAN ELECTRONIC DATA) (CP 00 10, CP 00 17, CP 00 18, CP 00 99)**

Valuable Papers and Records (Other Than Electronic Data) are addressed in a Coverage Extension of that title. There is no change in coverage.

AFP-META2-08-PRINT001-0712-0179-I

## III. POTENTIAL REDUCTION OF COVERAGE

- **INCREASED COST OF CONSTRUCTION (CP 00 10, CP 00 17)**

The Additional Coverage, Increased Cost Of Construction, is revised to specify that such coverage does not respond to losses related to enforcement of laws which require, for example, demolition or repair of property due to fungus, wet rot, dry rot or bacteria, or the assessment or cleanup of fungus, wet rot, dry rot or bacteria.

- **ELECTRONIC DATA, LEGAL LIABILITY AND MORTGAGEHOLDERS ERRORS AND OMISSIONS (CP 00 40, CP 00 70)**

Under the revised Legal Liability Coverage Form CP 00 40, Covered Property does not include electronic data.

In the revised Mortgageholders Errors And Omissions Coverage Form CP 00 70, under Coverage A (Mortgageholders Interest) and Coverage B (Property Owned Or Held In Trust), Covered Property does not include electronic data.

## BUSINESS INTERRUPTION COVERAGE FORMS

## I. CHANGES IN COVERAGE. INTERRUPTION OF COMPUTER OPERATIONS (CP 00 30, CP 00 32, CP 00 50)

In the past, coverage for business income loss due to damage to electronic media and records was limited to the longer of 60 days or the time needed to restore other property (unless a greater number of days was provided via endorsement CP 15 29). These time limitations, including amendment via CP 15 29, no longer apply.

In the revised policy, under an Additional Coverage, Interruption of Computer Operations, coverage is provided for business income loss and/or extra expense (depending on the Coverage Form used in a particular policy) arising from a business interruption loss caused by destruction or corruption of electronic data by a Covered Cause of Loss. The Covered Causes of Loss in this situation are certain named perils, including computer virus as limited. The Interruption of Computer Operations coverage is subject to an annual aggregate limit of $2,500 per policy, which applies regardless of the number of occurrences, premises, locations or computer systems involved.

**Reduction in coverage:** In comparison to the time limitation used in the past, the new aggregate dollar limit represents a reduction in business income coverage.  Coverage is also reduced for extra expense, because the aforementioned time limitation did not affect extra expense; the new aggregate limit affects business income and extra expense.

**Potential broadening of coverage**: As revised, the policy explicitly provides coverage under certain circumstances for corruption of electronic data, a type of loss which was not explicitly addressed in the policy in the past. The revised policy also makes it explicit that a computer virus is a covered cause of loss in many circumstances. To the extent that business interruptions related to such losses would not have been covered in the past, the Additional Coverage, Interruption of Computer Operations represents a broadening of coverage.

## II. REDUCTION OF COVERAGE — PERIOD OF RESTORATION

In the past, policies providing business interruption coverage automatically included form CP 15 56, which eliminated the 72-hour waiting period. The form is no longer automatically included and the 72-hour waiting period does apply. The waiting period may be waived or modified for an additional premium charge.

## III. CLARIFICATION OR PROCEDURAL CHANGES

- **RENTAL VALUE (CP 00 30, CP 00 32)**

The definition of rental value has been revised to emphasize that continuing normal operating expenses are included and non-continuing expenses are deducted in computing loss of rental value.

AFP-META2-08-PRINT001-0712-0180-I

● **EXTRA EXPENSE COVERAGE (CP 00 30, CP 00 50)**

The Extra Expense coverage grant, as revised, omits explicit reference to the expense of replacing valuable papers and records. The new limitations on electronic data, discussed above, affect valuable papers and records stored as electronic data. There is no particular restriction (and no change in coverage) relating to valuable papers and records in the paper medium.

The Extra Expense coverage grant is revised to clarify that repair or replacement of property is covered only to the extent that it reduces the amount of loss that otherwise would have been payable under the Coverage Form (CP 00 30 or CP 00 50).

**CAUSES OF LOSS FORMS**

(AND CAUSES OF LOSS SECTIONS OF CP 00 70 AND CP 00 99 AS LISTED IN INDIVIDUAL ITEMS)

## I. CLARIFICATION OR PROCEDURAL CHANGES

● **UTILITY SERVICES EXCLUSIONS (CP 10 10, CP 10 20, CP 10 30, CP 00 70, CP 00 99)**

A statement has been added to the Utility Services exclusions, explaining that failure of power or other utility service includes lack of sufficient capacity and a reduction in the supply of the service.

## II. REDUCTION OF COVERAGE

● **LOSSES INVOLVING FUNGUS, WET ROT, DRY ROT OR BACTERIA (CP 10 10, CP 10 20, CP 10 30, CP 00 70, CP 00 99)**

In the past, losses caused by fungus (including mold, wet rot and dry rot) were only covered if the fungus resulted from a Covered Cause of Loss and then coverage for all damage was provided up to the Limit of Insurance. If included, business interruption coverage applied without exception to a suspension of operations involving fungus. Such coverage, for property damage and business interruption, still applies when fungus results from a fire or lightning loss.

As revised, the policy still provides coverage when fungus results from a Covered Cause of Loss other than fire or lightning (Forms CP 10 10, CP 10 20, CP 00 99) or a specified cause of loss other than fire or lightning (as defined in forms CP 10 30, CP 00 70) but the coverage is now subject to a $15,000 annual aggregate limit per policy (unless such limitation is increased via endorsement CP 04 31). The coverage will pay for loss caused by fungus, including the cost of removal of the fungus, the cost to tear out and replace property to gain access to the fungus, and cost of testing property after repair or replacement of the property if there is reason to believe that fungus is present. The $15,000 (or higher) limit, which does not increase the amount of insurance on the affected property, represents a reduction in coverage. Under business interruption coverage, if included in your policy, when a business interruption is attributable to fungus, the period of restoration is limited to 30 days (not necessarily consecutive days). When fungus prolongs a business interruption that is attributable to other damage, a delay of up to a total of 30 days is covered (regardless of when the delay occurs during the period of restoration). In each case, the 30-day period (or a longer period if endorsed via CP 04 31) represents a reduction in coverage.

## III. POTENTIAL REDUCTION OF COVERAGE

● **EXCLUSION OF CONTINUOUS OR REPEATED SEEPAGE OR LEAKAGE OF WATER OR STEAM (CP 10 10, CP 10 20, CP 10 30, CP 00 99)**

This exclusion has been revised by adding reference to the presence or condensation of humidity, moisture or vapor. The exclusion addresses conditions that persist over a period of 14 or more days.

**ENDORSEMENTS**

## I. CLARIFICATION OR PROCEDURAL CHANGES

● **CP 04 05** ORDINANCE OR LAW COVERAGE ENDORSEMENT

● **CP 15 31** ORDINANCE OR LAW INCREASED PERIOD OF RESTORATION ENDORSEMENT

AFP-META2-08-PRINT001-0712-0181-I

These endorsements contain an exclusionary provision relating to pollution. In the revised endorsements, text has been added to make it explicit that such exclusion affects all aspects of the Ordinance or Law coverage.

- **CP 15 45** UTILITY SERVICES. TIME ELEMENT

The revised endorsement includes a paragraph explaining the function of the Schedule entry for a Limit of Insurance. The title of that Schedule entry is revised to make it more explicit.

- **CP 15 08** BUSINESS INCOME FROM DEPENDENT PROPERTIES, BROAD FORM
- **CP 15 09** BUSINESS INCOME FROM DEPENDENT PROPERTIES, LIMITED FORM
- **CP 15 34** EXTRA EXPENSE FROM DEPENDENT PROPERTIES

Under these endorsements, contributing locations  (a property that delivers materials or services to the insured) do not include suppliers of water, communication service or power. In the revised endorsements, there is explicit mention that services relating to Internet access (or access to any electronic network) fall under communication supply services.

- **CP 11 05** BUILDERS RISK REPORTING FORM
- **CP 13 10** VALUE REPORTING FORM

New language has been added to the Premium Adjustment section of these forms, stating that the due date for any additional premium is the date shown on the bill as the due date.

## II.  POTENTIAL REDUCTION OF COVERAGE

**CP 04 05** ORDINANCE OR LAW COVERAGE ENDORSEMENT
**CP 15 31** ORDINANCE OR LAW; INCREASED PERIOD OF RESTORATION ENDORSEMENT

These endorsements are revised to specify that ordinance or law coverage does not respond to losses related to enforcement of ordinances or laws which require, for example, demolition or repair of property due to fungus, wet rot, dry rot or bacteria, or the assessment or cleanup of fungus, wet rot, dry rot or bacteria.

- **CP 15 08** BUSINESS INCOME FROM DEPENDENT PROPERTIES,  BROAD FORM
- **CP 15 09** BUSINESS INCOME FROM DEPENDENT PROPERTIES, LIMITED FORM
- **CP 15 34** EXTRA EXPENSE FROM DEPENDENT PROPERTIES

As revised, coverage under these endorsements does not apply when the only damage at the premises of the dependent property is damage to electronic data. If the dependent property suffers damage to electronic data and other property, resulting in a suspension of operations at the insured's premises, coverage under these endorsements will not continue after such other property is repaired or replaced.

- **CP 04 17** UTILITY SERVICES, DIRECT DAMAGE

Loss or damage to electronic data, caused by an interruption in utility service, is not covered.

- **CP 15 45** UTILITY SERVICES, TIME ELEMENT

Coverage under this endorsement does not apply to business income loss or extra expense related to an interruption in utility service that causes loss or damage to electronic data.

- **CP 75 91** PROPERTY PLUS ENDORSEMENT

Endorsement no longer applies if coverage is provided using the Basic Cause of Loss Form (CP 10 10).

The Inflation Guard provision of this endorsement has been modified. The building(s) to which this coverage applies must be insured on a Replacement Cost basis. The coverage is now provided by the Optional Coverage — Inflation Guard in the Building and Personal Property Coverage Form at 4%. Higher percentages may be purchased.

- **CP 75 07** ASI CLASSIC PROPERTY ENDORSEMENT

The Inflation Guard provision of this endorsement has been modified. The building(s) to which this coverage applies must be insured on a Replacement Cost basis. The coverage is now provided by the Optional Coverage — Inflation Guard in the Building and Personal Property Coverage Form at 4%. Higher percentages may be purchased.

The Specified Causes of Loss for Outdoor Property has been deleted. The causes of loss listed in the Building and Personal Property Coverage Form now apply.

The Period of Restoration definition has been modified to add a 72-hour waiting period.

- **CP 75 51** APARTMENT ULTRA PROPERTY PLUS ENDORSEMENT
- **CP 75 52** AUTOMOBILE SERVICE STATIONS ULTRA PROPERTY PLUS ENDORSEMENT
- **CP 75 53** AUTOMOBILE SPECIALTY SHOPS ULTRA PROPERTY PLUS ENDORSEMENT
- **CP 75 54** CONDOMINIUM ULTRA PROPERTY PLUS ENDORSEMENT
- **CP 75 58** RELIGIOUS INSTITUTIONS ULTRA PROPERTY PLUS ENDORSEMENT
- **CP 75 60** CONTRACTORS ULTRA PROPERTY PLUS ENDORSEMENT
- **CP 75 61** SPECIALTY SERVICES ULTRA PROPERTY PLUS ENDORSEMENT
- **CP 75 85** RESTAURANT ULTRA PROPERTY PLUS ENDORSEMENT

The Inflation Guard provision of this endorsement has been modified. The building(s) to which this coverage applies must be insured on a Replacement Cost basis. The coverage is now provided by the Optional Coverage — Inflation Guard in the Building and Personal Property Coverage Form at 4%. Higher percentages may be purchased.

The Period of Restoration definition has been modified to add a 72-hour waiting period.

- **CP 75 15** PEAK PROPERTY ENDORSEMENT
- **CP 75 16** PEAK EXTRA PROPERTY ENDORSEMENT
- **CP 75 17** ULTRA PEAK APARTMENT PROPERTY ENDORSEMENT
- **CP 75 18** ULTRA PEAK AUTOMOBILE SERVICE STATIONS ENDORSEMENT
- **CP 75 19** ULTRA PEAK AUTOMOBILE SPECIALTY SHOPS PROPERTY ENDORSEMENT
- **CP 75 20** ULTRA PEAK CONDOMINIUM PROPERTY ENDORSEMENT
- **CP 75 21** ULTRA PEAK RELIGIOUS INSTITUTIONS PROPERTY ENDORSEMENT
- **CP 75 22** ULTRA PEAK RESTAURANT PROPERTY ENDORSEMENT
- **CP 75 27** ULTRA PEAK EXTRA PROPERTY APARTMENT ENDORSEMENT
- **CP 75 28** ULTRA PEAK EXTRA PROPERTY AUTOMOBILE SERVICE STATIONS ENDORSEMENT
- **CP 75 29** ULTRA PEAK EXTRA PROPERTY AUTOMOBILE SPECIALTY SHOPS ENDORSEMENT
- **CP 75 30** ULTRA PEAK EXTRA PROPERTY CONDOMINIUM ENDORSEMENT
- **CP 75 31** ULTRA PEAK EXTRA PROPERTY RELIGIOUS INSTITUTIONS ENDORSEMENT
- **CP 75 32** ULTRA PEAK EXTRA PROPERTY RESTAURANT ENDORSEMENT

The Automatic Increase at Time of Loss provision has been renamed Inflation Guard and modified. The building(s) to which this coverage applies must be insured on a Replacement Cost basis. The coverage is now provided by the Optional Coverage — Inflation Guard in the Building and Personal Property Coverage Form at 4%. Higher percentages may be purchased.

0000072WADDUN618851082990      1980

AFP-META2-08-PRINT001-0712-0183-I

The Period of Restoration definition has been modified to add a 72-hour waiting period.

- **CP 75 23** ULTRA PEAK ASI CLASSIC PROPERTY ENDORSEMENT
- **CP 75 33** ULTRA PEAK EXTRA PROPERTY ASI CLASSIC ENDORSEMENT

The Specified Causes of Loss for Outdoor Property has been deleted. The causes of loss listed in the Building and Personal Property Coverage Form now apply.

The Automatic Increase at Time of Loss provision has been renamed Inflation Guard and modified. The building(s) to which this coverage applies must be insured on a Replacement Cost basis. The coverage is now provided by the Optional Coverage — Inflation Guard in the Building and Personal Property Coverage Form at 4%. Higher percentages may be purchased.

The Period of Restoration definition has been modified to add a 72-hour waiting period.

- **CP 75 26** PEAK EXTRA BUSINESS INCOME COVERAGE EXTENSION ENDORSEMENT

The Period of Restoration definition was removed. The Business Income Coverage Form Period of Restoration now applies to this endorsement.

### III. POTENTIAL BROADENING OF COVERAGE

- **CP 75 91** PROPERTY PLUS ENDORSEMENT
- **CP 75 07** ASI CLASSIC PROPERTY ENDORSEMENT
- **CP 75 51** APARTMENT ULTRA PROPERTY PLUS ENDORSEMENT
- **CP 75 52** AUTOMOBILE SERVICE STATIONS ULTRA PROPERTY PLUS ENDORSEMENT
- **CP 75 53** AUTOMOBILE SPECIALTY SHOPS ULTRA PROPERTY PLUS ENDORSEMENT
- **CP 75 54** CONDOMINIUM ULTRA PROPERTY PLUS ENDORSEMENT
- **CP 75 58** RELIGIOUS INSTITUTIONS ULTRA PROPERTY PLUS ENDORSEMENT
- **CP 75 60** CONTRACTORS ULTRA PROPERTY PLUS ENDORSEMENT
- **CP 75 61** SPECIALTY SERVICES ULTRA PROPERTY PLUS ENDORSEMENT
- **CP 75 85** RESTAURANT ULTRA PROPERTY PLUS ENDORSEMENT

Coverage for building plate glass for which a tenant has a contractual obligation to insure has been included in the definition of Your Business Personal Property.

198DX

AFP-META2-08-PRINT001-0712-0184-I

6-2937
(6-93)

Dear Florida Policyholder:

On your policy declarations attached, you will see a heading titled "Florida Emergency Fund". This policy surcharge is the result of legislation in the state of Florida, effective May 1, 1993.

All money collected under the surcharge will be forwarded to the Florida Department of Revenue. When the surcharge is received and audited by the Department, the proceeds will be deposited into the Emergency Management, Preparedness, and Assistance Trust Fund.

If you have any questions regarding the surcharge on your policy, please contact your Independent Agent.



AMERICAN STATES INSURANCE COMPANIES







AFP-META2-08-PRINT001-0712-0185-I