UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LOOK ENTERPRISES, LLC,

      Plaintiff,

v.                   Case No: 2:20-cv-553-FtM-29NPM

AMERICAN STATES INSURANCE
COMPANY,

      Defendant.

_____

## ORDER

This matter comes before the Court on the parties' Final Joint Stipulation of Dismissal With Prejudice (Doc. #9) filed on September 18, 2020. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this __18th__ day of September, 2020.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record